**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SDAHRIE HOWARD, et al., | ) | |
| | ) | Case No. 17-cv-8146 |
| Plaintiffs, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 26.2, Plaintiffs, by and through their undersigned counsel, hereby respectfully move for leave permitting Plaintiffs to file certain documents used as exhibits under seal with redacted versions filed on the public docket. In support of their Motion Plaintiffs state the following:

1. Plaintiffs' Motion for Class Certification is due this Friday, May 3, 2019.

2. Plaintiffs' Memorandum of Law in support of their Motion for Class Certification will be supported by exhibits, some of which are documents that include identifying information about detainees associated with disciplinary incidents and/or criminal conduct.

3. Plaintiffs seek to file under seal the following documents that include the sensitive information described in Paragraph 2:

   a. Detainee names associated with listed masturbation incident reports in a communication made by Teamsters Local 700 to CCSO (CCSO_Howard_0252791-95). This material has been designated as

"Confidential" pursuant to the parties' Agreed Confidentiality Order (Dkt. No. 92) by Defendant Cook County Sheriff's Office.

b. Detainee names in excerpts of the following deponents' deposition transcripts related to testimony regarding incidents or incident reports of masturbation, indecent exposure, and sexual misconduct: Plaintiffs Tavi Burroughs, Kimberly Crawford-Alexander Moreci, Dominique Freeman, Sdharie Howard, Esther Jones, Sharon Robinson; and CCSO 30(b)(6) deponents Steven Wilensky and Bradley Curry.

4. In accordance with Local Rule 26.2(c), Plaintiffs also will file redacted versions of the documents that they seek to file under seal on the public docket. Thus only the minimal portions of the documents that include detainee identifying information will be unavailable to the public.

5. Counsel for Plaintiffs has conferred with counsel for Cook County Sheriff's Office regarding document confidentiality designations and reached agreement that many documents previously designated as confidential may be publicly filed. Thus this motion pertains only to a limited number of documents—and specifically only portions of those documents—that include the sensitive information described above.

6. Pursuant to Local Rule 26.2, "[t]he court may for good cause shown enter an order that one or more documents be placed under seal." Here, Plaintiffs' request is limited to documents that contain the sensitive information described above—detainee identifying information that is associated with incidents of masturbation, indecent exposure, or sexual misconduct—the specifics of which are not material to Plaintiffs' motion for class certification. Further, the material Plaintiffs seek to seal relate to the identity of non-party detainees; it is not information about Plaintiffs themselves.

7. Permitting these limited redactions strikes an appropriate balance between the public's right to access to court filings with the parties' and third parties' interest in keeping the sensitive non-party information at issue confidential. *See Garcia v. Co. of Riverside*, No. 13-0616 JGB (SPx), 2018 WL 3738640, *2 (C.D. Cal. Mar. 8, 2018) (granting motion to file documents containing identifying information of non-party detainees under seal).

8. Plaintiffs have conferred with counsel for Defendants and Defendants do not oppose this motion.

9. WHEREFORE Plaintiffs respectfully request that this Court permit the filing of select exhibits supporting Plaintiffs' Motion for Class Certification, as described herein, under seal on May 3, 2019.

Date: May 2, 2019

Respectfully submitted,

/s/ Caryn C. Lederer
One of the Attorneys for Plaintiffs

Marni Willenson
marni@willensonlaw.com
Samantha Kronk
skronk@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
312.508.5380

Cyrus Mehri
CMehri@findjustice.com
Ellen Eardley
EEardley@findjustice.com
Michael Lieder
MLieder@findjustice.com
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Washington, D.C. 20036
202.822.5100

Caryn C. Lederer
clederer@hsplegal.com
Kate E. Schwartz
kschwartz@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
HUGHES SOCOL PIERS
RESNICK &DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312.580.0100

Noelle Brennan
nbrennan@brennan-associates.com
Kristin Carter
kcarter@brennan-associates.com
NOELLE BRENNAN & ASSOCIATES, LTD.
20 S. Clark Street, Suite 1530
Chicago, IL 60603
312.422.0001

Shelly B. Kulwin
skulwin@kmklawllp.com
Jeffrey R. Kulwin
jkulwin@kmklawllp.com
Rachel A. Katz
rkatz@kmklawllp.com
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312.641.0300

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document, PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL, will be served through the CM/ECF system to counsel of record on May 2, 2019.

/s/ Caryn C. Lederer