# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, et al., ) | |
| ) | Case No. 17-cv-8146 |
| Plaintiffs, ) | |
| ) | Judge Matthew F. Kennelly |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on **Wednesday, May 8, 2019** at **9:30 a.m.**, counsel for Plaintiffs shall appear before the Honorable Matthew F. Kennelly in Room 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**, a copy of which is attached hereto and served upon you herewith.

The undersigned certifies that she caused a copy of this notice and the attached pleading to be served through CM/ECF system to counsel of record on May 2, 2019.

Dated: May 2, 2019                    Respectfully submitted,

/s/ Caryn C. Lederer
One of the Attorneys for Plaintiffs

Marni Willenson
marni@willensonlaw.com
Samantha Kronk
skronk@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
312.508.5380

Cyrus Mehri
CMehri@findjustice.com
Ellen Eardley
EEardley@findjustice.com
Michael Lieder
MLieder@findjustice.com
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW
Washington, D.C. 20036
202.822.5100

Caryn C. Lederer
clederer@hsplegal.com
Kate E. Schwartz
kschwartz@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
HUGHES SOCOL PIERS
  RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312.604.2622

Noelle Brennan
nbrennan@brennan-associates.com
Kristin Carter
kcarter@brennan-associates.com
NOELLE BRENNAN & ASSOCIATED, LTD.
20 S. Clark Street, Suite 1530
Chicago, IL 60603
312.422-0001

Shelly B. Kulwin
skulwin@kmklawllp.com
Jeffrey R. Kulwin
jkulwin@kmklawllp.com
Rachel A. Katz
rkatz@kmklawllp.com
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312.641.0300

*Attorneys for Plaintiffs*