UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Sdahrie Howard, et al.
                        Plaintiff,

v.                                         Case No.: 1:17−cv−08146
                                                Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 2, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file certain materials under seal [167] is granted. A complete and unredacted version of plaintiffs' submission is to be filed under seal. A redacted version is to be filed in the public record. The required chambers copy must be a complete and intact (not piecemeal) copy of the under−seal version. In addition, counsel are directed to provide a memory stick containing the entire unredacted submission, in Adobe Acrobat format (saved as Acrobat 9 or higher), with each exhibit bookmarked within the overall document, not as a separate document. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.