# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, et al., ) | |
| ) | Case No. 17-cv-8146 |
| Plaintiffs, ) | |
| ) | Judge Matthew F. Kennelly |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs, by their undersigned attorneys, hereby move to certify their claims against the Defendants pursuant to Fed. R. Civ. P. 23(b)(3) or alternatively Rule 23(c)(4) on behalf of themselves and members of a proposed Class of about 2,000 women. In support of their Motion, Plaintiffs have separately filed Plaintiffs' Memorandum of Law in Support of Motion for Class Certification and exhibits thereto, and further state as follows:

1. Plaintiffs are 10 women currently employed by the Cook County Sheriff's Office ("CCSO") or Cook County (collectively, "Defendants") at the Cook County Jail ("Jail") or the adjoining George N. Leighton Criminal Courthouse ("Courthouse").

2. On November 14, 2018, Plaintiffs filed their Third Consolidated Complaint (Dkt. 143), alleging that Defendants maintain a workplace in which Plaintiffs and Class Members are subjected to severe and pervasive sexual harassment by male detainees who regularly masturbate at and expose their genitals to them, bombard them with sexualized threats, epithets, insults, and gestures, and sexually assault them. The level of sexual harassment far exceeds that at comparable correctional institutions and pervades the Jail and Courthouse.

3. Despite awareness of the extreme and pervasive harassment, Defendants have failed to take adequate steps reasonably calculated to curtail it. Defendants' policies and practices, not discretionary decisions of a few rogue managers, have facilitated detainees' sexual harassment of female employees.

4. Plaintiffs bring their claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) *et seq.* ("Title VII"); the Illinois Civil Rights Act, 740 ILCS 23/5(a)(1); and the Equal Protection Clause of the United States Constitution on behalf of a proposed Class defined as:.

> All women who have been employed by the CCSO at the Jail, or as Court Services deputies at the Leighton Courthouse, or by the County in positions with Cermak Health Services, at any time since April 23, 2015, except women who, during that period, have held the positions identified in Exhibit A to Complaint.
>
> This class is represented by all of the named Plaintiffs: Sdahrie Howard, Denise, Hobbs, Ellenor Altman, Tavi Burroughs, Dominque Freeman, Kimberly Crawford-Alexander, Esther Jones, Balvina Ranney, Tawanda Wilson, and Susana Plasencia.

*See* Dkt. 143, Complaint, Ex. A (listing exclusions of certain high-level positions ("excluded positions")). The proposed Class includes women holding positions identified in Exhibit A to the Third Consolidated Complaint if they also held covered positions during the class period.

5. As set forth in detail in Plaintiffs' Memorandum in Support of their Motion for Class Certification, this case is appropriate for class certification under Fed. R. Civ. P. 23(b)(3). The proposed Class satisfies the numerosity, commonality, typicality, and adequacy requirements of Rule 23(a) and the predominance and superiority requirements of Rule 23(b)(3). Alternatively, the proposed Class should be certified under Rule 23(c)(4).

6. Plaintiffs further request that the Court appoint Plaintiffs' counsel, Noelle Brennan & Associates, Ltd., Willenson Law, LLC, Hughes Socol Piers Resnick & Dym, Ltd., Kulwin,

Masciopinto & Kulwin, LLP, and Mehri & Skalet, PLLC (collectively, "Plaintiffs' Counsel"), as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

Wherefore, Plaintiffs respectfully request that the Court certify this case as a class action pursuant to Rule 23, appoint the named Plaintiffs as Class Representatives, and appoint Plaintiffs' counsel as Class Counsel.

Dated: May 3, 2019              Respectfully Submitted,

                                 /s/ Noelle Brennan
                                 One of Plaintiffs' attorneys

Cyrus Mehri                      Noelle Brennan
CMehri@findjustice.com           nbrennan@nbrennan-associates.com
Ellen Eardley                    Kristin Carter
EEardley@findjustice.com         kcarter@nbrennan-associates.com
Michael Lieder                   Naomi Frisch
MLieder@findjustice.com          nfrisch@nbrennan-associates.com
MEHRI & SKALET, PLLC             NOELLE BRENNAN & ASSOCIATES, LTD.
1250 Connecticut Ave., NW        20 S. Clark Street, Suite 1530
Washington, D.C. 20036           Chicago, IL 60603
202.822.5100                     312.422-0001

Marni Willenson                  Caryn Lederer
marni@willensonlaw.com           clederer@hsplegal.com
Samantha Kronk                   Kate E. Schwartz
skronk@willensonlaw.com          kschwartz@hsplegal.com
WILLENSON LAW, LLC               Emily R. Brown
542 S. Dearborn St., Suite 610   ebrown@hsplegal.com
Chicago, IL 60605                HUGHES SOCOL PIERS
312.508.5380                       RESNICK & DYM, LTD.
                                 70 W. Madison St., Suite 4000
                                 Chicago, IL 60602
                                 312.604.2630

                                 Shelly B. Kulwin
                                 skulwin@kmklawllp.com
                                 Jeffrey R. Kulwin
                                 jkulwin@kmklawllp.com
                                 Rachel A. Katz
                                 rkatz@kmklawllp.com
                                 KULWIN, MASCIOPINTO & KULWIN, LLP
                                 161 N. Clark Street, Suite 2500
                                 Chicago, IL 60601
                                 312.641.0300

                                 Attorneys for Plaintiffs

**CERTIFCATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF system. All counsel of record are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Date: May 3, 2019　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Noelle Brennan*
　　　　　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys