**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SDAHRIE HOWARD, et al., | ) | |
| | ) | Case No. 17-cv-8146 |
| Plaintiffs, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., | ) | |
| | ) | |
| Defendants. | ) | |

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

| Exhibit 1 | Group Declaration Exhibit – Decl. Ex. 1-920 | Class Member Declarations |
|---|---|---|
| Exhibit 2 | Summary Exhibit of Evidence of Sexual Harassment | |
| Exhibit 3 | *Brown et al. v. Cook Co., et al.,* Case No. 17-cv-08085, Dkt. No. 24-1 | Declaration of Brad Curry |
| Exhibit 4 | CCSO_Howard_0061376-382 | Cook County Department of Corrections Procedures Manual: Policy 704, Inmate Disciplinary Procedure |
| Exhibit 5 | CCSO_Howard_0064470-474 | Cook County Department of Corrections Procedures Manual, Policy 311 Report Preparation |
| Exhibit 6 | Deposition of Bradley Curry | Excerpts from Transcript |
| Exhibit 7 | CCSO_Howard_0000126-169 | CCDOC Inmate Information Handbook, 2d Edition effective July 2017 |
| Exhibit 8 | CCSO_Howard_0252791-795 | Union Information Request (Teamsters Complaint) dated Nov. 12, 2015 |
| Exhibit 9 | Deposition of Tavi Burroughs | Excerpts from Transcript |
| Exhibit 10 | CCSO_Howard_00001676-77, 1690-91 | Inmate Discipline: Disciplinary Reports and Hearing Procedures (Change 1, Change 2) |
| Exhibit 11 | CCSO Howard_0078538-539 | CCDOC Organizational Chart (Feb. 2018) |
| Exhibit 12 | CCSO_Howard_0073686-687 | CCDOC General Order 1.15: Chain of Command |

| Exhibit 13 | Cook County_000241-245 | CCHHS Org Chart, |
|---|---|---|
| Exhibit 14 | Deposition of Sdharie Howard | Excerpts from Transcript |
| Exhibit 15 | Deposition of Dominique Freeman | Excerpts from Transcript |
| Exhibit 16 | Deposition of Denise Hobbs | Excerpts from Transcript |
| Exhibit 17 | Deposition of Ellenor Altman | Excerpts from Transcript |
| Exhibit 18 | Expert Report of Jeanne S. Woodford | |
| Exhibit 19 | Expert Rebuttal Report of Jeanne S. Woodford (Corrected) | |
| Exhibit 20 | Expert Rebuttal Report of Kathleen K. Lundquist, Ph.D. | |
| Exhibit 21 | Deposition of Sharon Robinson | Excerpts from Transcript |
| Exhibit 22 | Expert Report of Louise F. Fitzgerald, Ph.D. | |
| Exhibit 23 | Deposition of Esther Jones | Excerpts from Transcript |
| Exhibit 24 | Expert Report of Benjamin S. Wilner, Ph.D. | |
| Exhibit 25 | Plaintiffs 00751-754 | Teamsters Local 700 OSHA Notice (June 23, 2016) |
| Exhibit 26 | Deposition of Amar Patel | Excerpts from Transcript |
| Exhibit 27 | CCSO_Howard_0281582-583 | Ex 30 of Curry Dep. |
| Exhibit 28 | CCSO_Howard_0145831-838 | CCSO Analysis of Indecent Exposure/Masturbation Incidents between January 1, 2016 to October 31, 2017 |
| Exhibit 29 | CCSO_Howard_097010-012 | CCSO Policy 166: Sexual Misconduct by Detainees Directive, with cover email |
| Exhibit 30 | Deposition of Steven Wilensky | Excerpts from Transcript |
| Exhibit 31 | CCSO_Howard_0251470-471 | 2015 email from Debbie Boecker re: California DOC jumpsuits |
| Exhibit 32 | Expert Report of Margo L. Frasier, J.D. | |
| Exhibit 33 | Deposition of Kimberly Crawford-Alexander Moreci | Excerpts from Transcript |
| Exhibit 34 | Deposition of Matthew Burke | Excerpts from Transcript |
| Exhibit 35 | CCSO_Howard_0000911-926 | Inmate Discipline: Disciplinary Reports and Hearing Procedures |
| Exhibit 36 | CCSO_ Howard_0078544-556 | Group Exhibit, Charge codes |
| Exhibit 37 | Deposition of Balvina Ranney | Excerpts from Transcript |
| Exhibit 38 | Deposition of Susan Plasencia | Excerpts from Transcript |
| Exhibit 39 | Deposition of Tawanda Wilson | Excerpts from Transcript |

| | | |
|---|---|---|
| Exhibit 40 | Deposition of Larry Schurig | Excerpts from Transcript |
| Exhibit 41 | Deposition of Benjamin S. Wilner | Excerpts from Transcript |
| Exhibit 42 | CCSO_Howard_0000126-169 | Exhibit 7 to the Deposition of Benjamin S. Wilner |
| Exhibit 43 | Deposition of Margo S. Frasier | Excerpts from Transcript |
| Exhibit 44 | Group Exhibit – Firm Declarations | Attorney Declarations |
| Exhibit 45 | CCSO_Howard_0329174-176 | Memorandum from Brad Curry, October 26, 2017 |
| Exhibit 46 | CCSO_Howard_0281586-588 | Steven Wilensky Dep Ex. 29 |
| Exhibit 47 | Michael Holmes Declaration | |
| Exhibit 48 | Dominic Charles Declaration | |
| Exhibit 49 | Plaintiffs 001477-1494 | Underlying data used in Lundquist report |
| Exhibit 50 | CCSO_Howard_0000930-933 | Inmate Charge Codes |
| Exhibit 51 | CCSO_Howard_0281113-119 | Inmate Disciplinary Code |
| Exhibit 52 | CCSO_Howard_0000909-0000910 | Inmate Disciplinary Reports and Hearing Procedures (Change 1) |