# Exhibit 5

# Report Preparation

### 311.1  PURPOSE AND SCOPE
Report preparation is a major part of each member's job. The purpose of these reports is to document incidents concerning the Cook County Department of Corrections, refresh the member's memory and provide sufficient information for administrative review, follow-up investigation, successful prosecution or a disciplinary proceeding. Report writing is the subject of formal and on-the-job training.

### 311.2  REPORT PREPARATION
Members should ensure that reports are sufficiently detailed for their purpose and free from errors prior to submission. Reports shall be prepared by the member assigned to investigate or document an incident, approved by a supervisor and submitted to the Superintendent or the authorized designee in a timely manner. Any available reports from an incident resulting in death, injury or endangerment to members or a visitor, serious injury to an inmate, escape, a major disturbance, a facility emergency or an unsafe condition at the Department shall be submitted to the Superintendent as soon as practicable but within 24 hours of the incident, unless exigent circumstances occur and prior approval of the Superintendent or authorized designee is received. It is the responsibility of the assigned sworn member to ensure that all the above listed reports meet this requirement or that the approval of the Superintendent or the authorized designee has been obtained to delay the report. The supervisor shall access any video (e.g., surveillance, body camera), when available, with the assigned sworn member to assist with the preparation of the respective report or investigation. The supervisor must determine whether the report will be available in time for appropriate action to be taken, such as administrative notifications or resolution, investigative leads or an inmate disciplinary proceeding.

Handwritten reports must be prepared legibly. If the report is not prepared legibly, the sworn member shall be required by the reviewing supervisor to promptly correct the report. Sworn members who generate reports on computers are subject to all requirements of this policy.

All reports shall accurately reflect the identity of the persons involved, all pertinent information and any actions taken by the reporting member. Sworn members shall not suppress, conceal or distort the facts of any reported incident, nor shall any sworn member make a false report orally or in writing. False, suppressed or concealed report writing may affect a sworn member's credibility and ability to testify truthfully in a court of law, which is an essential function of any sworn member. Generally, the reporting sworn member's opinions should not be included in reports unless it contributes to the accuracy of the incident, narrative or assessment.

### 311.3  REQUIRED REPORTING
Written reports are required in all of the following situations on the appropriate Sheriff's Office approved form unless otherwise approved by a supervisor.

### 311.3.1 CASE REPORTING
When a sworn member responds to an incident, or as a result of self-initiated activity, and becomes aware of any activity where a crime has occurred, the sworn member is required to document the activity. The fact that a victim is not desirous of prosecution is not an exception to documentation in an Incident Report or any other related documents.

### 311.3.2 INCIDENT REPORTING
Incident reports generally serve as a documentation of occurrences concerning the Department. Incident reports also serve to initiate and document the incident and/or support the inmate disciplinary process. The Department shall establish a filing system for incident reports, crime reports and disciplinary actions. This policy does not require the duplication of information on two different forms. Where both exist, cross-referencing facilitates retrieval of one or both.

Incidents that shall be documented using the appropriate approved report include, but are not limited to:

(a) Incidents of rule violations by inmates.
(b) Death, regardless of cause or location (refer to the subsection entitled Deaths).
(c) Sexual assault or attempted sexual assault.
(d) Attempted suicide or suicidal ideation on the part of an inmate, if known.
(e) Breaches of security, an escape from custody or evidence of an escape attempt.
(f) Fires (both minor and serious).
(g) Discharge of a firearm by a sworn member.
(h) Security threats (e.g., inmate on inmate fight, inmate on staff attack, threats made to staff by inmates), including intelligence related to department activities.
(i) Significant incidents related to medical issues, health or safety in the Department.
(j) Discovery of contraband (e.g., drugs, weapons) in the possession of inmates or their housing areas.
(k) Detaining or handcuffing any visitor at the facility.
(l) Traffic collisions involving department vehicles.
(m) Risk management incidents to include injuries to inmates and lost or damaged property.
(n) Serious injuries, including accidental or self-inflicted, of staff, inmates or the public.
(o) Any alleged excessive use of force by staff.
(p) Any other critical or major incident as outlined in the Critical and Major Incident Notification Policy.

### 311.3.3 DEATHS

All deaths shall be investigated and a report completed by a qualified investigative authority to determine the manner of death and to gather information, including statements of inmates and staff who were in the area at the time the death occurred.

Reporting of deaths will be handled in accordance with the Reporting In-Custody Deaths Policy.

### 311.3.4 INJURY OR DAMAGE BY DEPARTMENT MEMBERS

Reports shall be taken if an injury occurs that is a result of an act of a member. Reports shall be taken involving damage to Sheriff's Office property or equipment.

### 311.3.5 USE OF FORCE

Reports related to the use of force shall be made in accordance with the Use of Force Policy.

### 311.3.6 REPORTING EXTRAORDINARY AND UNUSUAL OCCURRENCES TO THE ILLINOIS DEPARTMENT OF CORRECTIONS

The Executive Director or the authorized designee shall report to the Jail and Detention Standards Unit as soon as possible but within three business days all extraordinary or unusual occurrences, utilizing the form provided by the Unit (20 Ill. Adm. Code 701.30(c); 20 Ill. Adm. Code 720.130(c)).

(a) Extraordinary or unusual occurrences are:

1. Death, regardless of cause
2. Attempted suicide if hospitalization or medical treatment is required
3. Serious injury, including accidental or self-inflicted injuries
4. Escape from confinement or attempted escape
5. Serious fire resulting in property damage, personal injury or evacuation
6. Inmate disturbance involving four or more individuals, riot or hostage situation
7. Battery on a staff member, visitor or volunteer
8. Battery on inmates by a staff member
9. Battery on an inmate by another detainee if hospitalization or medical treatment is required
10. Sexual assault or attempted sexual assault
11. Occurrence of contagious or infectious disease or illness within the facility, excluding names of detainees or others involved
12. Discovery of firearms or weapons, as defined in 720 ILCS 5/31A-0.1, in inmate living or program areas
13. A written or oral act of intimidation by an inmate on inmates or staff for which criminal charges result

14. Excessive use of force by staff

15. Involuntary administration of medication

16. Use of a control device such as oleoresin capsicum (OC) spray, electro-muscular disruption device (e.g., TASER®), restraint chair, baton, etc.

17. Major property damage

(b) Information in the report shall include, but not be limited to:

1. Name and address of the facility

2. Date, time and type of the occurrence

3. Information regarding any inmate involved in the occurrence, including name, date of birth, date confined and arresting charge

4. Information regarding any death, including the name of the deceased, the circumstances of the occurrence, and the date, time and specific cause of death

5. Information regarding any detainee who was transported to a hospital or medical facility for treatment and whether he/she was admitted as an inpatient or released

6. A summary of the facts and circumstances surrounding the occurrence

7. Any recommendations to prevent subsequent occurrences

8. Signature of the reporting officer and the date of the report

### 311.4 GENERAL POLICY OF EXPEDITIOUS REPORTING

In general, all members and supervisors shall act with promptness and efficiency in the preparation and processing of all reports. Reports should be completed within the Jail Management System prior to the end of the member's tour of duty. An extension past the end of the member's tour of duty may be granted by the respective superintendent or the authorized designee; any extension granted shall be documented. Incomplete reports, unorganized reports or reports delayed without superintendent or authorized designee approval are not acceptable. Reports shall be processed according to established priorities or according to special priority necessary under exceptional circumstances.

### 311.4.1 GENERAL POLICY OF HANDWRITTEN REPORTS

Some incidents and report forms lend themselves to block print rather than typing. In general, the narrative portion of those reports in which there is a long narrative should be typed.

Supervisors may require, with the foregoing general policy in mind, block printing or typing of reports of any nature for department consistency.

### 311.4.2 GENERAL USE OF OTHER HANDWRITTEN FORMS
County, state and federal agency forms may be block printed as appropriate. In general, the form itself may make the requirement for typing apparent.

### 311.5 REPORT CORRECTIONS
Supervisors shall review reports for content and accuracy. If a correction is necessary, the reviewing supervisor should return it to the reporting member for correction as soon as practicable. It shall be the responsibility of the originating member to ensure that any report returned for correction is processed in a timely manner. It shall be the responsibility of the supervisor rejecting the report to follow up on any report corrections not received in a timely manner.

### 311.6 REPORT CHANGES OR ALTERATIONS
Reports that have been approved by a supervisor shall not be modified or altered except by way of a supplemental report. Reports that have not yet been submitted to a supervisor may be corrected or modified by the authoring member only with the knowledge and authorization of the reviewing supervisor. Reviewing supervisors should not alter reports. When modifications are required, these should be the responsibility of the authoring member.

### 311.7 ELECTRONIC SIGNATURES
The Department has established an electronic signature procedure for use by all members. The Bureau of Information and Technology Chief Information Officer or the authorized designee shall be responsible for maintaining the electronic signature system and ensuring that each member creates a unique, confidential password for his/her electronic signature. The system use and design shall follow the requirements of the Electronic Commerce Security Act when applicable (5 ILCS 175/5 et seq.).

- Members may only use their electronic signature for official reports or other official communications.
- Each member shall be responsible for the security and use of his/her electronic signature and shall promptly notify a supervisor if the electronic signature has or may have been compromised or misused.

Copyright Lexipol, LLC 2017/12/01, All Rights Reserved
Published with permission by Cook County Department of Corrections

CCSO_Howard_0064474