Exhibit 7

# COOK COUNTY DEPARTMENT
# OF
# CORRECTIONS

**2nd Edition**
**Effective July 2017**



CCSO_Howard_0000126

CCSO_Howard_0000127

# INMATE INFORMATION HANDBOOK

## TABLE OF CONTENTS

| | |
|---|---|
| INTRODUCTION | 1 |
| CHAPTER 1 – CCDOC INTAKE PROCESS | 2 |
| CHAPTER 2 – PRISON RAPE ELIMINATION | 2-5 |
| CHAPTER 3 – INMATE RIGHTS | 5-12 |
| CHAPTER 4 – INMATE RESPONSIBILITIES | 12-17 |
| CHAPTER 5 – INMATE DISCIPLINE | 17-19 |
| CHAPTER 6 – HEALTH SERVICES | 19-22 |
| CHAPTER 7 – INMATE REQUEST AND GRIEVANCE PROCEDURES | 22-26 |
| CHAPTER 8 – INMATE COMMUNICATION OUTSIDE OF CCDOC | 26-31 |
| CHAPTER 9 – INMATE PROPERTY | 30 |
| CHAPTER 10 – BONDING PROCEDURES | 31 |
| CHAPTER 11 – ALTERNATIVE PROGRAMS | 32 |

CCSO_Howard_0000128

# INTRODUCTION

This Inmate Information Handbook (Handbook) helps you understand the rules and regulations of the Cook County Department of Corrections (CCDOC). While in custody, you must follow all CCDOC rules, act in an orderly manner, respect others, and follow the directions given by CCDOC members. This will make your time at the CCDOC safer and easier. Failure to follow the rules, regulations, and procedures will result in disciplinary action against you and possibly lengthen your incarceration.

Most problems or concerns you have can be addressed by requesting help from correctional officers and supervisors. In addition, there are Correctional Rehabilitation Workers (CRWs) and Cermak Health Services of Cook County (Cermak) medical staff available to talk to you or assist you.

Look at the Table of Contents to learn what subjects are described in the Handbook. It is your responsibility to learn its contents. An audio overview of the handbook, in both English and Spanish, is regularly broadcasted on your living unit. This written handbook is available in English and Spanish. Inmates with disabilities, limited ability to understand English, or who cannot read will be provided assistance. Ask an officer, supervisor, CRW or any other member of the CCDOC if you need help understanding this handbook and the rules of the CCDOC. Also, if you know of someone who has trouble understanding this handbook, notify a staff member.

**Inmates under 18 years old**: If you are under the age of 18 years, or if you know of someone in the custody of the CCDOC who is under the age of 18 years, promptly notify CCDOC staff.

CCSO_Howard_0000129

# CHAPTER 1
## CCDOC INTAKE PROCESS

**Medical and Mental Health Screening**
By the time you receive this handbook you will have gone through the intake process and received medical and mental health screenings. Medical and mental health screenings help identify medical or mental health problems you may have and allow CCDOC staff and Cermak medical staff to properly address those problems. Be sure to inform CCDOC staff, CRWs, or Cermak medical staff about any matters related to medical problems, psychological problems, drug addictions, and prescription drugs you have taken. If you do not feel comfortable informing staff, you may submit a Cermak Health Service Request Form (see the Health Care Request Process section below).

**Classification and Housing Assignment**
By the end of the intake process, CCDOC Classification personnel will determine your housing location and security classification level. You will be a minimum, medium or maximum security inmate. Under limited circumstances, CCDOC may determine that you require protective custody, or High Risk Movement(HRM) Maximum security is for inmates who present the greatest risk of harm to security in the CCDOC and the safety of others. The higher the classification, the more restrictions placed on an inmate. If you believe you have been classified incorrectly, promptly notify a staff member and file an inmate written request (see the Inmate Request Process).

**Making Phone Calls**
Upon the completion of the intake process, you are permitted 15 minutes of free local and long distance telephone calls. You may complete as many calls as the 15 minutes permit. All telephone calls are recorded, unless prior arrangements are made by your private attorney.

**Inmates Subject to DNA Collection**
Any person who is charged with or convicted of certain offenses or otherwise ordered by a court will have his/her DNA collected by designated staff at a scheduled time.

# CHAPTER 2
## PRISON RAPE ELIMINATION ACT

## Sexual Abuse, Assault, Harassment, Intimidation and Retaliation

The CCDOC has a zero tolerance policy for sexual abuse, sexual assault, sexual harassment, sexual intimidation of inmates, or retaliation for those who report this conduct. Simply put, this behavior will not be tolerated.

CCSO_Howard_0000130

The following acts by inmates, CCDOC staff, vendors, and/or contract employees, even where no objections are raised, are **ALWAYS PROHIBITED** and should be reported immediately.

1.     All sexual activity.

2.     Making sexual advances or sexual comments;

3.     Engaging in any sexual act;

4.     Touching another person's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse or gratify;

5.     Failing to respect the limited privacy rights of an inmate in order to sexually harass or sexually intimidate the inmate (e.g., gawking at someone in the shower or when undressing);

6.     Threatening an inmate's safety, custody, privacy, housing, privileges, work detail, or program status in exchange for sexual favors;

7.     **Influencing or coercing another inmate to engage in sexual acts.**

8.     Retaliating in any way against an inmate who reports or causes to be reported any of the acts listed above.

Inmates should report any of these acts or other acts of sexual abuse, sexual assault and sexual harassment. By speaking up you, are protecting yourself and other inmates, and you are making your stay at the CCDOC safer.

All allegations related to this conduct will be investigated. The offender may be referred for charges to the State's Attorney's Office.

## Protect Yourself from Sexual Harassment, Intimidation and Sexual Assault

Be aware of your surroundings, particularly when you are out of the sight of a staff member.

Do not accept commissary or favors from another inmate. He/she may expect you to pay them back by engaging in sexual conduct.

Voluntarily engaging in sexual activity with another inmate may attract the attention of a predator and make you a target.

- 3 -

CCSO_Howard_0000131

Don't give mixed messages. If someone approaches you and makes suggestive comments, be firm in telling them you are not interested.

Trust your instincts. If someone is making you feel unsafe, tell a staff member right away.

Contraband such as drugs and alcohol may make you vulnerable to sexual abuse. Alert staff if drugs or alcohol are around or if you think other inmates are using them.

## What to do if you are sexually harassed, sexually abused or threatened?

1.  If you feel threatened or have been sexually harassed or abused, you can do one or more of the following:

    a.  Tell a staff member or medical staff immediately;

    b.  If the abuser is an inmate or person providing services, who is not CCDOC staff, and you are uncomfortable telling a staff member or medical staff, you may call Bureau of Intelligence and Investigations. by dialing 111 from the telephone on the living unit;

    c.  You may leave a voicemail for the Office of Professional Review (OPR) at (773) 674-7545 to make complaints against Cook County employees from your living unit telephone. You must include your name and booking number with the voicemail;

    d.  Complete an Inmate Grievance Form and give it to a supervisor or a CRW as soon as possible;

2.  A person outside of the CCDOC, such as a family member, friend, or attorney, may report for you by sending an email to CCSO.PREA@cookcountyil.gov. You may also report using this email after your release. Keep in mind, however, that evidence is lost by delaying the report.

3.  **Evidence of sexual abuse may be destroyed** by washing, showering, brushing your teeth, using the toilet, drinking, eating, or changing your clothes, depending on the acts involved. This evidence can be collected by a healthcare professional at Cermak, using a Sexual Assault Evidence Collection Kit. You may have the evidence collected without making a decision about prosecuting the person who abused you.

## What happens after I report a sexual assault?

1.  You will be offered protection from the assailant and referred for a medical examination and clinical assessment.

CCSO_Howard_0000132

2.    You will be housed so that you are protected from further harm or retaliation.

3.    An investigation will be conducted.

## Confidentiality of Inmates Reporting Sexual Assault

All information you report regarding a sexual assault or other sexual misconduct will only be used to make decisions for protecting you or other inmates and for investigative purposes. Confidential information includes the name(s) of the reporting inmate, the name(s) of the victim(s) (if different than the reporting inmate), the name(s) of the perpetrator(s), and all other relevant facts. You will be advised of the outcome at the conclusion of the investigation.

**Resources**

**If you would like to discuss your situation before or after making a report, you may contact the Chicago Rape Crisis Hotline by telephone at 888-293-2080. The Hotline will maintain confidentiality and calls to the Hotline are not monitored.**

# CHAPTER 3
## INMATE RIGHTS

## Your basic rights while in the custody of the CCDOC:

1.    To be treated fairly and with respect.

2.    You are free to practice any religion you choose.

3.    You have a right to be free from sexual abuse, sexual harassment, or sexual intimidation by other inmates, CCDOC staff, vendors, and/or contract employees.

4.    You have the right to lead a healthy lifestyle at the CCDOC, which means that while you are here, you will get meals that are of sufficient nutritional value, the chance to shower regularly, time for exercise, personal hygiene items, and access to medical, vision, dental and mental health care.

CCSO_Howard_0000133

5.	You have the right to a clean and sanitary living environment.

6.	You have the right to speak to your attorney by telephone or in person, and you have the right to send letters and receive letters from your attorney.

7.	You have a right to privacy during conversations with your attorney.

8.	You have the right to use or obtain materials from the law library(fees may be assessed) at the CCDOC to help you participate in your own defense.

9.	You have the right to register to vote. You may cast an absentee ballot, if you are not currently serving a prison sentence.

10.	You should feel safe in your living unit; if you do not feel safe, you can do any of the following:

   a.	Inform the living unit officer;
   b.	Inform a supervisor;
   c.	Inform a CRW
   d.	Call BII by dialing 111 from the telephone on the living unit; or
   e.	Complete an Inmate Grievance form.

**Cell and Dorm Facilities**
Your cell or dorm area should have a functioning toilet, a sink that has running hot and cold water, reasonably comfortable air temperatures, and a functioning overhead light. If any of these are not available, notify an officer and, if necessary call the Facilities Phone Line at 773-916-6280, or fill out an Inmate Request Form or an Inmate Grievance.

**Showers**
You will be allowed to shower in your living unit at least three times a week. For your health and cleanliness, you are encouraged to shower every opportunity you can.

**Laundry**
The CCDOC provides you a clean uniform twice per week, fresh linens once per week, and a clean blanket once per month. In addition, laundry service for clothing purchased on commissary is regularly provided. Ropes or hand-made clothes lines **are not permitted** to be used in cells or dayrooms for drying clothes and/or linens (e.g., shirts, pants, uniforms, underclothes, sheets, towels). Washing and drying clothes in housing areas **is not permitted**. Failure to follow laundry procedures is a violation of inmate rules and regulations and will result in a disciplinary report and possible disciplinary sanctions. For information regarding laundry pick-up and distribution, please check with your living unit officer.

CCSO_Howard_0000134

**Grooming and Hygiene Supplies**

All inmates are issued uniforms, clean linen, a towel, soap, a toothbrush, and toothpaste. A staff member will supply personal hygiene items provided by CCDOC when needed and upon request. If any items are unavailable, fill out an Inmate Request Form. You can also purchase other toiletries or clothing items from the commissary. For more information on commissary, refer to the commissary section of this handbook. In addition:

1.  Male inmates will be issued razors and allowed to shave at certain times. Certain housing areas may have restrictions as it relates to this procedure. If you lose your razor or intentionally destroy, break or hide razors, you will receive a disciplinary report (also referred to as a ticket or write-up).

2.  Female inmates will be provided articles for feminine hygiene, such as sanitary napkins, upon request.

You are accountable for all items that the CCDOC issues to you. If you intentionally destroy, misuse, or lose these items, you will receive a disciplinary report and possibly have to pay for the property you damaged (restitution).

**Haircuts**

You may get your hair cut or shampooed at no cost to you while housed at the CCDOC. Haircuts will be basic and limited to a single blade length. No special requests will be honored.

**Food and Diet**

Meals at CCDOC are designed by a dietician to ensure the required daily nutritional values are met. All diets at CCDOC are Pork free. All CCDOC food must be consumed in a timely matter and not stored. Everyone is served the same food items during meal times, with the exception of medical or religious diets; these meals are provided only upon authorization based on health needs or religion. Medical diets may be requested during medical visits or by completing a Health Service Request Form (see section on this process below). This does not include lifestyle diets like vegan. Religious diets may be requested by filling out a Religious Diet Form and giving it to a CRW. Eligibility requirements apply.

**Recreation**

You will be permitted to participate in recreational activities unless the CCDOC administration determines that your participation in such activities is dangerous to the security of the institution or your health. Recreation schedules are posted in the living units. You will have access to the daily newspaper during your scheduled recreation.

**Court appearances**

You must go to all scheduled court appearances. You will only be allowed to bring legal documents and necessary daily medication with you; no personal property is allowed. If you are attending court and may be discharged, you will be required to pack up all of your personal property prior to leaving your living unit. All personal property will be transported to you in the discharge area. CCDOC is not responsible for lost or stolen property while you are attending court or being discharged.

CCSO_Howard_0000135

**Commissary**

The commissary is a product order service where you can purchase approved items such as food, additional clothing, personal hygiene items, and phone cards. You pay for these items out of your Inmate Trust Account. You can purchase a maximum of 5 phone cards and up to $100 on commissary weekly.

To order items, request a commissary form from your living unit officer, fill it out and turn it in prior to the deadline. A staff member will collect these forms and you will generally receive your items within one week.

It is your responsibility to sign the commissary receipt twice as follows: 1) prior to receiving your commissary order; and 2) after verifying ordered items have been received. If any errors are present during time of delivery, adjustments will be made accordingly. Refunds are only issued when, upon inspection during the delivery process it is identified that: 1) the order is wrong due to Keefe Management error; 2) an ordered item is missing; 3) an item is damaged or expired; or 4) clothing item is the wrong size.

Unclaimed commissary items will be returned and refunds will be posted to your trust fund account if you are discharged prior to receiving the items ordered.

If you have issues or concerns as it relates to your commissary order, please complete the Keefe Commissary Complaint Form and return it to your CRW.

# How to Receive Money / Inmate Trust Fund Account

### 1.    **Money Orders and Cashier's/Certified Checks**

Individuals may send you money while you are incarcerated by using money orders, cashier's checks, certified checks, electronic transfer or by visiting the facility and using one of the six available lobby kiosks. For further assistance on sending funds, individuals can contact the Inmate Trust Fund office by telephone at (773) 674-6864 or by visiting the CCDOC website at www.cookcountysheriff.org.

1. **Electronic Transfer**
   To have funds quickly deposited into your Inmate Trust Fund Account by electronic transfer, the following information must be included:
   a.   Your name;
   b.   Your 11-digit booking number; and
   c.   The appropriate code number.

   i.    If you are receiving money through Money Gram, the sender must enter RECEIVE CODE: #1750/Cook County Jail/Cook County Department of Corrections MoneyGram.com (800) 666-3947
   ii.   If you are receiving money through Western Union, the sender must use CODE CITY: CCDOC/Cook County Jail/Cook County Department of Corrections WesternUnion.com  (800) 225-5227

   d.   Electronic transfers will post to your Inmate Trust Fund Account within one or two business days.

CCSO_Howard_0000136

2. **Access Corrections**

You can also have money deposited into your Inmate Trust Fund Account using Access Corrections. Provide the website www.accesscorrections.com or phone number (866) 345-1884 to anyone you would like to make deposits into your account. The following information must be included:

   a. Your name; and
   b. Your 11-digit booking number.

3. **Money Orders and Cashier's/Certified Checks**

Money orders must be $100.00 or less. Any money order more than $100.00 will be returned to the sender. Multiple money orders can be sent as long as each money order is $100.00 or less. There is no limit for a cashier's check or certified check.

All money transfers by money orders and/or cashier's/certified checks must contain:

   a. Your name; and
   b. Your 11-digit booking number. Mailed to:

      CCDOC
      [Inmate Name]
      [Inmate Booking Number]
      P.O. Box 089002
      Chicago, Illinois 60608

**Additionally, the sender MUST include a return address.**

Once received by the Department, most money orders or cashier's/certified checks take up to five business days to be processed and posted to your Inmate Trust Fund Account.

**UNDER NO CIRCUMSTANCES WILL THE CCDOC ACCEPT CASH, PERSONAL or BUSINESS CHECKS THROUGH THE MAIL.**

4. **Lobby Kiosks**

For same day cash deposits, lobby kiosks are available in the following locations:

   a. External Post – 2700 S. California Ave.
   b. External Post – 2834 W. 31st St.
   c. External Post – 2805 S. Sacramento Ave.
   d. Division 10 Lobby – 2950 S. California Ave.
   e. Division 11 Lobby – 3015 S. California Blvd.
   f. Division 5 Lobby – 2700 S. California Ave.

Any money remaining in your Inmate Trust Fund Account will be given to you upon your release or discharge from CCDOC.

After release, but before 30 days has passed, you may come to the Division 5 Lobby to request your remaining money. This can be done 7 days a week (including holidays) between 9:00 am and 8:30 pm. In order to receive your funds you MUST have a valid, Government issued photo ID.

CCSO_Howard_0000137

If you were not able to obtain your funds, any money remaining on your Inmate Trust Fund Account will be mailed to your address on file, within 30 days after your release from CCDOC. CCDOC is not responsible for checks cashed as a result of being sent to the wrong address (the address on file). Checks returned to CCDOC as a result of being undeliverable or funds not collected prior to the 30 days will be processed accordingly by the department and may take longer for you to obtain. .

1. If you are scheduled for shipment to the Illinois Department of Corrections (IDOC), a check will issued on the scheduled shipment date. If this does not occur, you can always request your funds at a later date by writing the CCDOC Finance Office. Your letter must include:

    a. Your name
    b. Your CCDOC booking number
    c. Your IDOC identification number
    d. Your current IDOC facility

2. Mail requests to:
   CCDOC Finance Office
   2700 S. California Avenue
   Chicago, IL 60608

For further information on how to collect your funds, contact the Finance office by telephone at (773) 674-6860 or by visiting the CCDOC website at www.cookcountysheriff.org.

## Programs and Services

1. **Religious services**
   The CCDOC allows clergy to conduct regular religious services within the divisions of the CCDOC. You may submit an Inmate Request form to attend religious services through your CRW. You will be allowed to attend religious services if it does not present scheduling conflicts or security problems. Religious services are provided by clergy on a volunteer basis and are not guaranteed.

2. **Social services**
   CRWs assigned to your living unit can help you with questions about your money, personal property, visitation assistance, filling out any necessary paperwork, or arranging help through outside agencies, such as Child Welfare. CRWs assigned to your living unit are there to help you five days a week. CRWs typically come to your living unit between 7:00 am to 3:00 pm unless security concerns prohibit them from doing so.

CCSO_Howard_0000138

3. **Library services**

   You are entitled to receive standard library and law library services and materials. You must request library services by submitting an Inmate Request form. Library services will be based on the schedule of the library and librarians. Inmates with upcoming court dates will have priority. Law library services and resources include legal materials, notary service, photocopying and writing supplies (e.g., paper, pens, envelopes, folders). You may be assessed a fee for any requested service or supplies. Librarians do not provide legal advice.

4. **Substance abuse treatment**

   Substance abuse programs are court ordered and in order to participate, you generally need to have an order issued and signed by a judge. Substance abuse programs within CCDOC have limited availability and are not available in all divisions or for detainees at all classification levels.

5. **Educational programs**

   a.  **CCDOC Alternative High School:** If you are between the ages of 18 years old and 22 years old, you may request enrollment during intake or through your social worker in the **Consuella B. York Alternative High School** operated by Chicago Public School (CPS) system. Due to Illinois law and CPS district policies, if you are 21 or 22 you may also be considered for placement in the adult education program. The high school is not available in all divisions, however upon requesting enrollment you will be moved to the appropriate division to begin schooling.

   b.  The adult education program operated by **Programmed Activities for Correctional Education (PACE)** has limited availability for inmates of any age. The PACE program offers literacy classes, basic educational skills instruction and GED/HSE (high school equivalency) preparation. The adult education program is not available in all divisions, however upon requesting enrollment you may be moved to the appropriate division when space in the class becomes available.

   **Enrichment Programs**

   Enrichment Program offerings vary by division and may have specific eligibility criteria in order to participate. Not all programs are available in all divisions. Most enrichment programs are provided on a volunteer basis. Enrichment program types include: Personal Transformation, Creative Expression, 12-Step and Vocational. Should you wish to participate in enrichment programming, please complete a request form via your CRW.

CCSO_Howard_0000139

6. **Veteran's Assistance**
   If you are an armed forces veteran, the Veteran's Administration (VA) and other volunteer agencies may help you after you leave the CCDOC. The VA and other groups can help you with housing, healthcare, education, job searches and other needs. To begin this process, complete an Inmate Request form.

7. **Inmate Work Program**
   The Inmate Work Program offers a variety of work assignments that can help develop good work habits that can be applied to jobs after release. If you are interested in becoming an inmate worker, request further information from your Tier Officer or a Correctional Supervisor or submit a request form to your CRW.

   a. An inmate may be eligible if he/she:
      i. Volunteers
      ii. Successfully completes any training and orientation programs
      iii. Successfully meets any additional criteria required by the division superintendent/unit head

   b. An inmate will generally **not** be eligible if he/she:

      i. Is in a No-Bond status, unless sentenced to serve time at the CCDOC or authorized by the Executive Director;
      ii. Has a bond amount exceeding $100,000;
      iii. Has a detainer (e.g., outlying county, patrol hold);
      iv. Has any outstanding fugitive warrants;
      v. Has a criminal history with a violent felony or a crime against another;

      vi. Is currently charged with any violent crimes;

      vii. Has a history of escapes or attempted escapes; or has been found guilty in the past six months of any inmate disciplinary code violation or had any major sustained disciplinary charges against them during his/her incarceration.

## Interpretation Services: Understanding Staff or Written Guidelines

If you need help or believe that another inmate needs help understanding or interpreting spoken or written instructions, rules, policies or any other printed instruction, ask a sworn member or a CRW for help or complete an inmate request form asking for help. If you need a sign language interpreter, one will be made available to you at no cost. A Telecommunications Device for the Deaf (TTY) or comparable equipment is available for those inmates with hearing disabilities or those with a family member who is deaf or hard of hearing. The use of TTY equipment can be requested through your CRW using an Inmate Request Form.

CCSO_Howard_0000140

## Disability Assistance: What if I have a Disability?

The CCDOC will accommodate inmates with physical, mental health or developmental disabilities. All disabled inmates shall be housed in facilities appropriate to their needs and in a manner that allows equal access to programs and services.

If you are disabled and need assistance, tell a staff member or medical staff and submit a request via your CRW to see the Americans with Disabilities Act (ADA) Compliance Officer.

# CHAPTER 4
## INMATE RESPONSIBILITIES

## Inmate Rules of Conduct –Rules That You Must Follow

Below is a list of rules that you shall obey while in the CCDOC to include but, not limited to:

1.  You will not harm, assault, or injure any other inmate, staff or other person.
2.  You will treat all staff, persons and inmates with respect and dignity.
3.  You will comply with all directions and orders from CCDOC staff.
4.  You will lock up immediately when ordered to do so.
5.  You will make your bed and tidy your cell before every daily cell inspection.
6.  You are forbidden to possess, manufacture or use any type of weapon.
7.  You are forbidden to possess or hide any item that is considered contraband.
8.  You will not cook or heat up food in your cell.
9.  You will not cover air vents.
10. You will remain in full CCDOC uniform when in the dayroom or anywhere outside of your cell or shower.
11. You will not damage or vandalize medical equipment including wheelchairs, CPAP machines or other devices.
12. You will not hoard medications, share medications or take medication in a manner other than instructed.
13. You will cooperate with the nurse during medication pass including presenting yourself, allowing for mouth check and swallowing your medication(s).

CCSO_Howard_0000141

14. You will not enter any cell other than the one assigned to you.
15. You will not visit an inmate on another living unit.
16. You will not wear any head coverings (e.g., du-rags, towels, commissary blue hats) when you are outside of your cell.
17. You will not wear or display any type of gang signs or symbols.
18. You will not act or behave in any manner that impedes or obstructs staff from performing their duties.
19. You will not detain or hold any person as a hostage.
20. You will not use railing, ropes, ties, or strings as clotheslines to hang clothes, linens or similar items.
21. You will not hang or paste photographs anywhere in your cell, dayroom or living unit.
22. You will not attach or stick objects to your cell or living area walls, vent covers, lights, cameras, doors or windows.
23. You shall not have sex, or engage in sexual activities with another inmate, a staff member or a volunteer while in CCDOC.
24. Sleeping nude is not allowed.
25. You will not expose your genitalia or breasts to CCDOC staff, volunteers or any other inmate. Exceptions would include searches requested by staff or medical staff or during the course of routine hygiene.
26. Masturbation or self-gratification is not allowed.
27. You will not vandalize the building, vents, windows, electrical outlets, sinks, toilets and/or (which includes but not limited to the flooding of your cell or living unit), or any other property that belongs to the CCDOC or another person.
28. You will not tamper with the television or cable cord.
29. You will not tamper with any locks or doors.
30. You will not vandalize or damage the telephones.
31. You will not draw anything or mark on any CCDOC walls, doors, building or any other CCDOC property.
32. You will not damage, destroy, tear and/or alter any CCDOC linens, sheets, bedding, clothing items or shoes.
33. You will not use sheets as shower curtains.
34. You will not enter the inmate visiting area unless you are authorized to do so.
35. You will not be in an area that you are not directly authorized to be in at any time.
36. You will not block any doorways, hallways or stairs.
37. You will not bring mattresses, blankets or sheets into the dayroom.
38. You will not gamble.
39. You will not be loud, disruptive or disrespectful. This includes the use of profanity.
40. You will not sit or stand on tables in the dayroom.
41. You will not fight, shadow box or roughhouse alone or with another inmate.

CCSO_Howard_0000142

42. You are not allowed to use the telephone until your cell passes daily inspection.
43. You must cooperate and follow instructions during an emergency drill and during a real emergency.
44. You will be referred for criminal charges if found in violation of any federal, state, or local law.
45. You will maintain your personal hygiene.
46. You will not possess medication belonging to another inmate or more than two weeks of your own prescribed medication. You will not possess any expired medication.
47. You must provide your inmate identification card, and or name at any time by staff of CCDOC.
48. You will not project bodily fluids, liquids or spit on any CCDOC staff, medical or contractual staff, volunteers or other inmates.
49. You have a right to speak to your consulate or embassy. Please ask your CRW for assistance.

## Treat Everyone with Respect

Treating everyone with respect contributes to maintaining a safe, secure environment for all CCDOC inmates, staff, volunteers and visitors. Disrespecting others, being sexually inappropriate, physical touching, battering or intimidating others is completely unacceptable. If you cannot follow this rule, you will be disciplined, lose or have restricted privileges and possibly have criminal charges initiated against you.

## Cleaning Your Cells and Living Areas: Keep Yourself, Your Cells and Living Areas Clean and Orderly

You must keep your cell and living unit clean and orderly at all times. At a minimum, this means keeping your possessions in your personal property bag, keeping your cell and living area free from clutter, and making your bed after you wake up and keeping it made throughout the day. Failure to keep a clean cell can attract bugs and rodents and create an unsanitary environment that could expose you and others to diseases. Inmate workers and sanitation officers will provide cleaning supplies and will collect trash. If your cell needs disinfectant or other cleaning supplies in between scheduled cleaning times, inform the living unit officer or complete an Inmate Request Form.

CCSO_Howard_0000143

**Items Allowed in Your Cell**
In addition to your legal papers and approved commissary items, the list below contains the only items that can be kept in your cell or living area (you may not be able to possess some items in some divisions based upon security restrictions.) These items, except for your shoes, shall be stored in your personal property bag when not in use:

| | ONE PAIR OF EYE GLASSES OR |
|---|---|
| ONE PALM BRUSH | CONTACT LENSES*(Cermak does not support contact lenses) |
| ONE TOOTHBRUSH | ONE SHAMPOO |
| THREE TOOTHPASTE PACKETS | ONE CONDITIONER |
| TWO BARS OF SOAP | ONE DRINKING CUP |
| ONE DEODORANT | STATIONERY |
| ONE WASH CLOTH | STAMPED ENVELOPES |
| ONE BATH TOWEL | TWO INMATE PENS |
| TWO SHEETS PER INMATE | |
| ONE BLANKET PER INMATE | TWO DECKS OF CARDS |
| FOUR T-SHIRTS | TEN PERSONAL PHOTOS |
| FOUR PAIRS OF UNDERWEAR | ONE BIBLE, KORAN, or other |
| FOUR BRAS (FEMALES) | ONE STUDY BOOK (SCHOOL) |
| FOUR PAIR OF SOCKS | TEN NEWSPAPER CLIPPINGS |
| ONE PAIR OF SHOES (county issued or commissary purchased only) | ONE PAIR OF SHOWER SHOES |
| ONE PERSONAL PROPERTY BAG | THREE MAGAZINES and THREE PAPERBACK BOOKS |

CCSO_Howard_0000144

*Example of an unkempt cell*                    *Example of a clean and orderly cell*




You are responsible for cleaning and disinfecting your mattress after being assigned to a living unit and upon discharge or transfer using only the authorized premeasured chemicals provided.

All CCDOC meals must be consumed within one hour of being served and any trash or excess food must be thrown away promptly. All garbage or trash must be removed from the living unit by the end of each shift.

**Prevent the Spread of Germs**
To prevent the spread of germs and maintain general cleanliness for yourself and others you must:

1.      Wash your hands after using the toilet
        and before meals.
2.      Do not share drinking cups or other
        personal items
3.      Cover your mouth when you cough.
4.      Sweep your cell floor, make your bed, remove all garbage and do whatever else is
        required to keep your cell clean and orderly before you leave your cell for daily
        cell inspection. Cleaning supplies may be available upon request.
5.      Keep yourself clean by washing and showering when allowed (you will be living
        with other people).
6.      Keep the dayroom area clean and place all trash in designated containers.

- 17 -

CCSO_Howard_0000145

7.  Notify your living unit officer or CRW immediately if you have any sanitation concerns (e.g., you have a sewage or water leak, your cell needs cleaning supplies or disinfectant).

## You Shall Not Possess, Make, or Hide Contraband

Possession of contraband in the CCDOC is illegal under Illinois law. Do not use contraband substances such as drugs or alcohol. Such use is a violation of the Inmate Disciplinary Policy, which will result in discipline or criminal charges against you. Contraband is considered:

1.  Any items or articles inside the CCDOC which are prohibited by criminal law;
2.  Items for which an inmate, an employee or a visitor has no authorization to possess within the institution;
3.  Items prohibited by department written orders and/or notices;
4.  Items not purchased through approved channels or not authorized or approved for delivery by mail; or
5.  Items or property in excess of the amounts allowed above.

## Fire Safety

The CCDOC conducts fire and emergency evacuation drills on an unscheduled basis. You are required to cooperate fully and to follow all directions during the drills.
You are forbidden from starting any type of fire.
To promote fire safety, you shall not keep food and other items in your cells other than those permitted above. You shall not have cluttered cells, jam locks or cover lights or vents. Doing any of these can put you and others at serious risk of injury from fire or smoke and may result in criminal charges and restitution proceedings.

## You Must Fully Cooperate with the Following Security Procedures:

### Inmate Counts
At various times throughout the day, the CCDOC will conduct counts to ensure that all inmates are where they are supposed to be. You must cooperate with all counts. You may not disrupt, delay or interfere with counts in any form or fashion.

### Cell/Room Searches and Sanitation Checks
CCDOC staff has the right to conduct random and/or unannounced cell/room searches at any time. You do not have to be present for your cell/room to be searched. You are responsible for keeping your cell/room clean as well as the items found within your cell/room.

CCSO_Howard_0000146

**Strip Searches**

Strip searches of inmates are only conducted in limited circumstances where there is a reasonable belief that you (the inmate) may be in possession of an item of contraband. In the event of a strip search, all necessary steps will be taken to ensure your privacy.

**Pat/Frisk Searches**
You are subject to pat down frisk searches at any time. Female inmates will only be frisked by female officers, unless exigent circumstances exist. You are expected to comply with a staff member's directions and not resist the search in any way.

## Zero Tolerance for Gang Activity

The CCDOC enforces gang-free living and has a zero tolerance policy for gang activity. All gang activity is strictly forbidden within CCDOC. You are **not** permitted to wear or display gang colors, possess gang paraphernalia or literature, give hand signals, create or display gang graffiti, or be involved in any gang activity including meeting, recruiting or organizing, while confined in the CCDOC. Violating this rule will result in disciplinary actions against you.

## Requesting an Assessment for Protective Custody

Under limited circumstances, certain inmates may qualify for Protective Custody. A review of an inmate's disciplinary record, a review of the inmate's statements for why Protective Custody is appropriate, and a background check will be conducted to determine if an inmate qualifies for Protective Custody. Protective Custody is only for detainees that follow all rules and regulations and do not harass or pose a threat to the safety of others in Protective Custody. Qualifying inmates must sign a Protective Custody contract and must follow all rules and regulations while in Protective Custody. Failure to sign the contract or follow all rules and regulations will result in being removed from Protective Custody.

If you believe you may qualify for Protective Custody, you may tell a correctional officer or correctional supervisor or call BII at x111. If you are not comfortable taking either of these steps, you may submit an Inmate Request form, but this will take longer to process.

# CHAPTER 5
## INMATE DISCIPLINE

## Inmate Discipline

Maintaining discipline among inmates is critical to your safety and security, as well as that of staff, other inmates and the CCDOC. There are different levels of rule violations that are based on the seriousness of the threat posed by the conduct. The sanctions you get, the amount of good time you lose or the amount of time you spend in Special Management Unit (SMU) housing, if found guilty, are based on the rule violation committed.

CCSO_Howard_0000147

# The Inmate Disciplinary Process

**What happens if you break the rules?**

1.  If a staff member has reasonable belief that you have committed a violation of CCDOC rules, the staff member will create a disciplinary report.

2.  You will receive a copy of the disciplinary report and receive a disciplinary hearing to determine your guilt or innocence.

3.  The disciplinary report will tell you what rule you broke and how you broke it. For violating certain rules, you may be sent to pre-hearing h o u s i n g until your hearing.

4.  If you are placed in pre-hearing housing and your hearing has not been conducted within 72 hours, your housing status shall be reviewed. The disciplinary report does not expire after 72 hours. You will generally receive a

CCSO_Howard_0000148

hearing within eight days unless you are unable or unavailable for any reason to participate in the disciplinary proceeding.

5.    If you remain on your living unit until your hearing, you will generally receive a disciplinary hearing within eight days unless you are unable or unavailable for any reason to participate in the disciplinary proceeding.

6.    At the hearing, you will have the right to tell your side of the story, present evidence, and possibly call witnesses who have first-hand knowledge of the event.

7.    The hearing officer will decide if you are guilty or not guilty of any charge.

8.    Appropriate disciplinary action will be taken against you if you are found guilty of the charges. This could include sanctions, time in SMU housing, restitution for damaged property, loss of good time, changes in your classification and even criminal charges, which may lengthen your incarceration.

**Disciplinary Actions**

Loss of good time credit is reserved for certain 200 to 400 level infractions, including but not limited to; battery to staff, assault with bodily fluids, engaging in sexually inappropriate behavior, or possession of a weapon. If you are found guilty of one or more of these rule violations you will serve up to your full sentence.

**Also, your institutional disciplinary record may be included in aggravation at the sentencing phase after conviction on your criminal charge(s).**

**Sanctions** include, but are not limited to the following:
1.    Loss of work assignment;
2.    Loss of good time;
3.    Loss of commissary privileges;
4.    Restricted or temporary loss of visitation privileges (except attorney and clergy visits);
5.    Restricted phone privileges;
6.    Loss of special event programs (excluding religious services);
7.    Placement in alternative housing;
8.    Financial restitution; and
9.    Meal substitute.

**SPECIAL MANAGEMENT UNIT-** If you are found guilty of the charges against you, you may be assigned to SMU. You will have privileges restricted while assigned to SMU housing.

CCSO_Howard_0000149

**The two types of Special Management Unit Housing are:**

- Disciplinary Unit – you may be housed here when found in violation of a rule or regulation at a 300 level or above offense or multiple lower level offenses as recommended by the Disciplinary Hearing Board.

- Sanction Unit – you may be housed here when found guilty of a rule or regulation that is a 200 level offense, excluding 214.

**Restitution –** If you are found guilty of damaging property, you may have to pay for any property damage you cause.

**Inmate Disciplinary Appeal -** You have a right to appeal any disciplinary process by submitting a Request for Appeal Form to the living unit officer, within five working days from receipt of the hearing officer's decision. This form needs to be provided by the living unit officer. Once completed it should be given to command staff so that the Superintendent may answer the appeal.

**Help with the Disciplinary Process and Hearing –** If you need help at any stage of the disciplinary process, a CRW can assist you if you fill out an Inmate Request Form and indicate what kind of help you need. If you are disabled, deaf, having trouble understanding English (written or spoken) and/or illiterate, assistance will be made available for you at no cost.

# CHAPTER 6
# HEALTH CARE SERVICES

## Medical, Vision, Dental and Mental Health Care

While at the CCDOC, you are allowed to receive medical, mental health, nursing, pharmacy, dental and vision care. Cermak provides health care to inmates in the CCDOC. Cermak is part of the Cook County Health & Hospitals System and not the CCDOC or the Sheriff's Office.

### VISION CARE
1. You can have your family bring in your glasses from home as long as they are entirely plastic – plastic frames, plastic lenses and no metal or glass. Your family merely needs to reach out to your CRW for assistance or you can place a request to have assistance from your CRW with this.

2. If your family has your eye RX at home they can have glasses made for you in the community at your eyewear retailer of choice, and then they can bring them in to you via assistance from your CRW. Again, they must be entirely plastic – lenses, frames and no metal or glass.

CCSO_Howard_0000150

3. If you had an eye appointment with Cermak and you don't wish to wait for the glasses that will be made via Cermak (which take on average greater than 12 weeks), then you can take direct receipt of your RX and it can be sent to your family via postal mail or your CRW can assist with getting them the RX, or Cermak can directly communicate your RX to the eyewear retailer of your choice in the community, the glasses (with no metal and no glass – ALL PLASTIC) can be manufactured there for you, and your family can pick them up and deliver them to you here at the CCDOC via assistance from your CRW.

4. "Readers" or magnifying non-prescription glasses can be purchased on Commissary.

5. If you qualify for "indigent" status – you may be eligible to receive "readers" or magnifying non-prescription glasses at no cost to you, via Inmate Welfare. You can put a request into Inmate Welfare for this need through your CRW. Note on the request form that you believe you should be eligible for free "readers" or glasses and your account activity will be examined to determine your eligibility.

6. Should you require an appointment with an Optometrist, PLEASE Complete the Cermak Health Request Form

7. Cermak does not support contact lens care or maintenance.

## Routine Health Services and the Health Service Request Process

**Routine Health Services**
You were seen by a registered nurse or correctional medical technician at intake for a screening to review your physical health and mental health needs. During the screening you were asked about your health history, your mental health history and your substance use history. You were also asked about your current health needs or concerns. If indicated, you were seen by a physician or physician assistant for physical health and a psychiatrist or mental health specialist for mental health needs or concerns. If you were on medication in the community you may have already received that medication or a therapeutic equivalent if appropriate. Labs and/or diagnostics along with further follow up for physician and/or specialty services will have already been scheduled for you based on your responses and evaluation (some people start on medications after these additional steps). You will continue to be seen throughout your stay at intervals determined by your physical and mental health needs and the level of control of your disease.

CCSO_Howard_0000151

## Health Service Request Process

Non-emergency requests for healthcare should be submitted through the health service request process which notifies Cermak you request health care services. The Health Service Request (HSR) process should be used for any non-emergency medical, mental health, dental or vision care request for service. Some requests may be managed through the form itself, for example a refill request for keep on person medication. Other requests may require you to see the nurse. A nurse reviews each of these requests within 24 hours of receiving them to triage your complaints. If it is determined that you need to be seen you should expect to be called to the nurse for additional evaluation. To access care through the HSR process follow these steps:

1. Fill out a Health Service Request Form. Blank forms (English and Spanish) are available from CCDOC and Cermak staff. The forms are also available on your living unit.

2. Put the form in a Health Service Request drop box after it is filled out. A drop box is located on each living unit. After your request has been reviewed by Cermak staff, you will be scheduled for an appointment based upon the nature of your request.

## Emergency/Urgent Medical Care

You must immediately tell CCDOC or Cermak staff in person if you are having a medical or mental health emergency. You may also have another inmate tell CCDOC or Cermak staff if you cannot do it yourself. Cermak provides emergency medical care every day and night. There is medical staff on-site in an urgent care setting at Cermak and in designated division dispensaries. You will be evaluated and given proper medical treatment to resolve any medical issues.

## Medication

Medicine is to be taken under the care of a medical professional. If not used correctly, medication can be dangerous. All medicine provided to you by Cermak is given to you, as directed, by healthcare staff. Be sure to tell the Cermak staff about **ALL** medication you have been taking. This includes prescribed medication and street drugs. A Cermak medical professional will prescribe your medicine as needed. The medicine may look different or have a different name than what you may have taken before you were in the CCDOC. Do not share or give your medication to any inmate. Take your medicine as ordered. If you have questions about medicine, talk to Cermak staff.

CCSO_Howard_0000152

Some inmates will receive every dose of medicine from a nurse. Some inmates will receive medicine in a packet. If you get your medicine in a packet, you will be responsible for taking the medicine as you would at home and as prescribed. This medicine must be kept in the identified packet with your name on it. Medicine without your name on it will be confiscated. You must request a refill for some types of medicine, such as an asthma inhaler or tubes of certain ointments. Tell the medical professional when you have two days or less of medicine left. You will have to fill out a request form. The nurse will confirm the order, determine your current amount of medication and send the form to the pharmacy for your refill.

Inmates in possession of more than two weeks' worth of prescribed medication or three days of (dose-by-dose) medication will be referred back to the medical unit to be reevaluated for medication and placement as determined by medical staff. Hoarding of medication, pretending to take prescribed medication, possession or use of medication belonging to another or providing another with medication is prohibited and inmates will be subject to discipline according to current disciplinary codes for misuse of medication.

## Medical Appointment

It is very important that you do your best to keep all scheduled medical appointments. Your cooperation is needed. This means avoiding any incidents that could lead to delays or cancellations and telling staff if you think an appointment is being or will be missed because of scheduling conflicts.

## Refusal of Medical Treatment

If you refuse medical care or medicine, you will be asked to sign a medical treatment refusal form. If you refuse to sign the form, a CCDOC staff member and a medical professional will sign the form as a witness.

You may not refuse care or treatment in cases of some infectious diseases. This is to protect you, staff and the inmate population. Other types of care cannot be refused or is court-ordered. This may include but is not limited to:

1.  Screening for Tuberculosis (TB);
2.  Medical isolation ordered by a doctor for infection control; and
3.  Medical housing to properly monitor your condition.

## Suicide Prevention/Mental Health Emergencies

If you have a mental health emergency, notify any correctional officer or medical professional right away. Non-emergency mental health care is obtained by the use of the Health Service Request Form. You may feel some emotional stress, including thoughts of hurting yourself or suicide while in the CCDOC. These feelings may not have been present before coming to CCDOC, but you might feel them now because of job loss, family concerns, problems related to your case or charges, or financial or housing issues. You may not be extremely depressed or have any thoughts of suicide yourself, but you may notice them among one of the people on your living unit. Please inform a staff member of your concerns.

If you have thoughts of hurting yourself or suicide, seek help from staff immediately. Should you notice behavior from someone on your living unit that is out of the ordinary, that suggests they may hurt themselves or have suicidal thoughts, please notify a CCDOC staff member. Staff is also available to talk to you if you experience feelings of anxiety, depression, nightmares, loss of appetite, mood swings, hearing or seeing things that do not appear to be real, or any other concerns about your mental health. Staff available to speak to you includes:

1.  Doctor
    Physician Assistant
    Advance Practice RN
2.  Psychiatrist
3.  Psychologist
4.  Mental health specialist
5.  Medical social worker
6.  Nurse
7.  Religious volunteer
8.  CRW
9.  Correctional officer/staff

Do not keep thoughts of hurting yourself or suicide to yourself. Talk to people who are here and trained to help you. If you were receiving mental health care before you came to CCDOC, inform a staff member or Cermak staff. Mental health services include help preventing suicide, help during a crisis, individual therapy and group therapy.

CCSO_Howard_0000154

The Mental Health Code of Illinois has established Rights of Recipients of Mental Health and Developmentally Disabled Services. You can contact the Human Rights Authority any time you believe that your rights have been violated.

You may contact the Human Rights Authority at:

CCSO_Howard_0000155

P.O. Box 7009 Hines, IL 60141

## Mental Health Discharge

If you have a serious mental illness identified by CCHHS/Cermak Medical Social Workers you will be referred to aftercare services in the community for continued mental health treatment. You will also be provided a free 30 day supply of the medications prescribed at the time of your release. Discharge medications will only be available the day following your release after 2:00PM at either the John Stroger Hospital's BC pharmacy located at 1901 W. Harrison or the Provident Hospital Pharmacy located at 430 E. 50th Place. If you are leaving through TASC or any court mandated program and need to report to your program with medications in hand, medications will be made available to you the day of your discharge.

Aftercare services and referrals can be sought at the CCHHS Community Triage Center located at 200 E. 115th St which is open 24 hours a day/365 days. Patients can call the CCHHS Patient Support Center at (312) 864-0200 to schedule an appointment with a doctor at one of the CCHHS outpatient clinics. If you have an established relationship with your own Psychiatrist please schedule a follow up appointment with them.

## Confidentiality of Medical Information

Your health care information is considered private and protected. This includes your medical record and all other health information that can identify you. Laws make it illegal for people to view your record without a need to know that information. You will not receive paper copies of your medical records while you are in the CCDOC. You may request a copy of your records after you are released with proper consent. You will be required to fill out and sign a release form. This is available through Cermak Medical Records. You may, however, discuss or review your medical care with a medical professional during a scheduled appointment. **NOTE:** You can be denied access to the information in your medical record if granting it would risk the health, safety, security, custody, or rehabilitation of you or other inmates or the safety of correctional or medical staff. This will be determined by CCDOC or Cermak staff.

## Concerns about Your Medical, Mental Health or Dental Care

If you have a concern about the health care you have received use the Cermak Health Services Request form or CCDOC Grievance process listed in this handbook. If you have submitted a C e r m a k   H e a l t h   R e q u e s t   F o r m  or CCDOC Inmate Grievance Form, it will be reviewed by Cermak and you will be provided a response pertaining to your health care. Please be advised that if you submitted an inmate grievance requesting medical care and you have NOT submitted a Cermak Health Service Request form for the medical care you seek, the grievance will advise you that you first need to fill out a Cermak Health Service Request Form.

# CHAPTER 7
# INMATE REQUEST AND GRIEVANCE PROCEDURES

## Inmate Requests and Inmate Grievances

At different times while in the CCDOC, you may need to make a request for assistance or make a complaint. There are two basic methods for communicating those needs or complaints to the CCDOC staff:
1. the Inmate Request Form; or
2. the Inmate Grievance.

An Inmate Request is a request for assistance, services or basic supplies. If a correctional officer, supervisor or CRW cannot address your request after you verbally ask them, then you should fill out an Inmate Request Form. The Inmate Request Form should be used to request:

1. A write-out, which is a pre-stamped envelope containing paper and/or pen. Eligibility is based upon your trust fund balance.
2. Your trust fund balance.
3. Basic supplies such as soap, toothpaste or shampoo.
4. Accommodations because you have a disability.
5. Law or General library services..
6. Help in filling out a grievance form.
7. Permission to attend religious services.
8. Attend an educational program.
9. Help with filling out any necessary paperwork or arranging help through outside agencies, such as Child Welfare.
10. Participation in the inmate work program. Also see the Programs and Services section of this handbook.
11. Veteran services and help when you are released from custody.
12. Assistance in reading or writing and understanding or interpreting spoken or written instructions, rules, policies, etc.
13. Religious diet, based upon eligibility. CCDOC does not offer lifestyle diets (e.g., vegan).
14. Assistance with commissary, phone cards or the mailroom.
15. A Telecommunication Device (TTY) for the hearing impaired.
16. Shoes, linens, uniforms, etc., based upon eligibility.

CCSO_Howard_0000157

An Inmate Grievance is a complaint form you may use to seek review of a problem related to your conditions of confinement. You may file a grievance if you believe that:

1.  Your Constitutional or other legal rights have been violated;
2.  A CCDOC employee broke the law or a CCDOC rule that adversely affects you;
3.  Your safety or well-being is at risk;
4.  Your living area is unsafe or unclean;
5.  Your money or your personal property was mishandled;
6.  You are not getting programs that you have the l e g a l  right to attend or been  court- ordered to attend;
7.  You are not receiving medical, dental or mental health help that you need;
8.  You are not receiving social services; or
9.  You are not receiving auxiliary aids and services or mobility aides that you need.

**An Inmate Grievance may not be used for complaints about the following:**

1.  Classification or designation of an inmate as a security risk or protective custody inmate
2.  Decisions of an Inmate Discipline hearing officer;

**An Inmate Grievance will be processed as a Non-Compliant Grievance under the following circumstances when the Inmate Grievance contains**:

- More than one grievance issue, e.g., it contains a complaint about the food and also a staff misconduct issue (the rule is:  ONE GRIEVANCE, ONE ISSUE!) ;
- An issue that you have already grieved and administratively exhausted your remedies through the appeal process ;
- When you already grieved an issue and the policy, practice, or conditions giving rise to the grievance have not substantively changed AND you have already successfully exhausted your administrative remedies on the incident.
- When you already grieved an issue and the policy, practice, or conditions giving rise to the grievance have not substantively changed AND you failed to exhaust your administrative remedies on the incident.
- An issue  that you have already grieved and chose  NOT to appeal within the required 15 calendar days of receiving the response;
- An incident  that you have already grieved (repeated submission) within the last 15 calendar days; however, an exception may apply that you need to speak to the CRW about;
- Vulgar or profane language used in an insulting, provoking or inappropriate manner;
- Complaints about other agencies or organizations.
- Formulation of department rules or policies
- Classification or designation of an inmate as a security risk or protective custody inmate
- Decisions of an Inmate Discipline hearing officer

CCSO_Howard_0000158

If your Grievance is processed as Non- Compliant because of one of the reasons above, an explanation will be provided, and if applicable, you may be asked to resubmit. You must file your Inmate Grievance within 15 calendar days of an incident unless the incident is sexual in nature, or another reasonable exception applies (e.g.,transfer to an outside agency, incapacitated inmate, etc) If you fail to file within 15 calendar days, you must explain the reason for the delay on the Inmate Grievance form, and the reason must be reasonable and truthful. If it is not, the grievance may not be processed as a grievance and therefore it cannot be appealed, which means you will not be able to exhaust administrative remedies. Please note however that the grievance form will be forwarded as appropriate.

## THE INMATE GRIEVANCE PROCESS

1.  To file a grievance, fill out an Inmate Grievance Form within 15 days of the incident, problem or event that you are grieving. If you are transferred as a CCDOC inmate to an outlying hospital, county or another facility outside of the CCDOC within 15 calendar days of the incident, problem or event that you are grieving, you must submit your grievance within 15 calendar days of your return to the CCDOC. There is no time limit however for grievances involving sexual misconduct. The forms are available on your living unit or from your CRW during their visitations. If grievance forms are unavailable, the use of any paper is acceptable. To assist with providing you a meaningful response, you are required to provide the specific date, location and time of the incident, problem or event that you are grieving. If you have trouble filling out a grievance for any reason, ask your CRW, Inmate Services supervisor or a correctional supervisor for help. You are NOT to complete any information above your name and identification number.

2.  After you finish writing your grievance, hand your grievance form to the CRW, an Inmate Services supervisor or a correctional supervisor when he/she makes his/her rounds. Please be aware that CRWs will not be available on holidays. You will receive a copy of your grievance for your records.

    Disabled inmates who file a grievance have the option to share the grievance (and any response or outcomes) with the ADA Compliance Officer. If the disabled inmate agrees to share the grievance (or any responses our outcomes) with the ADA Compliance Officer, Inmate Services will forward a copy of that grievance (or any responses or outcomes) to the ADA Compliance Officer for review.

3.  The CCDOC or other responding party (e.g., Cermak, food service provider) generally has 15 calendar days upon receipt of your grievance, if no exceptions apply, to provide a written response.

4.  You will receive a written response to your grievance. You will be required to sign the form saying that you received the response to your grievance - not that you necessarily agree with the response. You will receive a copy of the response for your records. It is your responsibility to retain a copy of your submitted grievance.

5.  If you have an emergency that involves you or another inmate being at substantial risk of immediate harm, notify a sworn member immediately. However, if you believe the emergency can be handled through the grievance process, or that a grievance is the best and most efficient way to handle the emergency, then you must indicate on the Inmate Grievance Form that you are experiencing an emergency and why you believe this to be an emergency. If it is determined that you have an emergency, the division superintendent or designee will be alerted right away and an inquiry into the concern will begin.

6.  If you are dissatisfied with the grievance response, you have 15 calendar days from receipt of the decision to appeal. **A grievance appeal must be filed in all circumstances in order to exhaust administrative remedies** under the CCDOC grievance procedure. To exhaust administrative remedies you must appeal your grievance within this timeline unless you have a legitimate and truthful justification. Use the same grievance response form to file your appeal.
    Ask a CRW if you have questions.

7.  An inmate may appeal a grievance response if the inmate deems the response to be unsatisfactory in order to exhaust his/her administrative remedies under this procedure.

8.  Independent of the CCDOC grievance procedure and after receiving an appealed decision, if you are dissatisfied with the outcome, you must submit the appealed grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit 1301 Concordia Court Po Box 19277 Springfield, IL 62794. A copy of the grievance appeal and a letter describing the issue must be included.

11. To file/submit a grievance after your CCDOC incarceration, you are required to utilize the following mailing address and your envelope must be post-marked within 15 calendar days of the occurrence of the incident, problem or event that you are grieving.

    CCDOC Inmate Services Department
    2700 S. California Ave.
    Chicago, IL 60608

12  You will not be retaliated against for filing a grievance or appealing a grievance response.

CCSO_Howard_0000160

## Appropriate Use of the Grievance System

Be considerate to other inmates, CRWs and other staff and do not file false, frivolous or unnecessarily repetitive grievances. The more time staff, CRWs and others spend processing and responding to false, frivolous and/or unnecessarily duplicative grievances, the less time they have to address the legitimate concerns that you or other inmates may have.

Do not make threats or use vulgar language in your grievances or else your grievance may not be processed and you may receive a disciplinary report. You may also receive a disciplinary report if you purposely file false grievances.

Inmates who abuse the grievance system may have their access to it appropriately limited.

# CHAPTER 8
# OUTSIDE COMMUNICATION

## How do I stay in touch with people outside of the CCDOC?

**Telephone**
1.     General Access to Telephone Calls

       Inmates share telephones in the living units. Telephone calls may be monitored unless prior special arrangements allow for confidential telephone calls to your attorney. You are not permitted to receive incoming telephone calls.

2.     Each inmate is allowed access to telephones on their living unit daily utilizing the following options:

       a.     Collect – Calls in which the receiving party will be charged.
       b.     Inmate Phone Card – Family members or friends may send money for you to purchase a prepaid phone card from commissary.
       c.     Family Prepaid – Family or friend may set up an account directly with the correctional billing service by calling (800) 844-6591.

3.     Telecommunications Device for the Deaf (TTY)

       a.     TTY or comparable equipment is available for those inmates with hearing disabilities or those with a family member who is deaf or hard or hearing.

       b.     The use of TTY equipment shall be requested through the CRW on an Inmate Request Form located on your living unit.

4.     Prohibited Telephone Use

              Three-way telephone calls, fraudulent calls, and harassing calls are prohibited and will result in a loss of telephone privileges, a disciplinary report, disciplinary action, disciplinary sanctions and/or criminal charges.

CCSO_Howard_0000161

**Mail**

1.     The mailroom is open from Monday through Friday, excluding holidays.

2.     For security reasons, CCDOC mailroom staff opens and inspects all mail you receive, unless it is clearly designated as legal mail. Legal mail will be opened in front of you, checked for contraband, but not read.

3.     Incoming mail should have the following information:

Sender's full name
Sender's full address
Sender's zip code

Inmates name_____Booking # _____
Division_____Wing/Cell _____
P.O. Box 089002
Chicago, IL 60608

a.     Hardcover books are not allowed. If you receive a hard cover book, you will be notified by the mailroom staff with a Notice of Book Arrival Receipt. You will choose either to allow the hard front and back covers to be removed by the mailroom staff or to have the book, undamaged, returned to the sender. You have seven days to respond.

b.     If after seven days, you have not chosen to allow the hard front and back covers to be removed by the mailroom staff, the book, undamaged, with a statement on the return envelope stating that the hardcover book is being returned due to the inmate (you) not authorizing the removal of the hard front and back covers. A copy of the Notice of Mail Return Receipt will be forwarded to you.

c.     Newspapers (whole editions) and subscriptions to magazines are prohibited. Magazines may be mailed to you by any person not in the custody of a correctional, state or federal facility.

d.     Paperback books and magazines are permitted but are limited to three per mailing.

e.     If any hardcover/paperback books, magazines or newspaper clippings are unacceptable because of inappropriate content, you will receive a Notice of Mail Return Receipt.

f.     Written communication with other inmates in the custody of the CCDOC is prohibited.

g.     Written communication with inmates at other correctional/rehabilitation institutions is prohibited unless you have written permission of a court, the Sheriff, the Executive Director of the CCDOC or the authorized designee.

h.  Written communication with CCDOC staff, volunteers, contractors and/or vendors of the Sheriff's Office is strictly prohibited.

i.  **Cash will NOT be accepted through the mail**. All monies sent to you must be in the form of a cashier's check or money order with your name and booking number. The check or money order is deposited directly to your Inmate Trust Fund Account. For additional information refer to Chapter 10 – Trust Department of this handbook.

4.  Outgoing mail should have the following information in the return address corner:

Inmate's name_____Booking #_____
Division_____Wing/Cell_____
P.O. Box 08900
Chicago, IL 60608

a.  All outgoing mail that is not clearly marked with the inmate's name, complete and correct booking number and Department address will be returned to the inmate provided the inmate is known. If the inmate is unknown, the mail will be disposed of.

b.  **Outgoing mail must be submitted in an unsealed envelope to be inspected by CCDOC mailroom staff, with the exception of legal mail. Sealed envelopes are not accepted for outgoing mail and will be returned.**

c.  Postage can be purchased through commissary.

d.  For more information ask a correctional officer or CRW for help.

## Visitation
## 1.  Visitation rules

a.  You will generally receive two visiting days a week, one weekday and one weekend. Visitors will be allowed one visit per week and each visit will be 15 minutes in duration, unless extenuating circumstances exist (e.g., court order, security classification, etc.). Visits may be restricted or temporarily eliminated as a result of discipline.

b.  All visitors must follow the current Visitation Rules for the CCDOC. You are encouraged to tell potential visitors that they should visit the Cook County Sheriff's website for more information about hours and rules for visitors.

c.  Any individuals wishing to visit an inmate MUST complete and submit a Visitor Application to the CCDOC. Visitor applications may be obtained

CCSO_Howard_0000163

and submitted at Cook County Sheriff's Office website www.cookcountysheriff.org, division lobby where the inmate is being housed or the entrance of any Cook County courthouse.

d.    The application MUST be filled out completely and it is strongly encouraged to submit applications using the official Sheriff's website. Minors 17 years of age or under DO NOT need to fill out an application; however they MUST be accompanied by a parent or guardian who has been approved according to the inmate visitation policy at the time of the visit.

e.    Once the application is received, a background check will be conducted to determine if the applicant can be approved for visiting privileges. Applicants can call the Visitor Information Center by telephone at (773) 674-5225 or by email at doc.visitation@cookcountyil.gov to inquire about the status of their applications. Please allow three business days after submitting an application to inquire about the status. Visitors should check the status of their application prior to coming in to visit.

f.    Applicants will be DENIED visiting privileges if they do not meet approval criteria. If you have been DENIED approval for the reasons noted in points iii. And .iv below, you may reapply, but only if your mandatory waiting period has expired.

      i.    The applicant provided invalid, inaccurate or unverifiable information on the Visitor Application.
      ii.    The applicant is a minor 17 years of age or under.
      iii.    The applicant is within the first year of parole/probation, on house arrest, on bond, has an open criminal case, excluding misdemeanor traffic cases.
      iv.    The applicant was discharged from CCDOC, Illinois Department of Corrections (IDOC) or any other verified correctional facility within the last 60 days.
      v.    The applicant has an outstanding warrant, including ICE detainers or has failed to maintain accurate registration records as required by law (e.g., Sex Offender registry, Violent Offender registry, etc.).
      vi.    The applicant has a protective order placed on the inmate they are requesting to visit.
      vii.    Any safety or security reasons as determined by a CCSO supervisor.

g.    Visitors are required to follow the Visitation policy at **ALL** times while on facility grounds. Failure to do so may result in the termination or denial of future visits.

CCSO_Howard_0000164

h.  Visitors will be searched for contraband (a list of contraband items are posted in designated area within the institution). All visits may be monitored and recorded.

i.  Visitors must act and dress appropriately.

j.  Visitors must have one valid (not expired) government photo identification (e.g., driver's license, state identification, passport, military identification, foreign consulate identification (Metricula). No individual 17 years of age or under will be allowed to visit you unless accompanied by a parent or guardian.

k.  A visitation schedule is posted in every living unit. To learn more about visiting times and schedules, you should tell visitors to call the Inmate Information Hotline by telephone at (773) 674-JAIL (5245) or check the Cook County Sheriff's website at www.cookcountysheriff.org.

2.  **Visitors Coming from Long Distances**
    a.  Visitors who travel 150 or more miles away from 2600 S. California, Chicago, Illinois shall be considered an out of town visitor. All out of town visitors shall follow the visitor application process in order to get approval for visiting privileges.

    b.  Approved out of town visitors may be allowed a one-time courtesy visit during **normal** visiting hours and days. Any visit after your courtesy visit MUST be on the inmates regularly scheduled visiting days.

    c.  During the courtesy visit, the visitor must complete the visitor application, be approved and added to the inmates approved visitor list before any return visits.

3.  **Professional Visitors**
    a.  Attorneys and probation/parole officers may visit inmates from 8:00 am to 8:00 pm any day of the week and must present the proper identification when visiting an inmate on official business. Attorneys and probation/parole officers must contact the CCDOC legal department for any special requests regarding visitation of an inmate.

    b.  Clergy, foreign consulate or a representative of the foreign consulate may visit an inmate from 9:00 am to 9:00 pm any day of the week and must present the proper identification when visiting an inmate for non-contact visits. The consulate representative must contact the Sheriff's Office Consular Liaison prior to the visit.

CCSO_Howard_0000165

# CHAPTER 9
## PROPERTY

**What happens to my property while I am in the CCDOC?**

The following items, referred to as compliant property, are stored by CCDOC:
- United States Currency
- Clothing
- Credit cards
- Transit cards
- Government issued identification cards
- One plain wedding band
- Personal keys
- Belt
- Shoelaces
- Prescription eyeglasses
- Prescription medication (name on prescription label must match subject's identification)
- Soft cover religious texts (e.g., Bible, Koran)
- Legal documents with soft cover only

Your personal compliant property (items listed above that you were in possession of) will be kept in the CCDOC Clothing Room, located at 2700 S. California. If you are being discharged, you will be escorted to the Clothing Room and your property will be returned. Upon transfer to another facility, you will be provided an opportunity to designate someone to come to CCDOC and claim your property. Property will be kept for 45 days after you leave CCDOC. After this time, if your designated recipient has not claimed your property, it will be disposed of in accordance with CCDOC policy.

Other property, such as cellular phones and jewelry, are referred to as non-compliant property and will be in the possession of the agency that initially detained you. You must contact the agency that initially arrested you to claim your non-compliant property items. If you were detained by Cook County Sheriff's Office staff, your non-compliant property will remain at the court facility where you were initially brought to for up to 60 days. After 60 days, your non-compliant property will be transferred from the court facility to the Sheriff's Office Evidence and Recovered Property Section, located at 1401 S. Maybrook Drive, Maywood. If you are discharged after 60 days from your arrest date, you can contact the Evidence and Recovered Property Section at (708) 865-4841. The Cook County Sheriff's Office will only retain possession of your property for 45 DAYS AFTER you have been discharged or transferred from Cook County Sheriff's Office custody. This means ALL property must be claimed within 45 days of your Date of Discharge or Transfer from CCSO Custody or it will be disposed of. You must therefore contact the Cook County Sheriff's Office to make arrangements to retrieve your property within 45 days of your date of discharge or transfer from Cook County Sheriff's Office Custody.


## Releasing Personal Property

Personal Compliant Property (stored and catalogued at intake)

You may authorize an individual to retrieve your personal property. Upon the request of the detainee, a CRW will assist in the release of personal property to another individual or agency. You must sign a release form identifying the name and address of the person authorized to receive the property. The receiving person must have valid picture identification with them when they come to retrieve your personal property.

Personal clothing can only be released upon shipment from CCSO custody to the person you designated to receive it.

Upon transfer to another facility, compliant property will be kept in the Clothing Room for 45 days after you leave the CCDOC unless retrieved by a designated individual as explained above. After this time it will be managed in accordance with CCDOC policy and will be disposed of. For more information, call the Property Office by telephone at (773) 674-5410. (773) 674-0110 for males or (773) 674-0044 for females are also available as secondary phone numbers. Personal Cell Property (excess books, magazine, pictures, etc that you've accumulated within your cell while incarcerated at CCDOC)

Should you begin to accumulate an excess of the items (noted previously in this book) permitted in your cell and wish to avoid these items potentially being taken from you due to rules violations, you may be able to have the excess items released to a person of your designation from within the community. Items from your cell cannot be placed in your Personal Compliant Property that was catalogued upon intake. Should you wish to release Personal Cell Property to a designated person you should speak with a Correctional or Inmate Services Supervisor or CRW. Correctional staff will be responsible for thoroughly searching your personal cell property prior to releasing it to your designated person. Any items deemed contraband and/or which you are not allowed to have in your possession within CCDOC custody will not be released and may result in you receiving a disciplinary infraction.

**Unclaimed Clothing**
Unclaimed personal clothing items shall be placed in the Department's unclaimed clothing (poor box) or donated.

# CHAPTER 10
## BONDING PROCEDURES

## How do I bond out while I am at the CCDOC?

The Bond Office is located at 2700 S. California Avenue and is open every day of the week from **9:00 am to 9:00 pm**, including holidays. The Bond Office accepts payment by cash, cashier's check, certified checks or credit card. The bond clerk must verify cashier's checks and certified checks with the bank. Checks shall be made payable to: **Clerk of the Circuit Court.** Credit cards will be accepted in accordance with the guidelines set by the Circuit Court of Cook County. For more information regarding bond call (773) 674-3147. Should your family or loved one wish to expedite the bonding process they can email ccso.bonds@cookcountyil.gov before they come to the CCDOC.

CCSO_Howard_0000167

# CHAPTER 11
## ALTERNATIVE PROGRAMS

As an inmate in the CCDOC, you may be eligible to participate in one of alternative programs described below. Participation in most alternative programs require a court order, therefore if you believe you may be a candidate, contact your attorney.

1. **Community Corrections Program** – Those programs that offer alternatives to incarceration including Electronic Monitoring (EM), Sheriff's Work Alternative Program (SWAP) and Vocational Rehabilitation Impact Center (VRIC). All participants are court ordered to these programs by their judge.

2. **Women's Residential Program (WRP)** – A residential treatment program for women, that incorporates a gender specific trauma-informed integrated model of treatment addressing mental health and substance abuse issues, as well as physical health concerns. All participants in the Women's Residential Program are court ordered to the program by their judge. Individuals court-ordered to the program must have documentation supporting a substance use diagnosis.

3. **Men's Residential Program (Impact Program)** – A secure residential drug treatment program for men that offers a variety of programs aimed at breaking the cycle of addiction and discouraging future criminal behavior. All participants in the Men's Residential Program are court ordered to the program by their judge. Individuals court-ordered to the program must have documentation supporting a substance use diagnosis.

4. **Mental Health Transition Center (MHTC)** – A voluntary program intended to assist individuals on the mental health and medical caseload. This community support system is an effort to strengthen your transition into the community and long term recovery plan, ultimately reducing recidivism. The program offers a variety of services including substance abuse and mental health treatment, vocational skills training, and educational services. Enrollment in the program is subject to meeting specific criteria. Interest in enrollment can be made via request slip, through your CRW.

5. **Sheriff's Anti-Violence Effort (SAVE)** – The purpose of the SAVE program is to help you learn new ways to understand the consequences of violence, maintain safety in the community, manage conflict, improve personal relationships, gain independence, and increase pride and life skills. This is achieved through intensive group programming, which includes individual counseling, group counseling, and intensive case management that will continue upon your discharge from CCDOC. The SAVE program is for 18-24 year olds who are classified as minimum and medium security, charged with a felony and are from the most violent neighborhoods in Chicago. Enrollment in the program is subject to meeting specific criteria. Interest in enrollment can be made via request slip, through your CRW.

CCSO_Howard_0000168

Printed internally by



2017, Cook County Government

CCSO_Howard_0000169