Exhibit 8

# HP LaserJet 300 colorMFP M375nw

# Fax Confirmation

HP FaxCcdoc Teams Ters
7737016481
Nov-12-2015  12:05PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 97 | 11/12/2015 | 12:03:07PM | Send | 7736742562 | 1:55 | 4 | OK |

   

## TEAMSTERS LOCAL 700
ASSOCIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Phone: (847) 939-9700 • Fax: (847) 518-6495 • www.TeamstersLocal700.com
1300 W. Higgins Road • Suite 301 • Park Ridge, Illinois 60068

BECKY STRZECHOWSKI, PRESIDENT • MICHAEL G. MELONE, SECRETARY-TREASURER

### UNION INFORMATION REQUEST

To: Director Nneka Jones Tapia
From: Chief Steward Mark Robinson
Date: 11-12-15
Re: Information request, Grievant; Robinson, Mark  Grievance # T-15-100

In connection with the above matter, and to assist the union in performing and policing the collective bargaining agreement, the union requests that the employer provide the following information:

1.) What is the status of the detainees write ups for 313's on the attached report?
2.) Have they done time in disciplinary segregation?
3.) Have they been criminally charged?
4.) If it has been stated that an officer did not want to press charges, did the officer put that request in writing. Please provide the Union with a copy.
5.) If the request not to charge was done verbally, a list of Officers names, the date they were contacted, by whom were they contacted, at what number were they contacted?
6) Number of 313 DAF"S thus far for 2015.
7) Number of 313 DAF"s for 2014
8) Number of 313 DAF's for 2013
9) Is there a correlation between the increase in 313's over the years and detainees not going to disciplinary segregation or being charged criminally?
10) How many of these cases have been presented to the State's Attorney's office, who submitted them to who were they submitted and what was the end result? Were there any subsequent meeting or conversations with a higher ranking Official?
11) How many Sheriff's Police investigators are assigned to investigate these reports? Is there a plan to assign more?
12) If there is an issue with getting enough manpower for these investigation, then why are Officers Trained to investigate?

Please provide this information within 14 business days of the above date. If any part of this request is denied or if any material is unavailable, please state so in writing and provide the remaining items by the above date, which the union will accept without prejudice to its position that it is entitled to all documents and information sought in this request. This letter is submitted without prejudice to the union's right to file subsequent requests. Failure to comply is a violation of the Illinois Public Labor Relations Act.

Sincerely,

CC:
Nicole Chaney
Attorney Teamsters Local 700

pg 1 of 4

CCSO_Howard_0252791




# TEAMSTERS LOCAL 700
AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Phone: (847) 939-9700 • Fax: (847) 518-6495 • www.TeamstersLocal700.com
1300 W. Higgins Road • Suite 301 • Park Ridge, Illinois 60068

BECKY STRZECHOWSKI, PRESIDENT • MICHAEL G. MELONE, SECRETARY TREASURER

## UNION INFORMATION REQUEST

To: Director Nneka Jones Tapia
From: Chief Steward Mark Robinson
Date: 11-12-15
Re: Information request, Grievant; Robinson, Mark  Grievance # T-15-100

In connection with the above matter, and to assist the union in performing and policing the collective bargaining agreement, the union requests that the employer provide the following information:

1.) What is the status of the detainees write ups for 313's on the attached report?
2.) Have they done time in disciplinary segregation?
3.) Have they been criminally charged?
4.) If it has been stated that an officer did not want to press charges, did the officer put that request in writing. Please provide the Union with a copy.
5.) If the request not to charge was done verbally, a list of Officers names, the date they were contacted, by whom were they contacted, at what number were they contacted?
6) Number of 313  DAF"S thus far for 2015.
7) Number of 313 DAF"s for 2014
8) Number of 313 DAF's for 2013
9) Is there a correlation between the increase in 313's over the years and detainees not going to disciplinary segregation or being charged criminally?
10) How many of these cases have been presented to the State's Attorney's office, who submitted them to who were they submitted and what was the end result? Were there any subsequent meeting or conversations with a higher ranking Official?
11) How many Sheriff's Police investigators are assigned to investigate these reports? Is there a plan to assign more?
12) If there is an issue with getting enough manpower for these investigation, then why are Officers Trained to investigate?

Please provide this information within 14 business days of the above date. If any part of this request is denied or if any material is unavailable, please state so in writing and provide the remaining items by the above date, which the union will accept without prejudice to its position that it is entitled to all documents and information sought in this request. This letter is submitted without prejudice to the union's right to file subsequent requests. Failure to comply is a violation of the Illinois Public Labor Relations Act.

Sincerely,

CC:
Nicole Chaney
Attorney Teamsters Local 700

pg 1 of 4

CONFIDENTIAL

313's not criminally charged

| Name | Report number | Offense | Multiple offender | Status |
|------|---------------|---------|-------------------|--------|
| ███ | 2015-1192 | 313 | Yes | |
| | 2014-444 | 313 | | |
| ███ | 2015-10627 | 313 | Yes (4x) | |
| | 2015-9346 | 313 | | |
| | 2012-082087 | 313 | | |
| | 2015-1203 | 313 | | |
| | 2015-11733 | 313 | | |
| | 2015-11289 | 313 | | |
| | 2015-11667 | 313 | | |
| | 2015-10995 | 313 | | |
| | 2015-11664 | 313 | | |
| | 2015-10622 | 313 | | |
| | 2015-10196 | 313 | Yes | |
| | 2015-9558 | 313 | | |
| | 2015-11143 | 313 | | |
| | 2015-6869 | 313 | | |
| | 2015-8736 | 313 | | |
| | 2015-14205 | 313 | | |
| | 2015-14050 | 313 | | |
| | 2015-13856 | 313 | | |
| | 2015-13853 | 313 | | |
| | 2015-13826 | 313 | | |
| | 2015-13476 | 313 | | |
| | 2015-13385 | 313 | | |
| | 2015-13137 | 313 | | |
| | 2015-13120 | 313 | | |
| | 2015-13104 | 313 | | |
| | 2015-13064 | 313 | | |
| | 2015-12860 | 313 | | |
| | 2015-12765 | 313 | | |
| | 2015-12673 | 313 | | |
| | 2015-12661 | 313 | | |
| | 2015-12643 | 313 | | |
| | 2015-12149 | 313 | | |
| | 2015-11912 | 313 | | |
| | 2015-11733 | 313 | | |
| | 2015-11722 | 313 | | |
| | 2015-11720 | 313 | | |
| | 2015-11667 | 313 | | |
| | 2015-11664 | 313 | | |
| | 2015-11660 | 313 | | |
| | 2015-11289 | 313 | | |

①

CONFIDENTIAL

| | |
|---|---|
| 2015-11241 | 313 |
| 2015-11010 | 313 |
| 2015-11007 | 313 |
| 2015-10995 | 313 |
| 2015-10681 | 313 |
| 2015-10681 | 313 |
| 2015-10627 | 313 |
| 2015-10624 | 313 |
| 2015-10621 | 313 |
| 2015-10622 | 313 |
| 2015-10625 | 313 |
| 2015-10571 | 313 |
| 2015-10688 | 313 |
| 2015-10245 | 313 |
| 2015-10209 | 313 |
| 2015-10199 | 313 |
| 2015-10196 | 313 |
| 2015-10056 | 313 |
| 2015-9941 | 313 |
| 2015-9903 | 313 |
| 2015-9756 | 313 |
| 2015-9701 | 313 |
| 2015-9662 | 313 |
| 2015-9615 | 313 |
| 2015-9558 | 313 |
| 2015-9515 | 313 |
| 2015-9346 | 313 |
| 2015-9288 | 313 |
| 2015-9202 | 313 |
| 2015-9032 | 313 |
| 2015-8999 | 313 |
| 2015-8995 | 313 |
| 2015-8937 | 313 |
| 2015-8742 | 313 |
| 2015-8736 | 313 |
| 2015-8056 | 313 |
| 2015-7987 | 313 |
| 2015-7694 | 313 |
| 2015-7651 | 313 |
| 2015-7344 | 313 |
| 2015-6892 | 313 |
| 2015-6869 | 313 |
| 2015-6780 | 313 |
| 2015-6737 | 313 |
| 2015-6614 | 313 |
| 2015-6616 | 313 |
| 2015-6588 | 313 |

pg 3 of 4



CCSO_Howard_0252794

| | |
|---|---|
| 2015-6355 | 313 |
| 2015-5971 | 313 |
| 2015-5909 | 313 |
| 2015-5899 | 313 |
| 2015-2622 | 313 |
| 2015-2573 | 313 |
| 2015-2142 | 313 |
| 2015-2036 | 313 |
| 2015-1417 | 313 |
| 2015-1207 | 313 |
| 2015-1203 | 313 |
| 2015-649 | 313 |
| 2015-286 | 313 |
| 2015-5790 | 313 |
| 2015-5684 | 313 |
| 2015-4960 | 313 |
| 2015-4902 | 313 |
| 2015-3756 | 313 |
| 2015-2393 | 313 |
| 2015-2241 | 313 |
| 2015-1997 | 313 |
| 2015-1760 | 313 |
| 2015-1722 | 313 |
| 2015-1322 | 313 |
| 2015-1140 | 313 |
| 2015-655 | 313 |
| 2015-444 | 313 |
| 2015-263 | 313 |
| 2015-80 | 313 |
| 2015-37 | 313 |
| 2015-13965 | 313 |
| 2015-12274 | 313 |
| 2015-11720 | 313 |
| 2015-10621 | 313 |
| 2015-11010 | 313 Yes |
| 2015-8615 | 313 |
| 2015-6968 | 313 |
| | 313 yes (5x) |



ps 4 of 4



CONFIDENTIAL