Exhibit 10

| | Sheriff's Office COOK COUNTY, ILLINOIS **SHERIFF'S ORDER** | ISSUANCE DATE 25 NOV 14 | EFFECTIVE DATE 25 NOV 14 | NO. 11.14.8.0 Ch.2 |
|---|---|---|---|---|
| SUBJECT INMATE DISCIPLINE: DISCIPLINARY REPORTS AND HEARING PROCEDURES (CHANGE 2) | | DISTRIBUTION SP | RESCINDS | |
| RELATED DIRECTIVES | | | AMENDS 14.7 11.14.8.0 | |

I. **PURPOSE**

This order establishes a change to Sheriff's Order 11.14.8.0.

II. **ENCLOSURE**

 A. Inmate Disciplinary Report (FCN-85)(SEP 12)

 B. Inmate Disciplinary Hearing-Finding of Fact and Decision Form (FCN-10)(MAR 14)

 C. Inmate Disciplinary Charge Codes and Penalties (FCN-104)(DEC 13)

III. **ACTION**

 A. All references to the Criminal Intelligence Unit shall be amended to read Correctional Information and Investigations Divisions (CIID).

 B. All Cook County Sheriff's Office (CCSO) employees are directed to make the following changes to Sheriff's Order 11.14.8.0:

  • Amend Section IV. Special Distribution, to read as follows:

  This Sheriff's Order shall be distributed to the following CCSO Departments and Units, and any other Department or Unit as determined by the Sheriff:

   A. Cook County Department of Correction (CCDOC)

   B. Court Services Department

   C. Correctional Information and Investigations Divisions (CIID)

  • Replace Section VII., A. with the following:

   A. Inmate Disciplinary Report (FCN-85)(SEP 12)

CCSO_Howard_0001676

- Replace Section VII., B. with the following:

B.  Inmate Disciplinary Hearing-Finding of Fact and Decision Form (FCN-10)(MAR 14)

- Replace Section VII., D. with the following:

D.  Inmate Disciplinary Charge Codes and Penalties (FCN-104)(DEC 13)

BY ORDER OF

*[signature]*

NANCY DONAHOE
SPECIAL COUNSEL
BUREAU OF LEGAL AND LABOR AFFAIRS
COOK COUNTY SHERIFF'S OFFICE



| Sheriff's Office COOK COUNTY, ILLINOIS SHERIFF'S ORDER | ISSUANCE DATE 18 DEC 13 | EFFECTIVE DATE 24 DEC 13 | NO. 11.14.8.0 Ch.1 |
|---|---|---|---|
| SUBJECT<br>INMATE DISCIPLINE: DISCIPLINARY REPORTS AND HEARING PROCEDURES (CHANGE 1) | DISTRIBUTION<br><br>G | RESCINDS | |
| RELATED DIRECTIVES | | AMENDS<br><br>11.14.8.0 | |

## I. PURPOSE

This order establishes a change to Sheriff's Order 11.14.8.0.

## II. ACTION

A. All references to the "Disciplinary Hearing Team" in General Order 11.14.8.0 Inmate Discipline: Disciplinary Reports and Hearing Procedures shall be amended to read "Disciplinary Hearing Officer."

B. All Cook County Sheriff's Office (CCSO) employees are directed to make the following changes to General Order 11.14.8.0:

- Replace Section VIII., F. with the following:

F. Disciplinary Hearing Officer – A CCSO employee authorized to conduct hearings; adjudicate major disciplinary infractions; impose sanctions and/or order segregation time, as necessary and appropriate; complete the Inmate Disciplinary Report-Findings of Fact and Decision; and ensure due process protection for inmates in each proceeding.

- Amend Section IX., F., 1 to read as follows:

F. Disciplinary Hearings on Major Infractions

1. Any inmate who receives an Inmate Disciplinary Report for a major rule violation shall be heard by a disciplinary hearing officer, authorized to conduct such hearings, who is independent of the divisional chain of command.

- Replace Section IX., B., c. with the following:

c. The Hearing Officer has the authority to amend the inmate and infraction information sections of the Inmate Disciplinary Report if it is clear that a clerical error or oversight was made in either section, or in the interest of justice, as long as the accused's right to 24-hour notice prior to the hearing is honored, and as long as due process is not otherwise offended.

- Amend Section VIII., N. to read as follows:

N. Sanctions – Alternative forms of discipline that an inmate may receive upon a finding of guilt of a rule violation. Sanctions may only be imposed by the Disciplinary Hearing Coordinator(s) or the Disciplinary Hearing Officer. Besides loss of work assignment or restrictions on commissary privileges, sanctions shall generally not exceed seven (7) days unless the Disciplinary Hearing Officer determines a longer sanction period is necessary to get the inmate to conform his/her behavior to CCDOC expectations. Sanctions may include:

1. Loss of work assignment;

2. Restriction of commissary privileges;

3. Restricted visitation privileges (except attorney and clergy visits);

4. Loss of special event programs (excluding religious services);

5. Financial restitution;

6. Meal substitution (nutra-loaf); or

7. Any combination of the above, but no more than two except in cases of serious violations or different types of violations on the same disciplinary ticket.

III. **APPLICABILITY**

This Sheriff's Order is applicable to all employees of the Cook County Sheriff's Office and is for strict compliance. Failure to comply with this policy will result in discipline, up to and including termination.

**BY ORDER OF:**

*[signature]*

**NANCY DONAHOE**
**SPECIAL COUNSEL**
**BUREAU OF ADMINISTRATION**
**COOK COUNTY SHERIFF'S OFFICE**

CCSO_Howard_0001691