Exhibit 11

# Department of Corrections

## Organizational Chart

**February 2018**

Dr. Nneka Jones Tapia
Executive Director
Mary McQuillan
Special Assistant to Executive Director
Jan Yost
Mary Sisco
Jeff Johnsen
Chief of Operations
Larry Gavin
AED of Operations
Div. 4; Div. 6; Div. 08/RTU; VRIC
Div. 4; Div. 4 Annex
Salomon Martinez
Superintendent
9 Lt's
16 Sgt's
238 Ofc's
10:1 ratio
2 Civilian
Div. 6; VRIC
Don Beachem
Superintendent
Div. 6
8 Lt's
13 Sgt's
212 Ofc's
10:1 ratio
2 Civilian
VRIC
2 Lt's
23 Ofc's
12:1 ratio
Div. 08/RTU; Div. 08/RTU Annex
Martha Yoksoulian
Superintendent
10 Lt's
20 Sgt's
318 Ofc's
11:1 ratio
1 civilian
Richard Brogan
AED of Operations
Div. 9; SMT; Div. 10; Div. 11
Div. 9; SMT
Jason Cianciarulo
Acting Superintendent
Div. 9
10 Lt's
20 Sgt's
159 Ofc's
5:1 ratio
1 Civilian
SMT
4 Lt's
6 Sgt's
74 Ofc's
7:1 ratio
Div. 10
Hugh Walsh
Superintendent
13 Lt's
24 Sgt's
202 Ofc's
6:1 ratio
1 civilian
Div. 11
Karen Jones-Hayes
Superintendent
11 Lt's
20 Sgt's
321 Ofc's
10:1 ratio
1 civilian
Div. 5; Records; Class
Joseph Giunta
Superintendent
Div. 5
37 Ofc's
37:1 ratio
Records
6 Lt's
10 Sgt's
84 Civilian
EXOP; Trans; Sp. Projects; Canine Unit
Sean Julian
Superintendent
EXOP
9 Lt's
22 Sgt's
356 Ofc's
12:1 ratio
2 Civilian
Trans
1 Lt
4 Sgt's
78 Ofc's
16:1 ratio
RCDC; Trust; Cermak
Erica Queen
Superintendent
RCDC/Trust
11 Lt's
19 Sgt's
360 Ofc's
12:1 ratio
10 Civilian
Cermak
174 Ofc's
MHTC
David Chiko
Deputy Dir.
7 Ofc's
7:1 ratio
Dr. Jane Gubser
Chief of Programs
Tierney Brosnahan
Project Manager
Dr. Dena Williams
Dir. of Behavioral Health
Inmate Programs; Religious Svcs.; MHTC
Claire Seryak
Enrichment Pro. Specialist
Leketha Adams
Religious Coordinator
Linda Gordon
Religious Services Asst
Karmen Clay
Deputy Director
Chistopher Jacobs
Project Manager
Dr. Sharon Latiker
Comm. Outreach Manager
4 BHS
Marlena Jerntz
Dir. of Alternative Programs, Education, and Sp. Projects
Dr. Mikhail Korenman
Project Manager
Alex Hernandez
Project Manager
Kerry Wright
Deputy Director
Angel Ajani
Case Manager
Lisa Cunningham
Peer Coordinator
Meghan Hixson
Alt Program Coordinator
Lisette Lucero
Program Coordinator
Ronald Howard
Deputy Director
Jim Edmondson
Education Coordinator
Luvell Gipson
Program Coordinator
Latoyia Hayes
Case Manager
Erik Roberts
Education Facilitator
DAvid Silva
Project Manager
Dragan Topica
VRIC Teacher
LaRita Wright
VRIC Teacher
Elli Montgomery
Dir. of Mental Health Advocacy
Nyzera Fleming
Exec Assistant
Enrique Valera-Nungaray
Project Manager
Lashiver Pate
Project Manager
3 BHS
Marianne Kelly
Project Manager
Jeff Brooke
Education Coordinator
Froilan Sanchez (BHS)
Christian Pittman (case manager)
Joanne Bieschke
Deputy Director
2 Case Manager
1 BHS
Earl McKay
Deputy Director
Detainee Reentry
Matthew Burke
Chief of Staff
Lisa Garza
Project Manager
Deborah Boecker
Dir. of Compliance
Support Svcs.; Finance; Commissary; Workforce
Michael Brady
Deputy Dir.
Food Svcs.; Laundry; Sanitation
Kitchen
2 Lt's
6 Sgt's
45 Ofc's
6:1 ratio
Laundry
1 Lt
2 Sgt's
29 Ofc's
10:1 ratio
Sanitation
1 Sgt
17 Ofc's
17:1 ratio
Roland Lankah
Sanitarian
3 Custodians
Joan Kunz
Sr. Project Mgr II
Betty Georgakopoulos
Clerk V, Finance
Kimberly Philips
AA, Finance
Floor Care/Power Wash
7 officers
Inmate Welfare
2 Officers
Joe O'Brien
Inmate Trust Supervisor
3 Clerk V's
Theresa Olson
Director of Inmate Services
John Mueller
Deputy Dir.
Lynea Fenderson
13 CRW
Lester Hampton
14 CRW
10 AA, Clerks
Brooke Rezko
Stacey Mondo
Maretta Lake, Deputy Dir.
Telawn Patterson
10 CRW's
13 Law Librrians
Noureen Kapadia, Project Manager
Jaime Hunter
14 Clerk V
Gerard Elsner
Prgram Coordinator
18 VIC Staff
Michael Miller
AED of Operations
Staffing; Roster Management
17 officers
Daniel Korso
Deputy Chief of Staff/Asst. General Counsel
Steve Wilensky
Inmate Discipline Director
2 Hearing Officers
2 AA's
3 officers
4 PREA/PC
Michele Payne
4 Customer Service



