Exhibit 12

I. **POLICY**

It shall be the policy of the Cook County Department of Corrections (CCDOC) to utilize the official Chain of Command as the formal channel through which orders are disseminated, reports are submitted, and two-way communication is effected.

II. **DEFINITION**

Chain of Command – The channel of supervision through which authority passes and commands are given.

III. **PROCEDURES**

    A. **The Official Chain of Command Shall Be as Follows:**

        1. Executive Director
        2. First Assistant Executive Director
        3. Assistant Executive Director of Operations
        4. Assistant Executive Director of Programs
        5. Superintendent
        6. Chief
        7. Captain
        8. Lieutenant
        9. Sergeant
        10. Officer

    B. **Effective Operation of The Chain of Command Requires That:**

        1. All personnel must be aware of his/her position in relation to the Chain of Command.

        2. Each level within the Chain of Command is assigned definite responsibilities.

        3. Subordinates make all requests through their immediate supervisor.

4. The fundamental principles of direct supervision and inmate management are adhered to.

5. Channels of communication shall be used for delegating authority, assigning responsibility, supervising work and coordinating efforts.

6. Information and/or delegation shall be communicated in a complete, timely and accurate manner including information needed by personnel to understand and perform their duties.

7. Subordinates are to follow the Chain of Command at all times (i.e. communicating, submitting reports, etc.).

8. When disseminating information, assignments, and memorandums from supervisors to subordinates adhered to.

9. Only in emergency situations or if the employee deems circumstances will deteriorate substantially (i.e. riots, fire & escape) if not reported to a level higher in the chain, may the employee by-pass his/her immediate Supervisor to report the information.

11. In the event of the Executive Director's extended absence, the responsibility and authority for command of the Department will pass to the First Assistant Executive Director.

---

**AUTHORIZED BY**:

_____                    1/29/07
**Executive Director – Salvador Godinez**           Date