Exhibit 13



Correctional Health Cermak Health Services / JTDC

*System Administration

9/5/2014

# Correctional Health

# Cermak Health Services / JTDC Table of Organization



# Correctional Health

# Cermak Health Services / JTDC Table of Organization



# Correctional Health
# Cermak Health Services / JTDC



*System Administration

4/9/15

CCHHS-HOWARD 000244

# Correctional Health
# Cermak Health Services / JTDC



*System Administration

10/23/15

CCHHS-HOWARD 000245