# Exhibit 27



**From:** Tarry Williams (Sheriff)
**Sent:** Friday, January 4, 2019 2:45 PM
**To:** Bradley Curry (Sheriff) <Bradley.Curry@cookcountyil.gov>
**Subject:** Fwd: PI Numbers

Sent from my iPhone

Begin forwarded message:

> **From:** "John Vega (Sheriff)" <John.Vega@cookcountyil.gov>
> **Date:** January 4, 2019 at 2:19:16 PM CST
> **To:** "Tarry Williams (Sheriff)" <Tarry.Williams@cookcountyil.gov>
> **Cc:** "Kevin Connelly (Sheriff)" <Kevin.Connelly@cookcountyil.gov>, "Bradley Curry (Sheriff)" <Bradley.Curry@cookcountyil.gov>
> **Subject: PI Numbers**



CONFIDENTIAL

CCSO_Howard_0281582

2015: 255 incidents 76 arrest – 30% arrested
2016: 286 incidents 135 arrests – 47% arrested
2017: 359 incidents 169 arrests – 47% arrested
2018: 255 incidents 127 arrests – 50% arrested

Sent from my Verizon, Samsung Galaxy smartphone

CONFIDENTIAL

CCSO_Howard_0281583