Exhibit 28

There were 510 unique detainees (*Table 1*) charged with indecent exposure (210 or 323 violation) and/or masturbation (313 violation) in Department of Corrections (DOC) custody between January 1, 2016 and October 31, 2017. Those 510 detainees accounted for 881 incidents (*Table 2*), and 1,016 disciplinary reports (*Table 3*), as one incident can result in multiple detainees receiving separate disciplinary reports. During this time period, the code for an indecent exposure violation changed from 210 to 323, but these two numbers represent the same offense.

Incidents in courthouses resulted in public indecency (UCR code 1570) charges are counted separately. If an incident was written up by both courts and by DOC, the DOC report was removed to prevent duplicative counts. Courthouse incidents were included if they occurred between January 1, 2016 and October 31, 2017.

91 detainees were involved in an incident both in DOC and in a courthouse. *Table 1* shows the number of detainees by incident location.

Table 1: Number of Detainees by Location

| Detainee Level | DOC (1/1/2016- 10/31/2017) n | DOC (1/1/2016- 10/31/2017) % | Courts (1/1/2016- 10/31/2017) n |
|---|---|---|---|
| Detainees with Only Indecent Exposure Incidents (210/323) | 102 | 20% | 0 |
| Detainee with Only Masturbation Incidents (313) | 184 | 36% | 0 |
| Detainees with both Masturbation and Indecent Exposure Incidents | 224 | 44% | 0 |
| Public Indecency UCR 1570 | 0 | 0% | 159 |
| TOTAL Detainees | 510 | 100% | 159 |
| TOTAL Detainees (Courts + DOC) | 578 | | |

*Table 2* shows the location of the 1,086 total incidents across courts and DOC. 881 (81%) took place in DOC.

Table 2: Number of Incidents by Location

| Incident Level | DOC (1/1/2016- 10/31/2017) n | DOC (1/1/2016- 10/31/2017) % | Courts (1/1/2016- 10/31/2017) n |
|---|---|---|---|
| Indecent Exposure Only Incidents (210/323) | 207 | 23% | 0 |
| Masturbation Only Incidents (313) | 424 | 48% | 0 |
| Incidents with both Masturbation and Indecent Exposure | 250 | 28% | 0 |
| Public Indecency UCR 1570 | 0 | 0% | 205 |
| TOTAL Incidents | 881 | 100% | 205 |
| TOTAL Incidents (Courts + DOC) | 1,086 | | |

*Table 3* presents the 1,016 disciplinary reports filed by DOC by incident type and the 208 offense/incident reports filed by court personnel.

Table 3: Number of Disciplinary Reports by Location

| Disciplinary Report Level | DOC (1/1/2016- 10/31/2017) n | DOC (1/1/2016- 10/31/2017) % | Courts (1/1/2016- 10/31/2017) n |
|---|---|---|---|
| Indecent Exposure Only Disciplinary Reports (210/323) | 223 | 22% | 0 |
| Masturbation Only Disciplinary Reports (313) | 511 | 50% | 0 |
| Disciplinary Reports with both Masturbation and Indecent Exposure | 282 | 28% | 0 |
| Public Indecency UCR 1570 | 0 | 0% | 208 |
| TOTAL Reports | 1,016 | 100% | 208 |
| TOTAL Reports (Courts + DOC) | 1,224 | | |

CONFIDENTIAL                                                                                                                    CCSO_Howard_0145831

*Table 4* shows the hearing board decisions for the 793 masturbation charges. Charges expire if not heard within eight days. Some sentences included other sanctions such as loss of good time, loss of microwave access, loss of patio privileges, loss of commissary access, or loss of visit privileges.

Table 4: 313 Disciplinary Outcomes

| 313 Disciplinary Outcomes | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | n | % |
| TOTAL Charges | 793 | 100% |
| Guilty | 486 | 61% |
| Not Guilty | 119 | 15% |
| Dropped/Expired | 182 | 23% |
| Discharged/Sent to IDOC before hearing | 6 | 1% |
| | Sanctions if Found Guilty | |
| Average SMU Days | 22 days | |
| Median SMU Days | 25 days | |
| % with Other Sanctions | 30 | 6% |

*Table 5* shows the outcomes for the 505 indecent exposure charges.

Table 5: 210/323 Disciplinary Outcomes

| 210/323 | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | n | % |
| TOTAL Charges | 505 | 100% |
| Guilty | 289 | 57% |
| Not Guilty | 73 | 14% |
| Dropped/Expired | 142 | 28% |
| Discharged/Sent to IDOC before hearing | 1 | <1% |
| | Sanctions if Found Guilty | |
| Average SMU Days | 18 days | |
| Median SMU Days | 20 days | |
| % with Other Sanctions | 21 | 7% |

*Table 6* shows the outcomes for the 1,298 charges for 210/313/323 violations. 60% of charges resulted in a guilty finding. The 1,016 disciplinary reports in *Table 3* led to 1,298 charges because there were 282 reports that included two charges, one for a 313 violation and one for a 210/323 violation.

Table 6: 313 & 210/323 Disciplinary Outcomes

| TOTAL | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | n | % |
| TOTAL COMBINED Charges | 1,298 | 100% |
| Guilty | 775 | 60% |
| Not Guilty | 192 | 15% |
| Dropped/Expired | 324 | 25% |
| Discharged/Sent to IDOC before hearing | 7 | 1% |
| | Sanctions if Found Guilty | |
| Average SMU Days | 20 days | |
| Median SMU Days | 21 days | |
| % with Other Sanctions | 39 | 6% |

CONFIDENTIAL                                                                                                                              CCSO_Howard_0145832

*Tables 7, 8, 9, 10,* and *11* show the facilities where incidents occurred. 40% (n=349) of DOC incidents took place in Division 9 and 86% (n=177) of courthouse incidents took place in the Criminal Courts Building (CCB).

Table 7: Number of 313 Incidents by DOC Location

| 313 | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | Unique Incidents | |
| | n | % |
| Division 2 | 7 | 2% |
| Division 3/3 Annex | 2 | 0% |
| Division 4 | 2 | 0% |
| Division 6 | 19 | 4% |
| Division 8 Cermak | 18 | 4% |
| Division 08 RTU | 22 | 5% |
| Division 9 | 219 | 52% |
| Division 10 | 90 | 21% |
| Division 11 | 18 | 4% |
| Receiving | 19 | 4% |
| Other Locations | 8 | 2% |
| TOTAL | 424 | 100% |

Table 8: Number of 210/323 Incidents by DOC Location

| 210/323 | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | Unique Incidents | |
| | n | % |
| Division 2 | 8 | 4% |
| Division 3/3 Annex | 6 | 3% |
| Division 4 | 14 | 7% |
| Division 6 | 18 | 9% |
| Division 8 Cermak | 16 | 8% |
| Division 08 RTU | 35 | 17% |
| Division 9 | 38 | 18% |
| Division 10 | 32 | 15% |
| Division 11 | 9 | 4% |
| Receiving | 22 | 11% |
| Other Locations | 9 | 4% |
| TOTAL | 207 | 100% |

*Table 9* shows incidents that included BOTH a 210/323 charge and a 313 charge. *Table 10* shows all incidents that included a 210/323 and/or a 313 charge.

Table 9: Number of 313 & 210/323 Incidents by DOC Location

| 313 & 210/323 | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | Unique Incidents | |
| | n | % |
| Division 2 | 3 | 1% |
| Division 3/3 Annex | 0 | 0% |
| Division 4 | 4 | 2% |
| Division 6 | 19 | 8% |
| Division 8 Cermak | 8 | 3% |
| Division 08 RTU | 11 | 4% |
| Division 9 | 92 | 37% |
| Division 10 | 82 | 33% |
| Division 11 | 10 | 4% |
| Receiving | 15 | 6% |
| Other Locations | 6 | 2% |
| TOTAL | 250 | 100% |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CCSO_Howard_0145833

Table 10: Number of 313 & 210/323 Disciplinary Reports by DOC Location

| TOTAL | DOC (1/1/2016- 10/31/2017) | |
|---|---|---|
| | Incidents | |
| | n | % |
| Division 2 | 18 | 2% |
| Division 3/3 Annex | 8 | 1% |
| Division 4 | 20 | 2% |
| Division 6 | 56 | 6% |
| Division 8 Cermak | 42 | 5% |
| Division 08 RTU | 68 | 8% |
| Division 9 | 349 | 40% |
| Division 10 | 204 | 23% |
| Division 11 | 37 | 4% |
| Receiving | 56 | 6% |
| Other Locations | 23 | 3% |
| TOTAL | 881 | 100% |

Table 11: Public Indecency Incidents by Courthouse

| Public Indecency Incidents | Courthouse (1/1/2016- 10/31/2017) | |
|---|---|---|
| | Incidents | |
| | n | % |
| CCB | 177 | 86% |
| DVC | 10 | 5% |
| Markham | 11 | 5% |
| Harrison-Kedzie | 2 | 1% |
| Bridgeview | 3 | 1% |
| Skokie | 2 | 1% |
| TOTAL | 205 | 100% |

*Note that there was one incident at a south suburban hospital within the Markham records.

CONFIDENTIAL                                                                                                                       CCSO_Howard_0145834

*Figure 1* presents the 205 public indecency incidents recorded in courthouses between January 1, 2016 and October 31, 2017, broken out by month. Every month in 2017 has seen a higher number of incidents than the same month in 2016, with the exception of June where the number of incidents stayed the same.



Data source: CCSO Court Services Department Offense/Incident Report

| Month | UCR 1570 | Month | UCR 1570 |
|---|---|---|---|
| Jan-16 | 4 | Jan-17 | 9 |
| Feb-16 | 3 | Feb-17 | 8 |
| Mar-16 | 5 | Mar-17 | 10 |
| Apr-16 | 4 | Apr-17 | 12 |
| May-16 | 6 | May-17 | 11 |
| Jun-16 | 12 | Jun-17 | 12 |
| Jul-16 | 10 | Jul-17 | 13 |
| Aug-16 | 9 | Aug-17 | 10 |
| Sep-16 | 10 | Sep-17 | 16 |
| Oct-16 | 12 | Oct-17 | 15 |
| Nov-16 | 7 | | |
| Dec-16 | 7 | | |

*Figure 2* presents the 41 public indecency incidents recorded in courthouses between August 1, 2017 and October 31, 2017, broken out by day, excluding Saturdays, Sundays, Labor Day, and Columbus Day.



CONFIDENTIAL

CCSO_Howard_0145835

*Figure 3* presents the number of DOC disciplinary reports by month and violation type (i.e., 210/323 and 313). Since June 2016, there have been around 40 incidents per month with the exception of December 2016 and August 2017.

Figure 3: 313 and 210/323 Disciplinary Reports Over Time by Month (1/1/2016 - 10/31/2017)

Data source: CCOMS Business Intelligence Dataset of 313 and 210/323 disciplinary charges

| Month | 210/323 | | 313 | | 210/323 AND 313 | | TOTAL |
|---|---|---|---|---|---|---|---|
| | n | % | n | % | n | % | |
| Jan-16 | 10 | 33% | 10 | 33% | 10 | 33% | 30 |
| Feb-16 | 8 | 24% | 19 | 58% | 6 | 18% | 33 |
| Mar-16 | 7 | 16% | 29 | 66% | 8 | 18% | 44 |
| Apr-16 | 9 | 33% | 9 | 33% | 9 | 33% | 27 |
| May-16 | 7 | 25% | 11 | 39% | 10 | 36% | 28 |
| Jun-16 | 15 | 36% | 12 | 29% | 15 | 36% | 42 |
| Jul-16 | 13 | 32% | 18 | 44% | 10 | 24% | 41 |
| Aug-16 | 16 | 32% | 16 | 32% | 18 | 36% | 50 |
| Sep-16 | 19 | 43% | 13 | 30% | 12 | 27% | 44 |
| Oct-16 | 11 | 24% | 25 | 54% | 10 | 22% | 46 |
| Nov-16 | 9 | 21% | 28 | 67% | 5 | 12% | 42 |
| Dec-16 | 18 | 27% | 26 | 39% | 23 | 34% | 67 |
| Jan-17 | 4 | 11% | 17 | 47% | 15 | 42% | 36 |
| Feb-17 | 10 | 30% | 16 | 48% | 7 | 22% | 33 |
| Mar-17 | 13 | 32% | 19 | 46% | 9 | 22% | 41 |
| Apr-17 | 13 | 30% | 15 | 35% | 15 | 35% | 43 |
| May-17 | 4 | 10% | 28 | 68% | 9 | 22% | 41 |
| Jun-17 | 3 | 9% | 21 | 60% | 11 | 31% | 35 |
| Jul-17 | 3 | 10% | 14 | 45% | 14 | 45% | 31 |
| Aug-17 | 4 | 8% | 31 | 62% | 15 | 30% | 50 |
| Sep-17 | 7 | 18% | 19 | 50% | 12 | 32% | 38 |
| Oct-17 | 4 | 10% | 28 | 72% | 7 | 18% | 39 |

CONFIDENTIAL                                                                                                                                       CCSO_Howard_0145836

*Table 12* shows detainee involvement in incidents that took place between January 1, 2016 and October 31, 2017. Every violation that a detainee is charged with is included, even if the reports were filed across multiple bookings or the detainee was found not guilty.

The total population considered here includes everyone who has been booked into DOC custody between January 1, 2016 and October 31, 2017, as well as anyone who was booked before January 1, 2016 but was in DOC custody during this period. The total population includes remote bookings because not all of the violations were by people booked in the jail.

The jail classifies disciplinary violations into four different levels of severity: 100, 200, 300, and 400-level offenses. 100 level offenses are the least severe (e.g., littering, misuse of telephone), while 400 level offenses are most severe (e.g., taking a hostage, homicide). Three non-210/313/323 sex-related violations are also grouped in *Table 12*: 216 (sexual harassment), 316 (sexual activity), and 412 (sexual abuse or assault).

*Table 12* includes the information about the 34,568 disciplinary tickets that were charged during this time period, of which 3% (n=1,016) were for 313 and/or 210/323 violations.

Table 12: Comparison of 313 and 210/323 against total disciplinary tickets

|  | 313 Only | 210/323 Only | 313 AND 210/323 | 313 AND/OR 210/323 | Court UCR 1570 | Total Population |
|---|---|---|---|---|---|---|
| Avg # DRs | 19.9 | 21.4 | 35.8 | 27.2 | 31.4 | 0.6 |
| Avg # 100 level DRs | 3.0 | 4.2 | 5.5 | 4.4 | 4.7 | 0.1 |
| Avg # 200 level DRs | 9.7 | 11.4 | 17.6 | 13.5 | 15.3 | 0.3 |
| Avg # 300 level DRs | 6.2 | 4.6 | 10.6 | 7.8 | 9.3 | 0.1 |
| Avg # 400 level DRs | 1.1 | 1.2 | 2.1 | 1.6 | 2.1 | 0.03 |
| Avg # Sex Charges (216,316,412) | 0.4 | 0.3 | 1.3 | 0.7 | 1.0 | 0.005 |
| 100-Level Violation | 75% | 76% | 87% | 81% | 83% | 4% |
| 200-Level Violation | 90% | 97% | 100% | 96% | 95% | 9% |
| 300-Level Violation | 100% | 75% | 100% | 95% | 89% | 5% |
| 400-Level Violation | 43% | 40% | 59% | 49% | 59% | 1% |
| Sex Charge | 25% | 25% | 59% | 40% | 38% | 0.3% |
| Number of Detainees | 184 | 102 | 224 | 510 | 159 | 107,449 |

*Table 13* presents demographic information for the population during this time period, as well as the demographic information for the detainees who were charged with 210/323, 313, or public indecency violations during this time period. *Table 13* shows that the detainees who were charged with 210/323, 313, or public indecency charges were more likely to be given alerts for high risk movement than other detainees.

Table 13: Comparison of 313 and 323 tickets against total population of Jail

|  |  | 313 Only | 210/323 Only | 313 AND 210/323 | 313 AND/OR 210/323 | Court UCR 1570 | Total Population |
|---|---|---|---|---|---|---|---|
| Age (10/31/2017) |  | 27 | 29 | 26 | 27 | 25 | 35 |
| Any P-Status | None | 52% | 41% | 38% | 44% | 50% | 86% |
|  | P2 | 18% | 16% | 22% | 19% | 18% | 9% |
|  | P3 | 2% | 8% | 2% | 3% | 2% | 3% |
|  | P4 | 27% | 35% | 38% | 34% | 30% | 3% |
| Detox Alerts |  | 9% | 16% | 4% | 8% | 4% | 12% |
| Bookings (1/1/16 – 10/31/17) |  | 1.5 | 1.9 | 1.5 | 1.5 | 1.4 | 1.4 |
| Security Alerts: |  |  |  |  |  |  |  |
| High Risk Movement |  | 13% | 10% | 25% | 17% | 23% | 0.3% |
| Documented Staff Assault |  | 5% | 5% | 10% | 7% | 5% | 0.1% |
| Eject Feces/Urine |  | 1.1% | 0.0% | 0.5% | 0.6% | 1.3% | 0.01% |
| n |  | 184 | 102 | 224 | 510 | 159 | 107,449 |

CONFIDENTIAL                                                                                                                           CCSO_Howard_0145837

*Table 14* shows the charge information for detainees involved in indecent exposure and/or masturbation incidents compared to all detainees whose booking overlapped with the time period between January 1, 2016 and October 31, 2017. Each detainee is counted only once, and the charges for all of their bookings that overlapped with this time period are considered.

Sex charges included offenses relating to violating sex offender registration rules, because the violation suggests a previous sex offense. We did not include charges for "Public Indecency/Lewd Exposure" or for "Public Indecency /Sex Conduct," because these charges would have been brought against many people for their conduct in DOC custody and it could not be determined whether these charges were brought before the booking.

*Table 14* shows that the detainees who were charged with 210/323, 313, or public indecency charges were more likely to have murder charges and other Class M and Class X Felonies than other detainees.

Table 14: Comparison of 313 and 323 against criminal charges/ classifications

|  | 313 Only | 210/323 Only | 313 AND 210/323 | 313 AND/OR 210/323 | Court UCR 1570 | Total Population |
|---|---|---|---|---|---|---|
| % Murder | 52% | 22% | 46% | 44% | 64% | 2% |
| % Class M or Class X Felony | 78% | 53% | 78% | 73% | 86% | 11% |
| % Aggravated Sex Charges | 5% | 3% | 7% | 6% | 3% | 1% |
| % Any Sex Charges | 10% | 5% | 19% | 13% | 16% | 2% |
| n | 184 | 102 | 224 | 510 | 159 | 107,449 |

CONFIDENTIAL                                                                                          CCSO_Howard_0145838