Exhibit 31

Message

| | |
|---|---|
| **From:** | Debbie Boecker (Sheriff) [Debbie.Boecker@cookcountyil.gov] |
| **Sent:** | 7/17/2015 2:13:04 PM |
| **To:** | Bradley Curry (Sheriff) [Bradley.Curry@cookcountyil.gov]; Daniel Moreci (Sheriff) [Daniel.Moreci@cookcountyil.gov]; George Turner (Sheriff) [George.Turner@cookcountyil.gov]; Marilyn Martinez (Sheriff) [Marilyn.Martinez@cookcountyil.gov]; Mario Reyes (Sheriff) [Mario.Reyes@cookcountyil.gov]; Matthew Burke (Sheriff) [Matthew.Burke@cookcountyil.gov]; Michael Holmes (Sheriff) [Michael.Holmes@cookcountyil.gov]; Michael Miller (Sheriff) [Michael.Miller1@cookcountyil.gov]; Nneka Jones Tapia (Sheriff) [Nneka.Jonestapia@cookcountyil.gov]; Robert Lyles (Sheriff) [Robert.Lyles@cookcountyil.gov]; Tarry Williams (Sheriff) [Tarry.Williams@cookcountyil.gov]; Bradley Curry (Sheriff) ["/O=CCBOT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BradleyCurrya47"]; Daniel Moreci (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=3ad90de328e541218b9369a66480f8c2"]; George Turner (Sheriff) ["/O=CCBOT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=George.turner"]; Marilyn Martinez (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=db37a93e22ef417289bf99a555682d81"]; Mario Reyes (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=143ea12042564e8c9fcbb76109b15b39"]; Matthew Burke (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=5a8d8e222b064f08ab25bd885182da4b"]; Michael Holmes (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=97ea04f2e5f04d2b9b813d27f2e6c98b"]; Michael Miller (Sheriff) ["/O=CCBOT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Michael.miller1"]; Nneka Jones Tapia (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=a3d257e8d069403b901779dcfbe767b2"]; Robert Lyles (Sheriff) ["/O=CCBOT/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=22b33942d78e404abec060eb402fb416"]; Tarry Williams (Sheriff) ["/O=CCBOT/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TarryWilliams2e3"] |
| **Subject:** | FW: CA Exposure Control Jumpsuits |
| **Attachments:** | IEX photo.jpg; iex149.JPG; iex151.JPG |

Hello All ~ I am forwarding the email below, that I received from Jan Russell, regarding Exposure Control Jumpsuits utilized in California DOC (pictures attached).

Thanks,
Deb

*Debbie Boecker*

Director of Compliance
Cook County Sheriff's Office
Department of Corrections
(773) 674-7726 office
(312) 550-8944 cell

---

**From:** Jan Russell (Sheriff)
**Sent:** Thursday, July 16, 2015 10:03 AM
**To:** Debbie Boecker (Sheriff)
**Subject:** FW: CA Exposure Control Jumpsuits

FYI --- controlling indecent exposure by inmates.

---

**From:** Scholl, Jason@CDCR [mailto:Jason.Scholl@cdcr.ca.gov] **On Behalf Of** Belavich, Tim@CDCR
**Sent:** Tuesday, June 16, 2015 6:37 PM
**To:** Belavich, Tim@CDCR
**Cc:** adam.rutherford@alaska.gov; bob.parker@arkansas.gov; ntaylor@azcorrections.gov; Belavich, Tim@CDCR; Kenya Key (CCHHS); Jan Russell (Sheriff); thomas.kocienda@ct.gov; degroj00@dcor.state.ga.us; Melvin.hinton@doc.illinois.gov; lori.ammons@doc.ks.gov; scott.o'kelley@doc.mo.gov; herbert.kaldany@doc.nj.us; rhookham@doc.nv.gov; louis.cerbo@doc.ri.gov; Dubose.Kennard@doc.sc.gov; janna.morgan@doc.state.ok.us; klrainer@doc1.wa.gov; dxramirez-romero@docs.state.ny.us; lynmarie.cusack@doj.nh.gov; jholwager@dpscs.state.md.us; melevenhagen@idoc.in.gov;

CONFIDENTIAL                                                                                                                                                                                                                                                                                                              CCSO_Howard_0251470

Harbans.deol@iowa.gov; jmarsh@lasd.org; dawdyd@michigan.gov; jeads@mt.gov; lapeterson@nd.gov; paula.mattis@nhdoc.state.nh.us; tereasa.jamison@odrc.state.oh.us; jill.lampela@state.co.us; stephen.j.huot@state.mn.us; bianca.mcdermott@state.nm.us; jennie.englund@state.sd.us; Michael.Murphy@state.vt.us; Mark.Simpson@tn.gov; mhoglund@utah.gov; baechols@utmb.edu; Denise.Malone@vadoc.virginia.gov; kevin.kallas@wisconsin.gov; jennifer.ballard@wv.gov; ecmontoya2006@yahoo.com; Anita Grant; O'Neill, Katherine (DOC)
**Subject:** CA Exposure Control Jumpsuits

*Sent on behalf of Tim Belavich*

Good afternoon — during the recent conference, there was some interest in the jumpsuit used in CA to prevent inmates from committing acts of indecent exposure. The attached pictures show two versions. The back of the jumpsuit is secured with one long piece of Velcro as well as a piece of nylon webbing that is weaved through the webbing loops on either side of the opening and secured at the top to prevent removal by the inmate. Per CDCR's Department Operations Manual:

**Exposure Control Jumpsuit:**
Exposure Control Jumpsuits are not to be used in the General Population as the inmate
requires close monitoring when wearing a jumpsuit.
The placement of an inmate onto Exposure Control Jumpsuit status is
mandatory for all out-of-cell Indecent Exposure and Sexual Disorderly
Conduct incidents as a Security Precaution in Secure Housing Units and Administrative Segregation Units.
The placement of an inmate onto Exposure Control Jumpsuit status is
optional for all Indecent Exposure and Sexual Disorderly Conduct out-of-cell
offenses in the Psychiatric Services Unit.
The reporting employee may initiate this Security Precaution by submitting a
CDC 128-B (General Chrono). If a CDC 128-B is not submitted by the reporting employee,
the Incident Commander is responsible to ensure that a CDC 128-B is completed.
First offense: An inmate shall be placed on Exposure Control Jumpsuit
Security Precaution for 30 days from the date of the offense.
Second and Subsequent offenses: Should the inmate re-offend within 12
months of the most recent offense, or while on jumpsuit status, the inmate
will be placed on jumpsuit status for 90 days from the most recent offense,
which will run concurrent with the existing precaution.

If anyone has any questions, please let me know.

**Jason A. Scholl**
**Special Assistant to Timothy Belavich, Ph.D., MSHCA, CCHP-MH**
**Director (A), Division of Health Care Services and**
**Deputy Director, Statewide Mental Health Program**
**California Department of Corrections and Rehabilitation**

916-691-5785 desk
916-862-0548 cell
Jason.Scholl@cdcr.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents
may contain confidential and/or legally privileged information.
It is solely for the use of the intended recipient(s). Unauthorized
interception, review, use or disclosure is prohibited and may violate
applicable laws including the Electronic Communications Privacy Act.
If you are not the intended recipient, please contact the sender and
destroy all copies of the communication.