Exhibit 40

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SDAHRIE HOWARD, DENISE          )
HOBBS, ELLENOR ALTMAN, TAVI     )
BURROUGHS, DOMINIQUE            )
FREEMAN, KIMBERLY               )
CRAWFORD-ALEXANDER, ESTHER      )
JONES, BALVINA RANNEY,          )
TAWANDA WILSON, and SUSANA      )
PLASENCIA, on behalf of         )
themselves and all others       )
similarly situated,             )
                                )
            Plaintiffs,          )
                                )
        v.                       )   No. 17-cv-8146
                                )
COOK COUNTY SHERIFF'S            )
OFFICE, and COUNTY OF COOK,      )
                                )
            Defendants.          )


        The deposition of LARRY SCHURIG, called

by the Plaintiffs for examination, taken pursuant to

the Federal Rules of Civil Procedure of the United

States District Courts pertaining to the taking of

depositions, taken before MELISSA BELICE, CSR, at

161 N. Clark Street, Suite 2500, Chicago, Illinois,

on the 15th day of January, 2019, at the hour of

11:03 a.m.


Reported By:  Melissa Belice

CSR License No. 084-003391

Page 108

1    **A**   It's been a few years, sir.
2    **Q**   When you were there, was there any
3   tinting or etching on the glass to make it one way
4   so that the inmates could not see out but people
5   could see in?
6        MR. PHILLIPS:  Objection.  Outside of the scope
7   of the notice.
8        You can answer.
9        THE WITNESS:  Not that I know.
10   BY MR. KULWIN:
11   **Q**   What is, again, Page 23?  There's three
12   photographs, Bates 281628.  What are these
13   photographs of?  And I don't mean what's going on in
14   them.  I mean the actual photographs, what are they
15   depicting location wise?
16   **A**   I believe, again, interlock on the first
17   upper left corner one.  Could be 9 or 10.  I don't
18   know offhand.
19   **Q**   Okay.
20   **A**   A tier on the right picture to that,
21   Division 9 or 10.  I'm saying it's Division 9.
22   **Q**   Okay.
23   **A**   The bottom left I believe is Division 6.
24   **Q**   The interlock area?

Page 109

1    **A**   More of an open area.  They have dorm
2   room settings there.
3    **Q**   Okay.
4    **A**   And then the bottom right would be
5   Division 9, the tier.
6    **Q**   Go to Page 28, Bates 281633, what's this
7   depict?
8    **A**   A holding cell in the criminal courts
9   building.
10   **Q**   At 26th Street?
11   **A**   Yes, sir.
12   **Q**   Page 30, 281635?
13   **A**   I believe this is lockup in the Markham
14   facility.
15   **Q**   Page 35, 281640?
16   **A**   Down on the bridge area of the criminal
17   courts building.
18   **Q**   So this is the area between -- let me get
19   this straight.  So when the sheriffs bring inmates
20   from the jail to the courthouse, do they go through
21   a tunnel all the way and get to the bridge, or is
22   there an open area and then the bridge?
23   **A**   There's a receiving room in the basement
24   where they take them, and they bring them down a

Page 110

1   long hallway to the court facility.
2    **Q**   And the bridge is part of that whole
3   hallway?
4    **A**   Yes, sir.
5    **Q**   Are there cells in this area, or do they
6   just stand there?
7    **A**   No, there are cells in that area.
8    **Q**   Are the inmates in the cells while
9   they're waiting to go upstairs?
10   **A**   Unless they're being lined up to be
11   moved, yes, sir.
12   **Q**   And Page 37, 281642?
13   **A**   Behind a courtroom, sir, in the criminal
14   courts building.
15   **Q**   Now, prior to 2018 -- and if I've asked
16   you this already, I apologize -- was there any
17   similar in-service training that dealt specifically
18   with how to deal with masturbating detainees,
19   indecently exposing detainees, verbally assaulting
20   detainees other than just the general use of force
21   we talked about?
22   **A**   In regards to noncompliance.
23   **Q**   Just general noncompliance?
24   **A**   Yes, sir.

Page 111

1    **Q**   Let's turn now, if we could, to another
2   question I have.  We talked about OC spray.  As I
3   understand it -- before I ask you that, in your work
4   at the Use of Force Unit or the training academy,
5   did you ever get any requests from sheriffs or
6   sheriff deputies for retaining these things for
7   specific instructions on how to deal with that
8   situation, masturbating detainees?
9    **A**   Nothing directed to our unit that I can
10   recall, no.
11   **Q**   And nothing from the administration?
12   **A**   Besides that e-mail you provided early.
13   **Q**   Nothing from the administration either,
14   like Mr. Curry or anyone else other than the e-mails
15   we've seen already today, correct?
16   **A**   In regards to?
17   **Q**   Masturbating.
18   **A**   Not that I can recall, sir.
19   **Q**   To use OC spray you have to be certified,
20   correct?
21   **A**   Yes, sir.
22   **Q**   How do you get certified?
23   **A**   You have to attend the training held by
24   the Bureau of Education & Training.

Royal Reporting Services, Inc.
312.361.8851