Exhibit 42

| Cook County Sheriff's Office | | | | | |
|---|---|---|---|---|---|
| Summary of Indecent Exposure-Related Incidents by Month | | | | | |
| Period | Unique Incident Numbers | Relevant Unique Incident Numbers | | | |
| Jan-14 | 1 | 1 | | | |
| Dec-14 | 3 | 2 | | | |
| Jan-15 | 16 | 16 | | | |
| Feb-15 | 22 | 20 | | | |
| Mar-15 | 24 | 22 | | | |
| Apr-15 | 31 | 29 | | | |
| May-15 | 37 | 35 | | | |
| Jun-15 | 33 | 31 | | | |
| Jul-15 | 52 | 50 | | | |
| Aug-15 | 47 | 45 | | | |
| Sep-15 | 61 | 60 | | | |
| Oct-15 | 45 | 45 | | | |
| Nov-15 | 39 | 39 | | | |
| Dec-15 | 56 | 56 | | | |
| Jan-16 | 33 | 33 | | | |
| Feb-16 | 40 | 38 | | | |
| Mar-16 | 56 | 54 | | | |
| Apr-16 | 42 | 41 | | | |
| May-16 | 48 | 46 | | | |
| Jun-16 | 65 | 61 | | | |
| Jul-16 | 51 | 48 | | | |
| Aug-16 | 76 | 70 | | | |
| Sep-16 | 67 | 64 | | | |
| Oct-16 | 67 | 63 | | | |
| Nov-16 | 58 | 56 | | | |
| Dec-16 | 88 | 85 | | | |
| Jan-17 | 53 | 52 | | | |
| Feb-17 | 49 | 49 | | | |
| Mar-17 | 56 | 56 | | | |
| Apr-17 | 65 | 64 | | | |
| May-17 | 62 | 60 | | | |
| Jun-17 | 57 | 53 | | | |
| Jul-17 | 44 | 43 | | | |
| Aug-17 | 64 | 63 | | | |
| Sep-17 | 58 | 55 | | | |
| Oct-17 | 56 | 55 | | | |
| Nov-17 | 61 | 60 | | | |
| Dec-17 | 57 | 55 | | | |
| Jan-18 | 54 | 52 | | | |
| Feb-18 | 32 | 32 | | | |
| Mar-18 | 51 | 51 | | | |
| Apr-18 | 29 | 28 | | | |
| May-18 | 42 | 42 | | | |
| Jun-18 | 20 | 20 | | | |
| Jul-18 | 20 | 20 | | | |
| Aug-18 | 33 | 33 | | | |
| Sep-18 | 23 | 23 | | | |
| Oct-18 | 16 | 16 | | | |
| Dec-18 | 1 | 1 | | | |
| Jan-19 | 1 | 1 | | | |
| Mar-19 | 1 | 1 | | | |
| Jun-19 | 1 | 1 | | | |
| Not Available | 1 | 1 | | | |
| No Date | 115 | 115 | | | |
| Total | 2,280 | 2,212 | | | |
| Subtotal | 2,140 | 2,073 | | | |



EXHIBIT 7 4-26-19 Wilner