# Exhibit 45



# THOMAS J. DART
## SHERIFF OF COOK COUNTY
RICHARD J. DALEY CENTER
50 WASHINGTON STREET SUITE 704
CHICAGO, ILLINOIS 60602

October 26, 2017

To:

From: Brad Curry
Chief Operating Officer

Subject: Public Indecency

As you may know, the frequency of these types of incidents is growing typically by individuals who are not repeat offenders. They occur in almost any area of the jail, as well as the various courthouses they attend. Since January 2017, our CIID Police unit have charged **217** offenders for public indecency that occurred in a courthouse or a correctional facility *(see Attachment 1)*. Please be aware that **147** victims were our court/correctional sworn staff members and **24** victims were staff members (public defenders) from your office.

Your staff members and our staff members have often been victims of these acts. As advocates, your staff members can play a meaningful role by counseling their clients on the ramifications of these acts. The acts are creating new cases for clients and often can get in the way of the best resolution of substantive cases.

The Cook County Sheriff's Office has identified several resolutions to help reduce these types of incidents from occurring:

- Pull the research report on masturbators
- Set-up a schedule of exempt staff members
- What are they receiving for disciplinary
- Re-introduce legislative
- Send a letter to the Public Defender's Office, the assigned Public Defender, and the assigned Judge of the offense that occurred
- Identify the P status of the offender
- Keep them on the bridge
- Where do they come from in jail
- Identify these individuals using a Restricted Movement List
- Escort all inmates to the CCB bullpen handcuffed behind the back and advise **all** defendants that this type of behavior will not be tolerated. If an incident does occur they will remain handcuffed behind the back while ensuring that Jail and Lockup Standards Section 720.60 is followed.

**Jail and Lockup Standards Section 720.60: Supervision** – *A visual check by personal inspections of each person confined shall be conducted, not including observation by a monitoring device, at least once every 30 minutes, unless continuous audio and visual checks conducted with a monitoring device has been approved as a variance in accordance with section 720.50(h) or the individual has been restrained. Persons restrained shall be checked at least every 15 minutes.*

Please help be a part of the solution to stop this reprehensible behavior as well as assist in making the jail and courthouses a safer place for many of your clients.

Sincerely,

Brad Curry, Chief Operating Officer