Exhibit 46

## COOK COUNTY SHERIFF'S OFFICE



Job Code:
Job Title:   Inmate Disciplinary Hearing Manager
Salary Grade:
Department: Cook County Department of Corrections

*Characteristics of the Position*

### General Overview

The Inmate Disciplinary Hearing Manager (Hearing Manager) is responsible for overseeing the inmate disciplinary process including but not limited to conducting and adjudicating inmate disciplinary infractions, imposing necessary and appropriate sentences/sanctions, ensuring the completeness of the Inmate Disciplinary Report/Findings of Fact and Decision form(s), and ensuring due process requirements are met for inmates in each proceeding. In addition, the Hearing Manager is responsible for conducting assessments and reviews of all Cook County Department of Corrections ("CCDOC") operations and administration as directed by the DOC Chief of Staff and/or designee to ensure legal and constitutional compliance. The Hearing Manager will review policies and procedures relating to all CCDOC operations and administration and to recommend changes when applicable.

### Key Responsibilities and Duties Include But Are Not Limited To:

Regularly reviews and familiarizes him/herself with the Inmate Disciplinary Order, the Inmate Disciplinary Codes, and any additional CCSO orders related to Inmate Discipline.

Coordinates with the Hearing Officers and the DOC Chief of Staff in the scheduling of all inmate disciplinary hearings, ensuring that disciplinary hearings are held within the statutorily required and internal timelines.

Presides over inmate disciplinary hearings and ensures these are held in a reasonably private and secure setting in the division/unit or via closed circuit communication.

Ensures hearings are conducted fairly, considering the weight to be given to the evidence supporting the charge(s) while recognizing the inmates' rights and applicable due process requirements.

1

EXHIBIT 29 Witensky 1/7/19

Reviews all reports associated with an inmate's discipline prior to and after the disciplinary hearing for accuracy, completeness and compliance with the General Orders and administrative codes.

Listens to testimony and accepts evidence that is relevant to the existence of the code violation; issuing a determination of whether a code violation exists.

Documents accurate summaries of all statements made by inmate/ inmate's witnesses during the hearing.

Determines innocence or guilt of the inmate and whether restitution should be sought from the inmate based on statements, reports and other evidence provided.

Recommends the necessary and appropriate disciplinary measures for inmates guilty of breaking CCDOC rules and regulations.

Works with DOC to track all disciplinary and other findings resulting from the hearings.

Analyzes the disciplinary measures imposed after a finding of guilt to ensure consistency through the Inmate Disciplinary Department and proper administration of the sentences.

Makes recommendations for operational, administration and process improvements based on regular inspections of CCDOC operations and interactions with staff and detainees.

Conducts reviews of CCDOC processes and procedures as directed by the DOC Chief of Staff and/or designee.

Provides weekly reports to the DOC Chief of Staff detailing activity relating to Inmate Disciplinary Hearings, Inspections, Audits and Operational, Administration and Process Improvement recommendations.

Appropriately reports observed and alleged staff misconduct

## Knowledge, Skills and Abilities

Intermediate proficiency in the use of office equipment, computers and data entry with the ability to apply these skills to his/her duties and responsibilities.

Ability to listen and communicate effectively and with tact and courtesy.

CONFIDENTIAL

CCSO_Howard_0281587

Excellent critical thinking, decision making and organizational skills.

Ability to identify and respond effectively to trends in data

Ability to understand and apply due process principles and requirements to all aspects of the inmate disciplinary process.

Ability to satisfactorily prepare and complete various reports.

Ability to work well with others.

Ability to work in close proximity to detainees in the Cook County Jail divisions.

**Minimum Qualifications**

A Juris Doctorate from an accredited institution.

Must be a current member of the Illinois Bar or admission to the Illinois Bar within one year of hiring date.

Ability to work within the Cook County Jail maximum, medium and minimum security divisions.

Ability to work in close proximity with detainees.

Must have Intermediate Proficiency in the Microsoft Office Site.

Must have a minimum of two (2) years of experience at the supervisory level.

**Preferred Qualifications**

Prior experience in the field of corrections, with at least four (4) years of experience at the supervisory level.

One or more years of experience participating in administrative or similar type hearings

CONFIDENTIAL

CCSO_Howard_0281588