Exhibit 48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, et al., ) | |
| ) | Case No. 17-cv-8146 |
| Plaintiffs, ) | |
| ) | Judge Matthew F. Kennelly |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF DOMINIC CHARLES

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. My name is Dominic Charles. I am a paralegal with the law firm of Mehri & Skalet, PLLC, in Washington, DC. I am over the age of 18 and competent to give this declaration.

2. I investigated a claim made by the defendant that members of the "Savage Life" gang were responsible for much of the sexual harassment/assault experienced by female staff members at the Cook County Jail. To do this, I referenced a list compiled by Cook County Sheriff's Office containing 70 names and mugshots of detainees believed to be part of the "Savage Life" gang (CCSO_Howard_0329274-CCSO_Howard_0329286). Upon reviewing the list, I noticed that 23 of those names were duplicates leaving a total of 47 "Savage Life" gang members as identified by the Cook County Sherriff's Office.

3. Once I compiled the list of 47 names, I crossed-referenced those names with names from Excel spreadsheet CCSO_Howard_0321726. If the names on CCSO's list were present on Excel spreadsheet CCSO_Howard_0321726, I determined if the detainees'

Plaintiffs 002407

offenses listed on the spreadsheet were sexual in nature. I did so even though that spreadsheet listed incidents with disciplinary codes that are sexual in nature because certain incident reports implicate multiple inmates and not all of the listed inmates may have committed sexual violations. To perform this review, I pulled incident and disciplinary reports, using Bates numbers, associated with the "Savage Life" members found on spreadsheet CCSO_Howard_0321726 to find evidence of sexual offenses. I determined an offense was sexual if an incident involved indecent exposure, public masturbation, verbal sexual harassment, and attempted and actual sexual assault. I eliminated a small number (approximately two) incidents because no inmate identified as a "Savage Life" gang member committed a sexual offense even though another inmate listed on that incident report did commit such an offense. If I found that an incident or disciplinary report was generated out of a sexual offense, I listed the bates number of the document next to the name of each individual member in a spreadsheet I titled "Savage Life List." The resulting spreadsheet is attached as Exhibit A to this declaration.

4. After investigating the offenses committed by "Savage Life" members, I found that out of the 47 members I identified as being part of the "Savage Life" gang, 23 had sexual offenses to their name and 24 did not have a single offense to their name. The median number of offenses among the 23 offenders was 4. The mean number was 4.6 offenses. One offender, ▮▮▮▮▮, had 31 offenses in his name, which is 24 more offenses than any other member of the 'Savage Life' gang.

5. Because ▮▮▮ was responsible for a significant share of the Savage Life sexual offenses, I synthesized the data regarding CCSO's treatment of ▮▮▮. To do this, I pulled documents utilizing Bates numbers located on the "Savage Life List" Excel spreadsheet, which were originally collected from spreadsheet "CCSO_Howard_0321726," and aggregated data from those documents into a spreadsheet titled "▮▮▮▮▮

Summary." For each of ████ sexual offenses, the spreadsheet contains the incident tracking number, the date of the offense, location of the incident, the category of victim, the disciplinary code, and CCSO's disciplinary actions. I also utilized these documents to ascertain the type of mental health treatment Hardy received and his mental health classification (P1, P2, P 3). Most of this information could be accessed from the incident reports, including the location and date of the incident, the tracking number, and victim. The other datapoints were found on the Disciplinary Hearing-Findings of Fact and Decision records. Some of the incidents, 7, did not have a Disciplinary Hearing-Findings of Fact and Decision record. If that was the case, the disciplinary measures taken against ████ and mental health treatment could not be ascertained. The resulting spreadsheet is attached as Exhibit B to this declaration.

Executed On 4/23/2019

*[signature]*

Dominic Charles