Exhibit 50

# INMATE DISCIPLINARY CHARGE CODES

## Non-compliance

### Category I & II

100  Possession of excess clothing and or bedding.
101  Being unsanitary or untidy, failing to keep ones person and ones quarters in accordance with posted safety rules.
102  Tattooing/ possession of tattooing instruments.
103  Littering
104  Affixing items to walls, light fixtures or windows.
105  Wearing head bands or head coverings without authorization.
106  Violation of dress code.
107  Storing drinks or foods other than those packaged foods for purchase through commissary.
108  Failure to remain silent during inmate movement through the Department.
109  Verbally or physically demonstrating disrespect to personnel.
110  Damaging or altering CCDOC property (restitution $.01-$50.00).

200  Use of obscene language to personnel and visitors.
201  Being in an unauthorized area.
202  Presenting false information to sworn personnel.
203  Violation of safety or sanitation regulations.
204  Engaging in inappropriate physical contact.
205  Committing any act that disrupts the orderly operation of CCDOC.
206  Possession of unauthorized monetary items (e.g. credit cards, money, checks, etc).
207  Failure to stand for count.
208  Violation of visitation regulations.
209  Violation of telephone or mail regulations.
210  Gambling.
211  Failure to comply with Intake procedures.
212  Failure to follow directions of Court Services Deputies while being moved to/from and during judicial proceedings.
213  Damaging or altering CCDOC property (restitution $50.01 - $100.00).
214  Possession of Contraband (potential nuisance).

## Disruption/Reckless Behavior

### Category III

300  Fighting.
301  Refusing an order to lock up.
302  Committing any act(s) which necessitates a security search by sworn personnel.

(FCN-187)(NOV 11)

CCSO_Howard_0000930

# INMATE DISCIPLINARY CHARGE CODES

303 Damaging or altering CCDOC property (restitution $100.01- $150.00).
304 Possession of stolen property belonging to another person.
305 Disobeying verbal or written orders from sworn personnel.
306 Participation in or encouraging a work stoppage or unauthorized group demonstration.
307 Manufacture, possession, introduction, transfer or use of intoxicants and alcohol, or possession of ingredients, equipment, formula, or instructions that are used in making intoxicants and alcohol.
308 Failing to comply with count procedures or causing an inaccurate count by means of unauthorized absence, hiding, concealing oneself or other form of deception or distraction,
309 Cooking.
310 The possession, manufacture introduction, use, distribution or sale of any tobacco, tobacco products, and tobacco-like products or associated paraphernalia.
311 horseplay, including but not limited to, wrestling, scuffling, roughhousing, jostling, conduct, that is disruptive or loud or other conduct that creates a disturbance.
312 Attempting aiding or conspiring with another person to plan or commit any of the above offenses, in all categories of severity, shall be considered the same as the commission of the offense itself.
313 Setting a false fire alarm.
314 Flooding.
315 Assaulting a staff member, or another inmate or visitor.

### Category IV

400 Committing any act that disrupts a judicial proceeding.
401 Damaging or altering CCDOC property (restitution $150.01- $200.00).
402 Contraband (harmful in nature/compromise to security and safety).

## Disruption/Reckless Behavior

### Category V

500 Causing Resisting forced movement or physical efforts to restrain.
501 Counterfeiting, forging, misrepresentation on or unauthorized reproduction of any document, article or identification, money, security or official paper.
502 Falsifying work schedule.
503 Unauthorized possession of sworn personnel uniform(s) or equipment.
504 Possession of any staff member's non-uniform clothing.

# INMATE DISCIPLINARY CHARGE CODES

## Predatory/Violence

### Category VI

600 Engaging in sexual acts, including indecent exposure, masturbation, subjecting another person to sexually harassing or suggestive, conduct, through physical action, and/or verbal or written statements,

601 Arson.

602 Possessing, manufacturing, introducing explosive, caustic substance, dangerous chemicals, sharpened, instruments or unauthorized, tools, intoxicant, narcotic, paraphernalia, or drug not prescribed for the individual, or any other dangerous substance, e.g.

603 Battery

604 Extortion, blackmail, or demanding or receiving money or anything of value in return for any reason, including protection against others or under threat of informing.

605 Gang activity, gang related activity or communication, gang recruitment.

606 Damaging or altering CCDOC property (restitution 250.01 and above).

607 Tampering with, damaging, blocking or interfering with any locking or security device, door, gate or window, or with alarms, fire extinguishers, fire hoses, fire exits, or other firefighting equipment or devices.

608 Vandalizing, destroying, mutilating, defacing or damaging county property or the property of another person, including, but not limited to, flooding a cell or other area of the institution, causing a biohazard.

609 Possession of Contraband (life threatening in nature).

### Category VII

700 Murder committed while in custody.

701 Escape, attempted escape or possession of escape tools

702 Sexual assault of personnel, another inmate or visitor.

703 Inciting a disturbance requiring the deployment of specialized units (i.e. K-9, ERT), rioting.

704 Assaulting any person with a dangerous instrument causing bodily harm.

705 Arson that results from deliberately breaking into a fixture, exposing wiring to create fire with intention to damage or destroy CCDOC property, and/or cause harm or loss of life to staff, inmates or visitors.

706 Tampering with handcuffs or possession of handcuff key.

707 Possession, manufacture or introduction of a gun, firearm, weapon, ammunition, sharpened instrument, knife or poison or any component thereof.

708 Battery including spitting, biting, throwing or attempting to throw feces, urine, blood, or other types of bodily fluids at or on staff.

# INMATE DISCIPLINARY CHARGE CODES

**Category Penalties**

Category I & II   Verbal Consultation or Sanctions which include:
- Loss of work assignment;
- Loss of commissary privileges;
- Restricted visitation privileges (except attorney and clergy visits);
- Loss of special event programs (excluding religious services);
- Financial restitution;
- Nutra-loft (meal substitution);
- Any combination of the above, but no more than tow (except in cases of major rule violations to be determined by the Disciplinary hearing Team).

Category III    10 to 14 Days in Disciplinary Segregation and/or Sanctions
Category IV    15 to 19 Days in Disciplinary Segregation and/or Sanctions
Category V     20 to 24 days in Disciplinary Segregation and/or Sanctions
Category VI    25 to 60 Days in Disciplinary Segregation and/or Sanctions

CCSO_Howard_0000933