Exhibit 51

# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

| | LEVEL 1 | |
|---|---|---|
| | **CHARGE** | **DESCRIPTION** |
| 101 | Bribery | Offers, confers, or agrees to confer any benefit to staff with the intent to influence the staff member's opinion, judgment or exercise of discretion in the performance of the staff member's duties. |
| 102 | Disrupting a Judicial Proceeding | Committing any act that disrupts a judicial proceeding. |
| 105 | Disorderly Conduct | Engaging in behavior including horseplay, wrestling, scuffling, roughhousing, jostling or any other act that disrupts the orderly operation of the institution or causes unreasonable noise, and/or failure to remain silent during inmate movement. |
| 106 | Failure to Maintain Sanitary or Orderly Conditions | Failing to maintain adequate housing/cell sanitation or institutional workplace sanitation, affixing items to walls, light fixtures or windows, retaining perishable items past allotted food consumption times and/or failing to maintain acceptable personal hygiene. |
| 107 | False Reporting or False Statement | Knowingly providing false information to staff. |
| 108 | Falsifying a Document | Falsely making, altering or completing any written document and/or possessing any false or forged document, identification material or written document knowing it to be false or forged. |
| 109 | Forgery | Counterfeiting, forging, misrepresenting and/or unauthorized reproduction of any document, identification, money or official paper. |
| 110 | Gambling | Participating as a player, organizer of, or benefiting from gambling activity and/or maintaining gambling related debts. |
| 111 | Littering | Leaving trash or debris in unauthorized areas or containers. |
| 112 | Misuse of Mail | Violating a published mail rule, including but not limited to postage rules and unauthorized correspondence. |
| 113 | Misuse of Telephone | Making obscene or harassing phone calls, using the telephone to operate a business, telephoning members of the general public without approval and/or violation of any published telephone rule. |
| 115 | **Possession of Level 1 Contraband** | Knowingly possessing, obtaining, conveying, or making Level 1 contraband. **SEE ATTACHED LIST.** |
| 116 | Tattooing | Branding, scarification, mutilation, tattooing or piercing by aid of instrument on or under skin growth oneself or another and/or possession of any articles used in tattooing including unauthorized ink, tattoo guns, needles, pins, tattooing devices and artwork and designs of tattoos. |
| 118 | Unauthorized Washing of Clothing | Washing personal or CCDOC clothing or towels in any area other than the area authorized by the CCDOC and/or using a clothes line in a living area. |
| 119 | Writing or Distributing Kites | Writing or distributing any unauthorized letter or note to another. |
| 120 | Unauthorized Dealing or Trading | Engaging in a transaction with another inmate where personal items are exchanged. |

(FCN-117)(DEC18)

CONFIDENTIAL                                                                                                          CCSO_Howard_0281113


# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

| 121 | Uniform Violation | Not remaining in full CCDOC uniform when outside of his/her cell or assigned sleeping area, altering a uniform, wearing head bands or a head covering without authorization and/or any other violation of uniform rules. |
|---|---|---|
| 122 | Verbal Threat to an Inmate | A threat of bodily harm made to another inmate. |
| 123 | Violation of Visitation Regulations | Violation of any published or posted visitation regulations and/or use of abusive, offensive or obscene language and/or offensive gestures directed at or in the presence of visitors. |

| LEVEL 2 |||
|---|---|---|
| CODE | CHARGE | DESCRIPTION |
| 202 | Bullying and/or Hazing | Displaying repeated cruelty to an inmate, and/or purposely annoying, embarrassing, insulting, and/or harassing an inmate. |
| 203 | Cooking | Cooking or heating food in an unauthorized area such as a cell. |
| 206 | Extortion | Demanding or receiving money or something by coercion or blackmail. |
| 207 | Fighting | Participation in mutual combat. |
| 208 | Flooding | Flooding a cell or any other area. |
| 209 | Gang Activity | Participation in gang related activity, communication or gang recruitment. |
| 211 | Misuse of Medication | Pretending to take prescribed medication and failing to do so, hoarding prescribed medication, loss of medication, possession or use of medication belonging to another and/or providing another with medication. |
| 212 | Movement Violation | Purposely disrupting or delaying movement. (Also see #219). |
| 213 | Obstruction of Vents | Obstructing any vent by placing an item, including but not limited to paper, on the cover of or inside the vent. |
| 214 | **Possession of Level 2 Contraband** | Knowingly possessing, obtaining, conveying or making Level 2 contraband. **SEE ATTACHED LIST** |
| 218 | Being Under the Influence | Being under the influence of alcohol, drugs and/or intoxicating compounds. |
| 219 | Disobeying or Resisting Orders | Disobeying or resisting verbal or written orders from sworn staff (e.g., refusing to lock up), including the violation of rules and/or expectations in the Inmate Handbook. |
| 220 | Theft from Another Inmate | Taking possession of the property of another inmate without consent. |

| LEVEL 3 |||
|---|---|---|
| CODE | CHARGE | DESCRIPTION |
| 301 | Aggravated Verbal Threat | A threat of bodily harm made to anyone while possessing a weapon. |
| 302 | Aggravated Flooding | Flooding a cell or other area that causes substantial damage or bodily harm to another. |
| 303 | Aggravated Misuse of Telephone/Mail | Using the telephone and/or mail to further any criminal activity. |
| 304 | Aggravated Writing or Distributing Kites | Writing or knowingly distributing any letter or note that contains threats or discusses the potential commission of a crime. |

(FCN-117)(DEC18)



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

| | | |
|---|---|---|
| 305 | Armed/Aggravated Robbery | Taking property from another by using force or threatening the use of force while armed with a weapon. |
| 306 | Arson | Intentionally or knowingly creating a fire. |
| 307 | Battery | Intentionally or knowingly causing bodily harm or making provoking contact with someone. |
| 308 | Count Violation | Failure to comply with count procedures or causing an inaccurate count by means of an unauthorized absence, failure to be in an assigned bed or location and/or concealing oneself or engaging in any other form of deception or distraction. |
| 309 | Damage to Firefighting Equipment | Damage to or destruction of alarms, fire extinguishers, fire hoses, fire exits, and/or other fire safety equipment or devices. |
| 310 | Endangerment of Public Health | Knowingly spreading or attempting to spread a communicable disease to another. |
| 311 | False Alarm | Setting an alarm or causing an alarm to be set knowing that no circumstance exists requiring an alarm. |
| 312 | Instigating Gang Attack/Fight | Instigating a gang fight or a gang-related attack. |
| 313 | Masturbation | Masturbation in public or in front of staff or visitors (if an inmate is found in violation of this offense a 3rd time or more within a 90 day period, he/she will be subjected to 400 level penalties.). |
| 314 | Participation in a Riot | Participating in a riot. |
| 315 | Possession of Level 3 Contraband | Knowingly possessing, obtaining, conveying or making Level 3 contraband. **SEE ATTACHED LIST.** |
| 316 | Sexual Activity | Engaging in acts of a sexual nature, including penetration, without use of force or threat of force. |
| 317 | Tampering with Handcuffs | Tampering or interfering with, damaging, manipulating, altering or blocking handcuffs. |
| 318 | Tampering with Security Equipment | Tampering or interfering with, damaging, manipulating, altering or blocking any locking or security device, including but not limited to locks, doors, gates, fencing, surveillance cameras, windows or bars. |
| 319 | Unauthorized Possession of Drugs | Possessing, manufacturing, consuming, selling or trafficking any drug, including cannabis, narcotics, controlled substances, non-prescribed or unauthorized medications, stimulants, depressants, or drug paraphernalia. |
| 320 | Threat to Staff | A threat made to an employee that causes the employee to believe the inmate intends to cause harm to him/her, another staff member, a family member, or a friend. |
| 321 | Inappropriate Urinating or Defecating | Urinating or defecating in an area other than a toilet or urinal and/or possession of defecate, urine or other bodily fluids in a container or unauthorized area. |
| 322 | Disrespect to Staff | Using insulting, obscene, or abusive language or making offensive gestures or inappropriate remarks directed toward staff and/or calling staff inappropriate names. |
| 323 | Indecent Exposure | Intentional exposure of genitals, buttocks, pubic region or female breasts (areola or nipples) and/or unauthorized nudity. |
| 324 | Robbery | Taking the property of another by using force or threatening to use force. |
| 325 | Sexual Harassment | Subjecting another person to sexually harassing or sexually suggestive conduct, including making sexual proposals. |

(FCN-117)(DEC18)



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

| CODE | CHARGE | DESCRIPTION |
|---|---|---|
| 326 | Theft from Staff | Stealing the property and/or possession of property belonging to the Sheriff's Office or any Sheriff's Office staff member without authorization. |
| 327 | Damage to Sheriff's Office Property | Damaging or destroying Cook County Sheriff's Office property. |
| 328 | Obstruction of Plumbing | Blocking or tampering with any faucet, drain or toilet |

### LEVEL 4

| CODE | CHARGE | DESCRIPTION |
|---|---|---|
| 401 | Aggravated Arson | Intentionally or knowingly creating a fire resulting in property damage, bodily injury and/or loss of life. |
| 402 | Aggravated Battery | Intentionally or knowingly causing great bodily harm or causing any bodily harm with a weapon to another. |
| 403 | Assault on Staff with Bodily Fluids | Throwing or projecting bodily fluid, including saliva, feces, urine, blood or any other body fluid at or on staff. |
| 404 | Battery to Staff | Intentionally or knowingly causing bodily harm or making provoking contact with staff. |
| 406 | Escape and Attempted Escape | Escaping or attempting to escape from the custody of the CCDOC (excluding EM). |
| 407 | Homicide | Causing the death of another. |
| 408 | Inciting a Riot | Being a primary inciter to a riot |
| 409 | Kidnapping | Confining or attempting to confine another person against his or her will by using force, deceit, or threats. |
| 410 | Taking a Hostage | Detaining a person against their will and using them as protection or a bargaining chip during a hostage situation. |
| 411 | **Possession of Level 4 Contraband** | Knowingly possessing, obtaining, conveying or making Level 4 contraband. **SEE ATTACHED LIST.** |
| 412 | Sexual Abuse/Assault | Forceful act of sexual conduct or sexual penetration committed on a staff member, visitor or another inmate. |
| 413 | Attempted Battery to Staff | With intent to commit battery to staff, any act that constitutes a substantial step towards the commission of battery to staff. For example, swinging at staff without making contact or spitting at staff regardless of whether contact is made. |

### LEVEL 1 CONTRABAND

- Personal property in excess of authorized amounts
- Pornographic/Nude photographs, videos or materials
- Jewelry
- Staples
- Wigs, toupees or other synthetic hair (unless authorized)
- Rope, String, Twine
- Glue, Adhesive, Masking tape
- Paint
- Drinks or foods other than those packaged foods purchased through commissary
- Any item that has been altered for which approval has not been given
- Excess or altered clothing or linens
- Any other unauthorized item that could be deemed a potential nuisance

(FCN-117)(DEC18)


# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

### LEVEL 2 CONTRABAND

- Steel
- Aluminum foil
- Metal objects
- Scissors
- Nail files
- Fingernail or toenail clippers
- Aerosol cans
- Glass or glass objects
- Currency /Unauthorized monetary items (e.g., credit cards, money, money orders, etc.)
- Videotape recorders
- Pagers
- Televisions
- Incendiary devices including lighters and matches
- Intoxicants or alcohol including distilled spirits, beer, wine or hooch or ingredients, equipment, formula or equipment that are used to make intoxicants or alcohol
- Tobacco, tobacco products or tobacco-like products or associated paraphernalia
- Any type of food preparation equipment (e.g., hot plates, stingers, coffee makers, etc.)
- Computers
- Wire
- Wire rope
- Possession of Sheriff's Office razors during unauthorized times
- Any other item that could be a threat to the orderly operation of the department

### LEVEL 3 CONTRABAND

- Unauthorized tools or items that can be used as weapons
- Cutting tools including but not limited to a hacksaw blade, wire cutters, devices,
- Handcuff or security restraint keys to doors, cells rooms, gates or other areas to any door in CCDOC or any area where the inmate is or can be transported
- Tools to defeat security mechanisms including but not limited to a tool designed to pick locks, paperclips, poppers or any device or instrument used to or capable of unlocking or preventing locking of any handcuff or security restraint, cell doors, rooms, gates or other areas to any door in the CCDOC or any area where the inmate is or can be transported
- Unauthorized identification or documents that could be used with intent to escape (e.g., maps, travel tickets, etc.)
- Dangerous, hazardous, toxic, caustic, flammable or combustible substance or chemicals
- Counterfeit guns
- Counterfeit firearms
- Counterfeit ammunition
- Counterfeit stun guns
- Counterfeit Tasers
- Counterfeit explosives including alleged bombs, bombshells, grenades, bottles or containers of substance allegedly containing explosives
- Counterfeit grenades
- Drug paraphernalia (e.g., hypodermic needles, syringes, smoking pipes)
- Drugs including cannabis, narcotics, controlled substance, stimulants, or depressants
- Any other unauthorized article that is deemed a threat to safety and/or security

(FCN-117)(DEC18)



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY CODE

| LEVEL 4 CONTRABAND |
|---|
| - Sharpened instrument(s) (i.e., razor blades, shanks)<br>- Uniform or civilian clothing or equipment of staff<br>- Cellular telephones<br>- Cellular telephone batteries<br>- Explosives including bombs, bombshells, grenades, bottles or other containers of explosive substances<br>- Guns, firearms, ammunition, stun guns, Tasers or any component thereof<br>- Any unauthorized article that is deemed a serious threat to safety and/or security |

### DISCIPLINE CATEGORIES AND PENALTIES

| LEVEL | SANCTIONS |
|---|---|
| 1 | - Loss of work assignment;<br>- Forfeiture of dayroom time;<br>- Restriction of commissary privileges;<br>- Restricted visitation privileges (excluding attorney and clergy visits);<br>- Restricted phone privileges (excluding attorney calls)<br>- Loss of special event programs (excluding religious services);<br>- Sanctions shall be issued in addition to applicable restitution payments |
| 2 | - 5 to 15 DAYS IN A REHABILITATION UNIT IN ADDITION TO ANY OF THE SANCTIONS ABOVE AND APPLICABLE RESTITUTION PAYMENTS |
| 3 | - 5 to 25 DAYS IN A REHABILITATION UNIT IN ADDITION TO ANY SANCTIONS ABOVE, POTENTIAL LOSS OF GOOD TIME CREDIT, AND APPLICABLE RESTITUTION PAYMENTS |
| 4 | - 26 to 60 DAYS IN A REHABILITATION UNIT IN ADDITION TO ANY SANCTIONS ABOVE, POTENTIAL LOSS OF GOOD TIME CREDIT, AND APPLICABLE RESTITUTION PAYMENTS |

If an inmate is found guilty of any disciplinary violation, the inmate is financially responsible for and may be charged for any damage, replacement and/or restoration costs, and/or incidental expenses including overtime incurred by the Sheriff's Office, Department of Facilities Management (DFM), ambulance runs, etc. as result of the inmates conduct. The disciplinary hearing board will determine the fee, and the fee will be deducted from the inmate's trust account. In the event that these funds are not adequate to satisfy the fee, an encumbrance will be placed on future monies received by the inmate until the financial obligation is satisfied. In the event that the inmate is released with an encumbrance and re-incarcerated, the inmate shall be required to pay any outstanding fee until satisfied. **BASED ON THE COMPLETION OF THE DISCIPLINARY PROCESS AND THE FINDINGS OF THE DISCIPLINARY HEARING OFFICER, INMATES MAY BE RECLASSIFIED.**

### INMATE DISCIPLINE DEFINITIONS

| | |
|---|---|
| BODILY HARM | Physical pain or injury including lacerations, bruises, abrasions, physical pain, or damage to the body. |
| RIOT | When three or more inmates engage in concerted acts of defiance or disorder against the CCDOC or staff. |
| SEXUAL CONDUCT | Any behavior or conduct that might reasonably be interpreted as being designed or intended to arouse or gratify sexual desires. |
| SEXUAL PENETRATION | Any contact, however slight, between the sex organ or anus of one person by an object, the sex organ, mouth, or anus of another person, or any intrusion, however slight, of any part of the body of one person or object into the sex organ or anus of another person, including but not limited to cunnilingus, fellatio or anal penetration. Evidence of emission of semen is not required to prove sexual penetration. |

(FCN-117)(DEC18)


# COOK COUNTY SHERIFF'S OFFICE
INMATE DISCIPLINARY CODE

| | |
|---|---|
| STAFF | Any employee, sworn or civilian, of the Sheriff's Office, DFM or Cermak Health Services of Cook County (Cermak), employees of any vendors hired by or working with the Sheriff's Office, the DFM or Cermak, or any volunteers working for any agency providing services to inmates, the Sheriff's Office, the DFM or Cermak. |
| WEAPON | Any tool or instrument used or that can be used to cause harm or injury. |

(FCN-117)(DEC18)