IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, et al. | ) |
| | ) |
| | ) Case No. 17-cv-8146 |
| | ) |
| Plaintiffs, | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) |
| COOK COUNTY SHERIFF'S OFFICE, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' JOINT MOTION TO EXCLUDE
THE TESTIMONY, REPORTS, AND OPINIONS OF DR. LOUISE FITZGERALD**

Defendants Cook County Sheriff's Office and Cook County, by and through their undersigned counsel, jointly move to exclude the testimony, reports, and opinions of Dr. Louise Fitzgerald pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1993). The bases for this Motion are fully set forth in the concurrently-filed Memorandum in Support of Motion to Exclude the Testimony, Reports, and Opinions of Dr. Louise Fitzgerald.

Dated: June 3, 2019

Respectfully submitted,

| COOK COUNTY SHERIFF'S OFFICE | COOK COUNTY |
|---|---|
| By:  _/s/ Peter A. Milianti_____ | By:  _/s/ Elizabeth A. Ekl____ |
|      One of its Attorneys |      One of its Attorneys |
| | |
| Christina M. Egan | Elizabeth A. Ekl |
| Michael R. Phillips | Terrence M. Burns |
| Peter A. Milianti | Dan M. Noland |
| David D. Leishman | Paul A. Michalik |
| Katharine P. Lennox | Katherine C. Morrison |
| Melissa M. Weiss | Reiter Burns, LLP |

2

McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
cegan@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690

311 S. Wacker Dr. # 5200
Chicago, Illinois 60606
eekl@reiterburns.com
Telephone: 312.982.0090

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, I caused the foregoing document to be served upon all counsel of record through the Court's electronic filing system.

By:    */s/ Peter A. Milianti*
Christina Egan
Michael R. Phillips
Peter A. Milianti
David D. Leishman
Katharine P. Lennox
Melissa M. Weiss
McGuireWoods, LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
cegan@mcguirewoods.com
mphillips@mcguirewoods.com
pmilianti@mcguirewoods.com
dleishman@mcguirewoods.com
klennox@mcguirewoods.com
mweiss@mcguirewoods.com
Telephone: 312.849.8100
Fax: 312.849.3690