**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SDAHRIE HOWARD, et al., on behalf of themselves and all others similarly situated, | ) ) ) | Case No. 17-cv-8146 |
| Plaintiffs, | ) ) | Judge Matthew F. Kennelly |
| v. | ) ) ) | |
| COOK COUNTY SHERIFF'S OFFICE, and COOK COUNTY. | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF DEFENDANTS' JOINT MOTION TO EXCLUDE PORTIONS OF
THE TESTIMONY, REPORTS, AND OPINIONS OF DR. LOUISE FITZGERALD**

Notice is hereby given that on Thursday, June 6, 2019, at 9:30 a.m. or as soon thereafter as the parties may be heard, in Courtroom 2103 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, before the Honorable Matthew F. Kennelly, United States District Court Judge, or any Judge sitting in his stead in the courtroom usually occupied by him, the Defendants will present their Joint Motion to Exclude Portions of the Testimony, Reports, and Opinions of Dr. Louise Fitzgerald.

Dated:  June 3, 2019

Respectfully submitted,

COOK COUNTY SHERIFF'S OFFICE                COOK COUNTY

By:     _/s/ Peter A. Milianti_____ ___          By:     _/s/ Elizabeth A. Ekl____
        One of its Attorneys                              One of its Attorneys

        Christina M. Egan                                Elizabeth A. Ekl
        Michael R. Phillips                              Terrence M. Burns
        Peter A. Milianti                                Dan M. Noland
        David D. Leishman                                Paul A. Michalik
        Katharine P. Lennox                              Katherine C. Morrison

1

117398117_1

Melissa M. Weiss
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601-1815
cegan@mcguirewoods.com
Telephone: 312.849.8100
Fax:  312.849.3690

Reiter Burns, LLP
311 S. Wacker Dr. # 5200
Chicago, Illinois 60606
eekl@reiterburns.com
Telephone: 312.982.0090

2

117398117_1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification and service of such filing to all registered counsel of record.

*/s/ Peter A. Milianti*
Peter A. Milianti
