# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sdahrie Howard, et al.

                                Plaintiff,

v.                                              Case No.: 1:17–cv–08146
                                                   Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 6/6/2019. Briefs on motions to exclude regarding Woodford [182] and Fitzgerald [185] are to be incorporated into defendants' class certification response brief, which may be up to 60 pages and is to be filed by 6/10/2019. Separately filed memorandum regarding motions to exclude are stricken [183] [186]. Plaintiffs' reply on class certification is to be filed by 7/1/2019 and may be up to 25 pages. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.