# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sdahrie Howard, et al.

                          Plaintiff,

v.                                                       Case No.: 1:17–cv–08146
                                                        Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 7, 2019:

      MINUTE entry [195] before the Honorable Matthew F. Kennelly contained an error and is corrected as follows: Motion hearing held on 6/6/2019. Briefs on motions to exclude regarding Woodford 182 and Fitzgerald 185 are to be incorporated into defendants' class certification response brief, which may be up to 60 pages and is to be filed by 6/10/2019. Separately filed memorandum regarding motions to exclude are stricken 183 186. Plaintiffs' reply on class certification is to be filed by 7/1/2019 and may be up to **35** pages. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.