IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, et al., ) | |
| ) | Case No. 17-cv-8146 |
| Plaintiffs, ) | |
| ) | Judge Matthew F. Kennelly |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT REPORT OF BENJAMIN WILNER**

Plaintiffs respectfully move to exclude the report and opinions of Defendants' proffered expert in statistics, Dr. Benjamin Wilner, under Federal Rules of Evidence 702 and 703 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Rule 702 allows expert testimony if:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; [and]

(b) the testimony is based on sufficient facts or data.

Rule 703 adds that the facts or data on which an expert relies must be of types that "experts in the particular field would reasonably rely."

Plaintiffs' arguments and authorities are set forth in Part III of their Reply in Support of Their Motion for Class Certification. To summarize, the Court should exclude Wilner's opinions because (1) he relied on data created by defense counsel for purposes of this lawsuit, who made numerous judgments and coding errors, and (2) his report uses so-called "benchmarks," but they are not valid statistical benchmarks, as Wilner admitted at deposition.

| | |
|---|---|
| Dated: July 1, 2019 | Respectfully Submitted,<br><br>/s/ *Noelle Brennan*_____<br>One of the Attorneys for Plaintiffs |

Marni Willenson
marni@willensonlaw.com
WILLENSON LAW, LLC
542 S. Dearborn St., Suite 610
Chicago, IL 60605
312.508.5380

Caryn C. Lederer
clederer@hsplegal.com
Kate E. Schwartz
kschwartz@hsplegal.com
Emily R. Brown
ebrown@hsplegal.com
HUGHES SOCOL PIERS
RESNICK & DYM, LTD.
70 W. Madison St., Suite 4000
Chicago, Il 60602
312.604.2630

Shelly B. Kulwin
skulwin@kmklawllp.com
Jeffrey Kulwin
jkulwin@kmklawllp.com
Rachel A. Katz
rkatz@kmklawllp.com
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312.641.0300

Noelle Brennan
nbrennan@nbrennan-associates.com
Kristin Carter
kcarter@nbrennan-associates.com
Naomi Frisch
nfrisch@nbrennan-associates.com
NOELLE BRENNAN & ASSOCIATES, LTD.
20 S. Clark St., Suite 1530
Chicago, IL 60603
312.422.0001

Cyrus Mehri
cmehri@findjustice.com
Ellen Eardley
eeardley@findjustice.com
Michael Lieder
mlieder@findjustice.com
MEHRI & SKALET, PLLC
1250 Connecticut Ave., NW, Suite 300
Washington, D.C. 20036
202.822.5100

Attorneys for Plaintiffs