UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Sdahrie Howard, et al.
                                    Plaintiff,
v.                                              Case No.: 1:17−cv−08146
                                                Honorable Matthew F. Kennelly
Cook County Sheriff's Office, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2019:

  MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 12/3/2019. Movant Wendy Shadbar's motion to intervene [255] is entered and continued. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.