**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Sdahrie Howard, et al.
                              Plaintiff,

v.                                                    Case No.: 1:17−cv−08146
                                                                Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 6/8/2022. The parties reported that they have reached a settlement in principle. The jury trial dates of 6/14/2022 and 7/1/2022 are vacated. The pretrial conference set for 6/10/2022 is vacated. The correctional officer bellwether case is set for a jury trial on 8/15/2022 at 9:00 a.m. A telephonic status hearing is set for 6/29/2022 at 8:30 a.m. The following call−in number will be used: 888−684−8852, access code 746−1053. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.