**Exhibit A**
**(Corrected)**

## AGGREGATE SETTLEMENT RESPONSE FORM

1. I certify that I have read: (1) my Individual Settlement Offer Amount; and (2) the Notice of Settlement.

   _JH_ Initials

   Janicee

JFT

2. I certify that I understand that if the lawyers were to advise me individually about settlement, that might create ethical conflicts of interest for them (explained in the Settlement Notice, # 13). I also agree that, because the lawyers might have ethical conflicts if they were to give me, or other Plaintiffs, individualized advice about settlement, I will not ask them for that advice. I understand that, for these reasons, the lawyers have arranged for other, independent lawyers, to be available to consult with me.

   _JH_ Initials

3. Settlement Decision:

   _JH_ ✓ ACCEPT my individual settlement offer.*

   ~~I REJECT my individual settlement offer.~~

   I certify that I have made the decision about whether to accept my individual settlement offer after reading the Notice of Settlement and having the opportunity to consult with an independent lawyer.

   _JH_ Initials

*If you are accepting your settlement offer, you must also sign the Plaintiffs' signature page of the Settlement Agreement at the end of the agreement, and the release certification below.*

4. IF YOU ARE ACCEPTING YOUR SETTLEMENT OFFER:

   I certify that I have read the Joint Stipulation of Settlement and Release (the full Settlement Agreement) and agree to release the legal claims and potential legal claims in the release in the Settlement Agreement (at Paragraph 21, also copied in the Notice of Settlement in # 9).

   _JH_ Initials

   Janice House Deering          8/5/22
   **Name**                       **Date**

   _Janice House Doe_ (signature)
   **Signature**                  **Social Security Number/ITIN**
                                  *to be provided to the Settlement
                                  Administrator for tax purposes*

12