**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SDAHRIE HOWARD, et al., ) <br> ) <br> Plaintiffs, ) <br> ) Case No. 17-cv-8146 <br> v. ) <br> ) Judge Matthew F. Kennelly <br> COOK COUNTY SHERIFF'S OFFICE, ) <br> and COUNTY OF COOK, ) <br> ) <br> Defendants. ) <br> ) | |

## CONSENT MOTION FOR ENTRY OF AN ADMINISTRATIVE ORDER

Plaintiffs by and through their Counsel move this Court to enter an order establishing a qualified settlement fund. In support of their motion, Plaintiffs state as follows:

1. The parties have settled all matters related to the claims of 559 out of 561 Plaintiffs.

2. On September 22, 2022, the County Board approved the settlement payment for 559 Plaintiffs.

3. The settlement agreement provides that Defendants will make a lump sum payment into a Qualified Settlement Fund ("QSF") in accordance with Treasury Regulation § 1.468B-1, 26 C.F.R. § 1.468B-l to satisfy the terms and conditions of the settlement, including all payments to the settling Plaintiffs, attorneys' fees, and costs.

4. The parties intend for Settlement Services, Inc., the settlement administrator identified in the Settlement Agreement, to serve as the trustee of the fund.

5. Treasury Regulation § 1.468B-1 requires that a QSF be established pursuant to Court order.

A proposed order is attached and will be sent contemporaneously to Proposed_Order_Kennelly@ilnd.uscourts.gov as directed by the Court.

Respectfully submitted this 6th day of October 2022,

                By: */s/* Ellen Eardley
                One of the Attorneys for the *Howard* Plaintiffs

Marni Willenson
WILLENSON LAW, LLC
3420 W. Armitage Ave.
Suite 200
Chicago, IL 60647
312.508.5380

Caryn C. Lederer
Emily R. Brown
Kate E. Schwartz
HUGHES SOCOL PIERS
RESNICK & DYM, LTD.
70 W. Madison St.
Suite 4000
Chicago, IL 60602
312.580.0100

Noelle Brennan
Amanda Burns
NOELLE BRENNAN & ASSOCIATES, LTD.
20 S. Clark Street, Suite 1530
Chicago, IL 6060
312.422.0001

Shelly B. Kulwin
Heather K. Afra
Rachel A. Katz
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312.641.0300

Ellen Eardley
Joshua Karsh
Michael Lieder
Cyrus Mehri
MEHRI & SKALET, PLLC
2000 K St., NW, Ste. 325
Washington, DC 20006
202.822.5100

                Attorneys for *Howard* Plaintiffs

Cynthia H. Hyndman
ROBINSON CURLEY P.C.
200 North LaSalle
Suite 1550
Chicago, Illinois 60601
312.663.3100, ext. 205

                Attorney for *Shadbar* Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, I caused a true and correct copy of the foregoing CONSENT MOTION FOR ENTRY OF AN ADMINISTRATIVE ORDER to be served upon counsel of record via the ECF System.

/s/ Ellen Eardley