**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SDAHRIE HOWARD, et al., )<br>)<br>Plaintiffs, )<br>) Case No. 17-cv-8146<br>v. )<br>) Judge Matthew F. Kennelly<br>COOK COUNTY SHERIFF'S OFFICE, )<br>and COUNTY OF COOK, )<br>)<br>Defendants. )<br>) | |

**[PROPOSED] ADMINISTRATIVE ORDER**

The Court, having been advised that 559 out of 561 Plaintiffs have resolved their claims with Defendants, hereby orders as follows:

1. A Qualified Settlement Fund ("QSF") shall be established and funded in accordance with Treasury Regulation § 1.468B-1, 26 C.F.R. § 1.468B-l. and the parties' Settlement Agreement.

2. Defendants' payment to the 559 Settling Plaintiffs shall be deposited into the QSF and distributed as set forth in the Settlement Agreement.

3. Settlement Services, Inc., the settlement administrator identified in the Settlement Agreement, shall serve as the trustee of the fund.

**SO ORDERED.**

Date: _____