IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 17 C 8146 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| COOK COUNTY SHERIFF'S OFFICE *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPOINTING GUARDIAN AD LITEM
## FOR PLAINTIFF JANICE HOUSE-DEERING

Having reviewed Plaintiffs' motion to appoint a guardian ad litem for Plaintiff Janice-House Deering (ECF No. 512) and the evidence submitted by Plaintiffs in support (ECF No. 512-1), and having conducted a competency hearing pursuant to Federal Rule of Civil Procedure 17(c)(2) on October 14, 2022, the Court hereby ORDERS as follows:

1. The Court, having reviewed the evidence presented, including the sworn declaration of House-Deering's psychiatrist, Dr. Krushen Pillay, that she is suffering from Alzheimer's Disease, finds that she is not competent to proceed in this case without a next friend or guardian ad litem. Accordingly, the Court grants Plaintiff's motion and appoints a guardian ad litem for House-Deering for purposes of this lawsuit.

2. The Court hereby appoints attorney Cynthia H. Hyndman as House-Deering's guardian ad litem for the limited purposes of:

   a. Considering and accepting the County's settlement offer in this lawsuit
   b. Reviewing and signing the parties' settlement agreement

    c. Endorsing a settlement check, so it can be deposited for House-Deering.

Dated: Oct. 14, 2022

                                          _____
                                          Honorable Matthew F. Kennelly
                                          United States District Court Judge