IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SDAHRIE HOWARD, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 17 C 8146 |
| v. ) | |
| ) | Judge Matthew F. Kennelly |
| COOK COUNTY SHERIFF'S OFFICE *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT WITH PLAINTIFF
JANICE HOUSE-DEERING PURSUANT TO LOCAL RULE 17.1**

Pursuant to Northern District Local Rule 17.1, Cynthia Hyndman, guardian ad litem for Plaintiff Janice House-Deering ("JHD"), Cook County, and the Cook County Sheriff's Office ("CCSO"), (collectively, "the Parties"), by their respective counsel, request this Court approve the proposed settlement with JHD and authorize payment of reasonable attorney's fees and expenses as set forth in the Joint Stipulation of Settlement and Release (attached under Seal as Exhibit A). In support of their motion, the Parties state:

1. On October 14, 2022, pursuant to Fed. R. Civ. P. 17(c)(2), this Court deemed Plaintiff JHD not competent to proceed in this case without a next friend or guardian ad litem. The Court also appointed Cynthia H. Hyndman to serve as JHD's guardian ad litem for the limited purposes of considering and accepting the County's settlement offer in this lawsuit; reviewing and signing the parties' settlement agreement; and endorsing a settlement check to be deposited in JHD's account. Dkt. 515.

2. On December 22, 2022, the Parties fully executed a Joint Stipulation of Settlement and Release (Exhibit A).

3. Exhibit A contains all the terms and conditions between the Parties and all the terms and conditions pertaining to the compromise and settlement of the disputes referenced therein.

4. The Parties agree that the total sum payment set forth in paragraph 12, to be disbursed in two checks, will constitute full and final satisfaction of all claims by JHD seeking legal remedy.

5. Northern District Local Rule 17.1 requires:

Any proposed settlement of an action brought by or on behalf of an infant or incompetent shall not become final without written approval by the court in the form of an order, judgment or decree. The court may authorize payment of reasonable attorney's fees and expenses from the amount realized in such an action.

6. The agreed payment to JHD, to be deposited by Ms. Hyndman into an account for JHD, is set forth in paragraph 12(a) of Exhibit A. The agreed payment is the same amount that JHD was allocated by the third-party neutral who divided the aggregate settlement shared by the 559 Settling Plaintiffs.

7. An agreed separate payment of reasonable fees and expenses to JHD's counsel is set forth in paragraph 12(b) of Exhibit A. The attorneys' fees and expenses are the same amount that JHD would have paid under the aggregate settlement, calculated as her proportionate share of the aggregate attorneys' fees and case expenses.

Accordingly, the Parties seek this Court's approval of the settlement of this action brought by JHD and authorization of the payment of reasonable attorney's fees and expenses as set forth in paragraph 12(b) of Exhibit A.

Dated: January 6, 2022

/s Marni Willenson
Marni Willenson
Willenson Law, LLC
3420 W. Armitage Ave., Suite 200
Chicago, IL 60647
312.546.4910
marni@willensonlaw.com

Cyrus Mehri
Ellen Eardley
Michael Lieder
Joshua Karsh
Mehri & Skalet, PLLC
2000 K St., NW, Ste. 325
Washington, D.C. 20006
202.822.5100
cmehri@findjustice.com
eeardley@findjustice.com
mlieder@findjustice.com
jkarsh@findjustice.com

Caryn Lederer
Kate E. Schwartz
Emily R. Brown
Hughes Socol Piers
Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602
312.604.2622
clederer@hsplegal.com
kschwartz@hsplegal.com
ebrown@hsplegal.com

Respectfully submitted,

Cynthia H. Hyndman
ROBINSON CURLEY P.C.
200 North LaSalle
Suite 1550
Chicago, Illinois 60601
312.663.3100, ext. 205
chyndman@robinsoncurley.com

Noelle Brennan
Amanda Burns
Noelle Brennan & Associates, Ltd.
20 S. Clark St., Suite 1530
Chicago, IL 60603
312.422-0001
nbrennan@nbrennan-associates.com
aburns.nba@gmail.com

Shelly B. Kulwin
Heather A. Afra
Rachel A. Katz
Zac Halden
Kulwin, Masciopinto & Kulwin, LLP
161 N. Clark St., Suite 2500
Chicago, IL 60601
312.641.0300
skulwin@kmklawllp.com
hafra@kmklawllp.com
rkatz@kmklawllp.com
zhalden@kmklawllp.com

*Defendants:*

/s Elizabeth A. Ekl
Elizabeth A. Ekl
Katherine C. Morrison
Dhaviella N. Harris
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
(312) 982-0090
eekl@reiterburns.com
kmorrison@reiterburns.com
dharris@reiterburns.com

Colleen Marie Harvey
James Chandler
Cook County State's Attorney's Office
50 W. Washington, Fifth Floor
Chicago, IL 60602
colleen.harvey@cookcountyil.gov
james.chandler@cookcountyil.gov

Attorneys for Defendant Cook County

/s Christina M. Egan
Christina M. Egan
Michael R. Phillips
Peter A. Milianti
David D. Leishman
Katharine P. Lennox
McGuireWoods LLP
77 West Wacker Drive, 41st Floor
Chicago, IL 60601
(312) 849-8100
cegan@mcguirewoods.com
mphillips@mcguirewoods.com
pmilianti@mcguirewoods.com
dleishman@mcguirewoods.com
klennox@mcguirewoods.com

Attorneys for Defendant Cook County Sheriff's Office

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2023, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

                                                                             */s Elizabeth A. Ekl*