# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sdahrie Howard, et al.

                           Plaintiff,

v.                                                             Case No.: 1:17–cv–08146
                                                                     Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion for leave to file under seal [543] is granted. Joint motion for approval of settlement with plaintiff "JHD" [541] [542] is granted. The Court approves the settlement of the action brought by JHD as set forth in the parties' settlement agreement and authorizes the payment of reasonable attorney's fees and expenses as set forth in the settlement agreement. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.