# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sdahrie Howard, et al.

                                  Plaintiff,

v.                                                                         Case No.: 1:17–cv–08146

                                                                                    Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: All pending motions in limine [532] [533] are terminated without prejudice as moot in light of the parties' report that they have reached a settlement of the Howard case, subject to required approval(s). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.