# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Sdahrie Howard, et al.

                                 Plaintiff,

v.                                                                       Case No.: 1:17–cv–08146

                                                                      Honorable Matthew F. Kennelly

Cook County Sheriff's Office, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The claims of plaintiff Sdharie Howard are dismissed with prejudice and without costs pursuant to the parties' stipulation. Because no further claims remain pending in this case the Clerk is directed to terminate the case. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.